1  ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
2  **MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
3  Las Vegas, Nevada 89117
Telephone: (702) 330-4505
4  Facsimile: (702) 825-0141
andrew@mlolegal.com
5
Charles H. Linehan, Esq. (*pro hac vice*)
6  **GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
7  Los Angeles, California 90067
Telephone: (310) 201-9150
8  Facsimile: (310) 201-9160
clinehan@glancylaw.com
9
*Counsel for Lead Plaintiffs Marilyn Ezzes and*
10  *Jeffrey A. Davies*

11  [Additional counsel on signature page]

12                     **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**
13

14  MARILYN EZZES, Individually and on Behalf  | Case No. 2:22-cv-01915-GMN-DJA
of All Others Similarly Situated,
15                                                | **SCHEDULING STIPULATION**
                    Plaintiff,
16
         v.
17
VINTAGE WINE ESTATES, INC.,
18  PATRICK RONEY, KATHERINE
DEVILLERS, and KRISTINA JOHNSTON,
19
                    Defendants
20

21          WHEREAS, on November 14, 2022, Marilyn Ezzes filed a class action complaint (ECF. No.

22  1) alleging claims against Defendants Vintage Wine Estates, Inc., Patrick Roney, Katherine

23  DeVillers, and Kristina Johnston (collectively, "Defendants") pursuant to Sections 10(b) and 20(a)

24  of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform

25  Act, 15 U.S.C. § 78u-4 et seq. (the "PSLRA");

26          WHEREAS, on January 19, 2023, the Court approved a stipulation stating that Defendants

27  would not be required to answer or respond to the complaint (ECF No. 1), and that within fourteen

28  (14) days of entry of an Order appointing Lead Plaintiff and approving Lead Counsel in this Action,

                                              1

Lead Counsel and counsel for Defendants shall meet and confer and submit a proposed schedule for the filing of a consolidated and/or amended complaint and for Defendants' anticipated motion(s) to dismiss (ECF No. 19);

WHEREAS, on February 14, 2023, the Court entered an Order appointing Marilyn Ezzes and Jeffrey A. Davies as Lead Plaintiffs and approved Glancy Prongay & Murray LLP as Lead Counsel (EFC. No. 22); and

WHEREAS, counsel for Lead Plaintiff and Defendants have conferred regarding a proposed schedule, with due consideration for the nature of the action, and hereby submit the following schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to Court approval, that:

1.    Lead Plaintiffs shall file a consolidated complaint within 60 days after the Court enters an Order approving this stipulation.

2.    Defendants shall answer or otherwise respond to the consolidated complaint no later than 60 days after Lead Plaintiffs file the consolidated complaint.

3.    If Defendants file a motion to dismiss, Lead Plaintiffs shall file an opposition to the motion to dismiss within 45 days after the motion to dismiss is filed; and Defendants shall file a reply to the opposition within 40 days after the opposition is filed.

A proposed order is filed herewith.

2

DATED: February 27, 2023

By: *s/ Andrew R. Muehlbauer*

ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
andrew@mlolegal.com

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiffs Marilyn Ezzes and Jeffrey A. Davies*

DATED: February 27, 2023

By: *s/ Michael Gayan*

Michael Gayan, Esq. (Nevada Bar No. 11135)
Katrina Stark, Esq. (Nevada Bar No. 16006)
**KEMP JONES, LLP**
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
m.gayan@kempjones.com
k.stark@kempjones.com

John C. Tang (*pro hac vice* pending)
Dennis F. Murphy, Jr. (*pro hac vice* pending)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
jctang@jonesday.com
dennismurphy@jonesday.com

*Counsel for Defendants Vintage Wine Estates, Inc., Patrick Roney, Katherine DeVillers, and Kristina Johnston*

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,

       Plaintiff,

    v.

VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,

       Defendants

Case No. 2:22-cv-01915-GMN-DJA

**[~~PROPOSED~~] SCHEDULING ORDER**

Having considered the parties' Scheduling Stipulation, and good cause appearing therefore,

    **IT IS HEREBY ORDERED THAT:**

    1.    Lead Plaintiffs shall file a consolidated complaint within 60 days after entry of this order.

    2.    Defendants shall answer or otherwise respond to the consolidated complaint no later than 60 days after Lead Plaintiffs file the consolidated complaint.

    3.    ~~If Defendants file a motion to dismiss, Lead Plaintiffs shall file an opposition to the motion to dismiss within 45 days after the motion to dismiss is filed; and Defendants shall file a reply to the opposition within 40 days after the opposition is filed.~~

Accordingly, **IT IS ORDERED** that the parties' scheduling stipulation (ECF No. 29) is **GRANTED IN PART AND DENIED IN PART**.  The parties' requests for 60 days from the date of this order for Lead Plaintiff to file a consolidated complaint and for 60 days after Lead Plaintiff files the complaint for Defendants to respond are granted.  The parties' request for an extended briefing schedule for Defendants' possible motion to dismiss is denied.  Counsel is advised that each request for relief must be contained in a separate motion or stipulation.  *See* LR IC 2-2(b).

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 1, 2023

1