Andrew R. Muehlbauer, Esq.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
andrew@mlolegal.com

Charles H. Linehan, Esq. (*pro hac vice*)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
clinehan@glancylaw.com

*Counsel for Lead Plaintiffs Marilyn Ezzes and Jeffrey A. Davies*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants | Case No. 2:22-cv-01915-GMN-DJA<br><br>**JOINT STIPULATION EXTENDING LEAD PLAINTIFF'S DEADLINE TO FILE A SECOND CONSOLIDATED AMENDED COMPLAINT AND DEFENDANT'S RESPONSE THERETO** |

WHEREAS, on May 1, 2023, Lead Plaintiffs Marilyn Ezzes and Jeffrey A. Davies filed the Consolidated Amended Class Action Complaint (ECF No. 36);

WHEREAS, on June 30, 2023, Defendants filed a Motion to Dismiss the Consolidated Amended Class Action Complaint (ECF No. 39);

WHEREAS, on August 14, 2023 Lead Plaintiffs filed a Response to the Motion to Dismiss (ECF 43) to which Defendants filed a Reply on September 25, 2023 (ECF No. 44);

1

1    WHEREAS, on March 1, 2024, the Court entered an Order granting the Motion to Dismiss
2 with leave to file a further amended complaint within 21 days of the date of the Order, which falls
3 on March 22, 2024 (ECF No. 45);
4    WHEREAS, counsel for Lead Plaintiffs represents that they already had numerous
5 deadlines in other cases already in place within this 21 days;
6    WHEREAS, counsel for Lead Plaintiffs represents they have been diligently working on
7 a Second Consolidated Amended Complaint;
8    WHEREAS, counsel for Lead Plaintiffs represents that as soon as they determined
9 that additional time is required to fully address the issues identified by the Court in the Order,
10 they promptly contacted counsel for Defendants; and
11   WHEREAS, counsel for Lead Plaintiffs have conferred with counsel for
12 Defendants regarding an extension of the deadline to file a further amended complaint and
13 Defendants' anticipated motion to dismiss;
14   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
15 counsel, and subject to Court approval, that:
16   1.    Lead Plaintiffs shall file a Second Consolidated Amended Complaint on or before
17 April 5, 2024.
18   2.    Defendants shall answer or otherwise respond to the Second Consolidated Amended
19 Complaint on or before May 10, 2024.
20   A proposed order is filed herewith.

| | |
|---|---|
| DATED: March 15, 2024 | By: *s/ Andrew R. Muehlbauer* |

Andrew R. Muehlbauer, Esq.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
andrew@mlolegal.com

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiffs Marilyn Ezzes and Jeffrey A. Davies*

| | |
|---|---|
| DATED: March 15, 2024 | By: *s/ Michael Gayan* |

Michael Gayan, Esq. (Nevada Bar No. 11135)
Katrina Stark, Esq. (Nevada Bar No. 16006)
**KEMP JONES, LLP**
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
m.gayan@kempjones.com
k.stark@kempjones.com

John C. Tang (*pro hac vice*)
Dennis F. Murphy, Jr. (*pro hac vice*)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
jctang@jonesday.com
dennismurphy@jonesday.com

*Counsel for Defendants Vintage Wine Estates, Inc., Patrick Roney, Katherine DeVillers, and Kristina Johnston*

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants | Case No. 2:22-cv-01915-GMN-DJA<br><br>**SCHEDULING ORDER** |

Having considered the parties' Joint Stipulation Extending Lead Plaintiff's Deadline to File a Second Consolidated Amended Complaint and Defendant's Response Thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Lead Plaintiffs shall file a Second Consolidated Amended Complaint on or before April 5, 2024.

2. Defendants shall answer or otherwise respond to the Second Consolidated Amended Complaint on or before May 10, 2024.

**IT IS SO ORDERED:**

Dated: _____March 15,_____, 2024

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1