John C. Tang (*Pro Hac Vice*)
jtang@jonesday.com
Dennis F. Murphy, Jr. (*Pro Hac Vice*)
dennismurphy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700

Michael J. Gayan (#11135)
m.gayan@kempjones.com
Katrina Stark (#16006)
k.stark@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV  89169
Telephone:     +1.702.385.6000
Facsimile:     +1.702.385.6001

Attorneys for Defendants
VINTAGE WINE ESTATES, INC., PATRICK
RONEY, KATHERINE DEVILLERS, and KRISTINA
JOHNSTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants. | Case No. 2:22-cv-01915-GMN-DJA<br><br>**DECLARATION OF JOHN C. TANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

I, John C. Tang, declare as follows:

1.    I am an attorney with the law firm of Jones Day, attorneys of record for Defendants Vintage Wine Estates, Inc., Patrick Roney, Katherine DeVillers, and Kristina Johnston. I am licensed to practice law in the States of California and New York, and am admitted to practice before this Court for purposes of this case. *See* ECF No. 37. I make this declaration in support of Defendants' Motion to Dismiss Second Consolidated Amended Class Action Complaint. I have personal knowledge of the facts set forth in this declaration and, if called upon as a witness, I could and would testify to such facts under oath.

2.    Plaintiffs' Second Consolidated Amended Class Action Complaint refers extensively to and relies upon Vintage Wine's Form 10-Qs dated November 15, 2021, February 14, 2022, and May 16, 2022, as well as a press release contained within a Form 8-K dated September 13, 2022. *See* ECF No. 48 ¶¶ 80, 94, 102-113, 126. Accordingly, these documents are to be treated as though they are part of the complaint itself under the incorporation-by-reference doctrine. *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018); *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

3.    Attached hereto as **Exhibit 1** is a true and correct copy of Vintage Wine's Form 10-Q filed with the Securities and Exchange Commission ("SEC") on November 15, 2021, referenced in Plaintiffs' Second Consolidated Amended Class Action Complaint. *See* ECF No. 48 ¶¶ 102-105.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of Vintage Wine's Form 10-Q filed with the SEC on February 14, 2022, referenced in Plaintiffs' Second Consolidated Amended Class Action Complaint. *See* ECF No. 48 ¶¶ 106-109.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of Vintage Wine's Form 10-Q filed with the SEC on May 16, 2022, referenced in Plaintiffs' Second Consolidated Amended Class Action Complaint. *See* ECF No. 48 ¶¶ 110-113.

6.    Attached hereto as **Exhibit 4** is a true and correct copy of Vintage Wine's Form 8-K filed with the SEC on September 13, 2022, referenced in Plaintiffs' Second Consolidated Amended Class Action Complaint. *See* ECF No. 48 ¶¶ 80, 94, 126.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of a redline comparing Plaintiffs' Second Consolidated Amended Class Action Complaint (ECF No. 48) against Plaintiffs' Consolidated Amended Class Action Complaint (ECF No. 36).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of May, 2024 in San Francisco, California.

*/s/ John C. Tang*
John C. Tang

Tang Decl. in Supp. of
Mot. to Dismiss Sec. Am. Class Action Compl.
2:22-cv-01915-GMN-DJA

**Index of Exhibits**

| Exhibit | Description |
|---------|-------------|
| 1 | Vintage Wine Form 10-Q Quarterly Report Ended September 30, 2021 |
| 2 | Vintage Wine Form 10-Q Quarterly Report Ended December 31, 2021 |
| 3 | Vintage Wine Form 10-Q Quarterly Report Ended March 31, 2022 |
| 4 | Vintage Wine Form 8-K Reported September 13, 2022 |
| 5 | Redline comparing Plaintiffs' Second Amended Complaint (ECF No. 48) against Plaintiffs' Amended Complaint (ECF No. 36) |

## PROOF OF SERVICE

I hereby certify that on the 10th day of May, 2024, I served a true and correct copy of the foregoing **DECLARATION OF JOHN C. TANG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** via the United States District Court's CM/EMF electronic filing system to all parties on the e-service list.

/s/ Ali Lott
An employee of Kemp Jones, LLP