1  Andrew R. Muehlbauer, Esq.
   Nevada Bar No. 10161
2  **MUEHLBAUER LAW OFFICE, LTD.**
   7915 West Sahara Ave., Suite 104
3  Las Vegas, Nevada 89117
   Telephone: (702) 330-4505
4  Facsimile: (702) 825-0141
   andrew@mlolegal.com
5
   Charles H. Linehan, Esq. (*pro hac vice*)
6  **GLANCY PRONGAY & MURRAY LLP**
   1925 Century Park East, Suite 2100
7  Los Angeles, California 90067
   Telephone: (310) 201-9150
8  Facsimile: (310) 201-9160
   clinehan@glancylaw.com
9
   *Lead Counsel for Lead Plaintiffs Marilyn Ezzes*
10 *and Jeffrey A. Davies*

11 [Additional counsel on signature page]

12             **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
13

14 | MARILYN EZZES, Individually and on Behalf | Case No. 2:22-cv-01915-GMN-DJA |
   | of All Others Similarly Situated, | |
15 | | **STIPULATION EXTENDING LEAD** |
   | Plaintiff, | **PLAINTIFFS' DEADLINE TO FILE AN** |
16 | | **OPPOSITION TO DEFENDANTS'** |
   | v. | **MOTION TO DISMISS AND** |
17 | | **EXTENDING DEFENDANTS' DEADLINE** |
   | VINTAGE WINE ESTATES, INC., | **TO FILE A REPLY** |
18 | PATRICK RONEY, KATHERINE | |
   | DEVILLERS, and KRISTINA JOHNSTON, | |
19 | | |
   | Defendants | |
20

21     Lead Plaintiffs Marilyn Ezzes and Jeffrey A. Davies and Defendants Vintage Wine Estates,

22 Inc., Patrick Roney, Katherine Devillers, and Kristina Johnston hereby submit a stipulation for the

23 Court's approval extending Lead Plaintiffs' deadline to file an opposition to Defendants' Motion to

24 Dismiss the pending Second Consolidated Amended Class Action Complaint, and extending

25 Defendants' deadline to file a reply to Lead Plaintiffs' opposition.

26     WHEREAS, on May 1, 2023, Lead Plaintiff Marilyn Ezzes and Jeffrey A. Davies filed a

27 Consolidated Amended Class Action Complaint (ECF No. 36);

28

WHEREAS, on June 30, 2023, Defendants filed a Motion to Dismiss the Consolidated Class Action Complaint (ECF No. 39);

WHERAS, on July 10, 2023, the Court entered an Order granting the parties' stipulation requesting an extended briefing schedule (ECF No. 42), and the Motion to Dismiss was fully briefed by September 25, 2023 (*see* ECF Nos. 43, 44);

WHEREAS, on March 1, 2024, the Court entered an Order granting Defendants' Motion to Dismiss and permitting Lead Plaintiffs to file a Second Amended Complaint (ECF No. 45);

WHEREAS, on April 5, 2024, Lead Plaintiffs filed the Second Amended Complaint (ECF No. 48);

WHEREAS, on May 10, 2024, Defendants filed a Motion to Dismiss the Second Amended Complaint (ECF No. 50); and

WHEREAS, counsel for Lead Plaintiffs and Defendants have conferred regarding a proposed briefing schedule for Lead Plaintiffs' opposition and Defendants' reply, with due consideration for the nature of the action, Defendants' arguments with respect to the new allegations in the Second Amended Complaint, and counsels' schedules, and have agreed that the foregoing considerations warrant an extension of the deadlines to file opposition and reply memoranda, and hereby submit the following schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to Court approval, that:

1. Lead Plaintiffs shall file an opposition to the Motion to Dismiss the Second Amended Complaint on or before June 14, 2024 and;

2. Defendants shall file a reply to Lead Plaintiffs' opposition on or before July 12, 2024.

This is the first stipulation requesting extension of the parties' deadlines to file an opposition to the Motion to Dismiss the Second Amended Complaint and the related reply. A proposed order is filed herewith.

| | | |
|---|---|---|
| 1 | DATED: May 16, 2024 | By:  /s/ Andrew R. Muehlbauer |

Andrew R. Muehlbauer, Esq.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
andrew@mlolegal.com

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
clinehan@glancylaw.com

*Lead Counsel for Lead Plaintiffs Marilyn Ezzes and Jeffrey A. Davies*

**BLOCK & LEVITON LLP**
Jeffrey C. Block (*pro hac vice*)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockleviton.com

*Counsel for Additional Plaintiff Michael F. Salbenblatt*

| | | |
|---|---|---|
| DATED: May 16, 2024 | By: | /s/ Michael Gayan |

                                                 Michael Gayan, Esq. (Nevada Bar No. 11135)
                                                 Katrina Stark, Esq. (Nevada Bar No. 16006)
                                                 **KEMP JONES, LLP**
                                                 3800 Howard Hughes Pkwy., 17th Floor
                                                 Las Vegas, Nevada 89169
                                                 Telephone: (702) 385-6000
                                                 Facsimile: (702) 385-6001
                                                 m.gayan@kempjones.com
                                                 k.stark@kempjones.com

                                                 John C. Tang (*pro hac vice*)
                                                 Dennis F. Murphy, Jr. (*pro hac vice*)
                                                 **JONES DAY**
                                                 555 California Street, 26th Floor
                                                 San Francisco, CA 94104
                                                 Telephone: (415) 626-3939
                                                 Facsimile: (415) 875-5700
                                                 jctang@jonesday.com
                                                 dennismurphy@jonesday.com

                                               *Counsel for Defendants Vintage Wine Estates, Inc., Patrick Roney, Katherine DeVillers, and Kristina Johnston*

4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants | Case No. 2:22-cv-01915-GMN-DJA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION EXTENDING LEAD PLAINTIFFS' DEADLINE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND EXTENDING DEFENDANTS' DEADLINE TO FILE A REPLY** |

Having considered the parties' Stipulation Extending Lead Plaintiffs' Deadline to File an Opposition to Defendants' Motion to Dismiss and Extending Defendants' Deadline to File a Reply, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Lead Plaintiffs shall file an opposition to the motion to dismiss the Second Amended Complaint on or before June 14, 2024.

2. Defendants shall file a reply to Lead Plaintiffs' opposition on or before July 12, 2024.

**IT IS SO ORDERED.**

Dated: _____May 17,____, 2024    _____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1