John C. Tang (*Pro Hac Vice*)
Dennis F. Murphy, Jr. (*Pro Hac Vice*)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
jtang@jonesday.com
dennismurphy@jonesday.com
Telephone:  +1.415.626.3939
Facsimile:  +1.415.875.5700

Michael J. Gayan (#11135)
Katrina M. Stark (#16006)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
m.gayan@kempjones.com
k.stark@kempjones.com
Telephone:  +1.702.385.6000
Facsimile:  +1.702.385.6001

Attorneys for Defendants
VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants. | Case No. 2:22-cv-01915-GMN-DJA<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD (JONES DAY FOR INDIVIDUAL DEFENDANTS PATRICK RONEY, KATHERINE DEVILLERS, AND KRISTINA JOHNSTON)** |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Kemp Jones, LLP and Jones Day, counsel of record for Defendants Vintage Wine Estates, Inc. ("Defendant Vintage Wine"), Patrick Roney, Katherine DeVillers, and Kristina Johnston in the above-captioned matter, hereby file this Motion to Withdraw as Counsel of Record, with Jones Day seeking to withdraw as counsel solely with respect to individual defendants Patrick Roney, Katherine DeVillers, and Kristina Johnston (collectively, the "Individual Defendants"), in accordance with United States District Court, District of Nevada LR IA 11-6, and based on the following memorandum of points and authorities.

DATED this 14th day of June, 2024.

KEMP JONES, LLP

Michael J. Gayan, Esq., Bar No. 11135
Katrina Stark, Esq., Bar No. 16006
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendants*

JONES DAY

John C. Tang (*Pro Hac Vice*)
Dennis F. Murphy, Jr. (*Pro Hac Vice*)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104

*Attorneys for Defendants*

## MEMORANDUM OF POINTS AND AUTHORITIES

The current Motion is straightforward. Jones Day seeks to withdraw as counsel for the Individual Defendants, with the consent of the Individual Defendants. Kemp Jones, LLP will continue to represent the Individual Defendants. Jones Day and Kemp Jones, LLP will continue to represent Defendant Vintage Wine.

LR IA 11-6 of the Local Rules of Practice for the United States District Court for the District of Nevada states in relevant part:

> (b) If an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel. The affected client may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise.
>
> ...
>
> (e) Except for good cause shown, no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case. Where delay would result, the papers seeking leave of the court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial, or hearing. If a trial setting has been made, an additional copy of the moving papers must be provided to the clerk for immediate delivery to the assigned district judge, bankruptcy judge, or magistrate judge.

In other words, if there is no delay to discovery, trial, or any hearing in the case, LR IA 11-6 only requires notice of this Motion be served on the client and opposing counsel.[1]

Here, there is no risk of delay because the Individual Defendants are currently represented by Kemp Jones, LLP and will continue to be represented by Kemp Jones, LLP. Similarly, Defendant Vintage Wine is currently represented by Jones Day and Kemp Jones, LLP and will continue to be represented by Jones Day and Kemp Jones, LLP. All Defendants will continue to be represented in this case if the current Motion is granted. Of note, all Defendants have consented to the requested relief and provided their signatures on the Motion.

Therefore, Kemp Jones, LLP and Jones Day respectfully request that an order granting the Motion be entered confirming that Jones Day no longer represents the Individual Defendants in the above-captioned matter.

---

[1] Counsel will serve all Defendants with a copy of this Motion. In addition, the Individual Defendants and Defendant Vintage Wine have consented to this Motion as evidenced by their signatures hereto.

-2-

DATED this 14th day of June, 2024.

KEMP JONES, LLP

Michael J. Gayan, Esq., Bar No. 11135
Katrina Stark, Esq., Bar No. 16006
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendants*

JONES DAY

John C. Tang (*Pro Hac Vice*)
Dennis F. Murphy, Jr. (*Pro Hac Vice*)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104

*Attorneys for Defendants*

Patrick Roney

Katherine DeVillers

Kristina Johnston

Amir Sadr, General Counsel on behalf of Vintage Wine Estates, Inc.

DATED this 14th day of June, 2024.

KEMP JONES, LLP

_____
Michael J. Gayan, Esq., Bar No. 11135
Katrina Stark, Esq., Bar No. 16006
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendants*

JONES DAY

_____
John C. Tang (*Pro Hac Vice*)
Dennis F. Murphy, Jr. (*Pro Hac Vice*)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104

*Attorneys for Defendants*

_____
Patrick Roney

_____
Katherine DeVillers

_____
Kristina Johnston

_____
Amir Sadr, General Counsel on behalf of
Vintage Wine Estates, Inc.

DATED this 14th day of June, 2024.

KEMP JONES, LLP

_____
Michael J. Gayan, Esq., Bar No. 11135
Katrina Stark, Esq., Bar No. 16006
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Defendants*

JONES DAY

_____
John C. Tang (*Pro Hac Vice*)
Dennis F. Murphy, Jr. (*Pro Hac Vice*)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104

*Attorneys for Defendants*

_____
Patrick Roney

_____
Katherine DeVillers

_____
Kristina Johnston

_____
Amir Sadr, General Counsel on behalf of
Vintage Wine Estates, Inc.

IT IS SO ORDERED.

DATED: 6/28/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-3-

**PROOF OF SERVICE**

I hereby certify that on the 27th day of June, 2024, I served a true and correct copy of the foregoing **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD (JONES DAY FOR INDIVIDUAL DEFENDANTS PATRICK RONEY, KATHERINE DEVILLERS, AND KRISTINA JOHNSTON)** via the United States District Court's CM/EMF electronic filing system to all parties on the e-service list and upon all Defendants via email.

_____
An employee of Kemp Jones, LLP