John C. Tang (*Pro Hac Vice*)
JCTang@jonesday.com
Dennis F. Murphy, Jr. (*Pro Hac Vice*)
dennismurphy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700

Attorneys for Defendant
VINTAGE WINE ESTATES, INC.

Michael J. Gayan (#11135)
m.gayan@kempjones.com
Katrina Stark (#16006)
k.stark@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV  89169
Telephone:     +1.702.385.6000
Facsimile:     +1.702.385.6001

Attorneys for Defendant
VINTAGE WINE ESTATES, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants. | Case No. 2:22-cv-01915-GMN-DJA<br><br>**NOTICE OF PENDENCY OF BANKRUPTCY FOR DEFENDANT VINTAGE WINE ESTATES, INC. AND AUTOMATIC STAY OF PROCEEDINGS** |

**PLEASE TAKE NOTICE THAT** on July 24, 2024 (the "Petition Date"), Meier's Wine Cellars Acquisition, LLC; California Cider Co., Inc.; Girard Winery LLC; Grove Acquisition, LLC; Meier's Wine Cellars, Inc.; Mildara Blass Inc.; Sabotage Wine Company, LLC; Splinter Group Napa, LLC; Thames America Trading Company Ltd.; Vinesse, LLC; Vintage Wine Estates, Inc. (CA); and Vintage Wine Estates, Inc. (NV) (each a "Debtor" and collectively the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (jointly administered under Case No. 24-11575).

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with the automatic stay imposed by operation of section 362 of the Bankruptcy Code (the "Stay"), as confirmed by the Stay Order, from and after the Petition Date, no cause of action arising prior to, or relating to the period prior to, the Petition Date may be commenced or continued against the Debtors in any judicial, administrative or other action or proceeding and no related judgment may be entered or enforced against any Debtor entity outside the Bankruptcy Court without the Bankruptcy Court first issuing an order lifting or modifying the Stay for such specific purpose.

**PLEASE TAKE FURTHER NOTICE THAT** actions taken in violation of the Stay, and any judgments entered or enforced against any Debtor entity while the Stay is in effect, are void and without effect.

**PLEASE TAKE FURTHER NOTICE** that information regarding the status of the Debtors' chapter 11 cases may be obtained by reviewing the docket of the Debtors' chapter 11 cases at https://www.deb.uscourts.gov (PACER password required) or free of charge at https://dm.epiq11.com/VintageWine.

Not. of Pendency of Bankruptcy
2:22-cv-01915-GMN-DJA

Dated: July 24, 2024                              KEMP JONES, LLP


By: */s/ Michael Gayan*
    Michael Gayan, Bar No. 11135
    Katrina Stark, Bar No. 16006
    3800 Howard Hughes Parkway, 17th Floor
    Las Vegas, Nevada  89169

    Attorneys for Defendant
    VINTAGE WINE ESTATES, INC.

    JONES DAY
    John C. Tang, *Pro Hac Vice*
    Dennis F. Murphy, Jr., *Pro Hac Vice*
    555 California Street, 26th Floor
    San Francisco, California  94104

    Attorneys for Defendant
    VINTAGE WINE ESTATES, INC.

**<u>PROOF OF SERVICE</u>**

I hereby certify that on the 24th day of July, 2024, I served a true and correct copy of the foregoing **NOTICE OF PENDENCY OF BANKRUPTCY FOR DEFENDANT VINTAGE WINE ESTATES, INC. AND AUTOMATIC STAY OF PROCEEDINGS** via the United States District Court's CM/EMF electronic filing system to all parties on the e-service list.

*/s/ Ali Lott*
An employee of Kemp Jones, LLP