|   |   |
|---|---|
| 1 | Michael J. Gayan (#11135) |
| 2 | Katrina Stark (#16006)<br>KEMP JONES, LLP |
| 3 | 3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, NV 89169 |
| 4 | m.gayan@kempjones.com<br>k.stark@kempjones.com |
| 5 | Telephone: +1.702.385.6000<br>Facsimile: +1.702.385.6001 |

Attorneys for Defendants
PATRICK RONEY, KATHERINE DEVILLERS, and
KRISTINA JOHNSTON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants. | Case No. 2:22-cv-01915-GMN-DJA<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT (FIRST REQUEST)** |

WHEREAS, on April 5, 2024, Plaintiffs in the above-captioned action (the "Action") filed a Second Consolidated Amended Class Action Complaint (ECF No. 48) against Vintage Wine Estates, Inc., Patrick Roney, Katherine DeVillers, and Kristina Johnston (collectively, "Defendants");

WHEREAS, Defendants filed a Motion to Dismiss Second Consolidated Amended Class Action Complaint on May 10, 2024 (ECF No. 50);

WHEREAS, Defendant Vintage Wine Estates filed a Notice of Pendency of Bankruptcy on July 24, 2024 (ECF No. 58);

WHEREAS, Plaintiffs voluntarily dismissed Defendant Vintage Wine Estates on July 25, 2024 (ECF No. 59);

WHEREAS, the Court entered an order denying Defendants' Motion to Dismiss on

1  December 13, 2024 (ECF No. 61); and

2  WHEREAS, the undersigned parties agree that good cause exists to extend Defendants'
3  obligation to respond to the Second Consolidated Amended Class Action Complaint due to, among
4  other things, the intervening holidays.

5  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel,
6  and subject to Court approval, that Defendants shall have until January 17, 2025, to respond to the
7  Second Consolidated Amended Class Action Complaint.

DATED: December 27, 2024

By: /s/ Andrew R. Muehlbauer
Andrew R. Muehlbauer, Esq.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
andrew@mlolegal.com

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

*Plaintiffs Counsel*

DATED: December 27, 2024

By: /s/ Michael Gayan
Michael Gayan, Esq. (Nevada Bar No. 11135)
Katrina Stark, Esq. (Nevada Bar No. 16006)
**KEMP JONES, LLP**
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169
m.gayan@kempjones.com
k.stark@kempjones.com

*Counsel for Defendants Patrick Roney, Katherine DeVillers, and Kristina Johnston*

**IT IS SO ORDERED:**

DATED: 12/30/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE