Michael J. Gayan, Esq. (#11135)
Katrina M. Stark, Esq. (#16006)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
m.gayan@kempjones.com
k.stark@kempjones.com
Telephone:    +1.702.385.6000
Facsimile:    +1.702.385.6001

Attorneys for Defendants
*PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants. | Case No. 2:22-cv-01915-GMN-DJA<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT (SECOND REQUEST)** |

WHEREAS, on April 5, 2024, Plaintiffs in the above-captioned action (the "Action") filed a Second Consolidated Amended Class Action Complaint (ECF No. 48) against Vintage Wine Estates, Inc., Patrick Roney, Katherine DeVillers, and Kristina Johnston (collectively, "Defendants");

WHEREAS, Defendants filed a Motion to Dismiss Second Consolidated Amended Class Action Complaint on May 10, 2024 (ECF No. 50);

WHEREAS, Defendant Vintage Wine Estates filed a Notice of Pendency of Bankruptcy on July 24, 2024 (ECF No. 58);

WHEREAS, Plaintiffs voluntarily dismissed Defendant Vintage Wine Estates on July 25, 2024 (ECF No. 59);

1  WHEREAS, the Court entered an order denying Defendants' Motion to Dismiss on December 13, 2024 (ECF No. 61);

WHEREAS, the Parties stipulated to extend Defendants' deadline to respond to the Second Consolidated Amended Class Action Complaint on December 27, 2024 (ECF No. 62);

WHEREAS, the Court entered an Order Granting the Joint Stipulation Extending Defendants' Deadline to Respond on December 30, 2024 (ECF No. 63); and

WHEREAS, the undersigned parties agree that good cause exists to extend Defendants' obligation to respond to the Second Consolidated Amended Class Action Complaint due to, among other things, unforeseen professional conflicts for Defendants' counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to Court approval, that Defendants shall have until January 31, 2025, to respond to the Second Consolidated Amended Class Action Complaint.

DATED this 17th day of January, 2025.

/s/ Andrew R. Muehlbauer
Andrew R. Muehlbauer, Esq.
(Nevada Bar No. 10161)
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067

*Plaintiffs' Counsel*

DATED this 17th day of January, 2025.

/s/ Michael J. Gayan
Michael J. Gayan, Esq.
(Nevada Bar No. 11135)
Katrina M. Stark, Esq.
(Nevada Bar No. 16006)
**KEMP JONES, LLP**
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169

*Counsel for Defendants Patrick Roney, Katherine DeVillers, and Kristina Johnston*

**IT IS SO ORDERED:**

DATED: ___January 21___, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE