Michael J. Gayan (#11135)
Nathanael R. Rulis (#11259)
Katrina Stark (#16006)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV  89169
m.gayan@kempjones.com
n.rulis@kempjones.com
k.stark@kempjones.com
Telephone:    +1.702.385.6000
Facsimile:    +1.702.385.6001

Attorneys for Defendants
PATRICK RONEY, KATHERINE DEVILLERS, and
KRISTINA JOHNSTON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON, <br><br> Defendants. | Case No. 2:22-cv-01915-GMN-DJA <br><br> **JOINT STIPULATION TO STAY PENDING MEDIATION** |

WHEREAS, on April 5, 2024, Plaintiffs in the above-captioned action (the "Action") filed a Second Consolidated Amended Class Action Complaint (ECF No. 48) against Vintage Wine Estates, Inc., Patrick Roney, Katherine DeVillers, and Kristina Johnston (collectively, "Defendants");

WHEREAS, Defendants filed a Motion to Dismiss Second Consolidated Amended Class Action Complaint on May 10, 2024 (ECF No. 50);

WHEREAS, Defendant Vintage Wine Estates filed a Notice of Pendency of Bankruptcy on July 24, 2024 (ECF No. 58);

WHEREAS, Plaintiffs voluntarily dismissed Defendant Vintage Wine Estates on July 25, 2024 (ECF No. 59);

WHEREAS, the Court entered an order denying Defendants' Motion to Dismiss on December 13, 2024 (ECF No. 61);

WHEREAS, the Parties stipulated to extend Defendants' deadline to respond to the Second Consolidated Amended Class Action Complaint on December 27, 2024 (ECF No. 62);

WHEREAS, the Court entered an Order Granting the Joint Stipulation Extending Defendants' Deadline to Respond on December 30, 2024, which extended Defendants' deadline to respond to the Second Consolidated Amended Class Action Complaint to January 17, 2025 (ECF No. 63);

WHEREAS, the Parties have met and conferred about scheduling a mediation to discuss settlement before proceeding with any other litigation activities and agree to pursue that course of action;

WHEREAS, the Parties have agreed to mediate this case before Jed Melnick, Esq. of JAMS in Los Angeles, California on April 3, 2025;

WHEREAS, Defendants' prior counsel of record, Michael J. Gayan, Esq. of Kemp Jones, LLP, will be changing firms and Defendants will be retaining new counsel prior to the mediation; and

WHEREAS, the Parties agree to stay this action to allow time for Defendants to retain new counsel and the Parties to mediate.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to Court approval, that this action be stayed until April 18, 2025 for the foregoing reasons.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to Court approval, that the parties will provide the Court with an update on or before April 11, 2025, on whether the mediation was successful in resolving the action, and if the mediation was unsuccessful, Defendants' answer will be due by April 18, 2025.

DATED:  January 31, 2025

By:    /s/ Andrew Muehlbauer

Andrew R. Muehlbauer, Esq.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
andrew@mlolegal.com

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

*Plaintiffs' Counsel*

DATED:  January 31, 2025

By:    /s/ Nathanael Rulis

Michael Gayan, Esq. (#11135)
Nathanael R. Rulis, Esq. (#11259)
Katrina Stark, Esq. (#16006)
**KEMP JONES, LLP**
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 89169
n.rulis@kempjones.com
m.gayan@kempjones.com
k.stark@kempjones.com

*Counsel for Defendants Patrick Roney, Katherine
DeVillers, and Kristina Johnston*

**IT IS SO ORDERED:**

DATED: January _31_, 2025.

_____

Gloria M. Navarro
U.S. District Court Judge