1   Richard C. Gordon (#9036)
    Brian R. Reeve (#10197)
2   SNELL & WILMER L.L.P.
    1700 South Pavilion Center Drive, Suite 700
3   Las Vegas, Nevada 89135-1865
    Telephone: 702.784.5200
4   Facsimile: 702.784.5252
    Email: rgordon@swlaw.com
5           breeve@swlaw.com

6   *Attorneys for Defendants*
    *Patrick Roney, Katherine Devillers, and*
7   *Kristina Johnston*

8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                        **FOR THE DISTRICT OF NEVADA**
10

11  MARILYN EZZES, Individually and on Behalf        Case No. 2:22-cv-01915-GMN-DJA
    of All Others Similarly Situated,
12                                                   **STIPULATION AND ORDER**
                    Plaintiff,                       **EXTENDING DEFENDANTS'**
13                                                   **DEADLINE TO FILE ANSWER**
        v.                                           **(THIRD REQUEST)**
14
    PATRICK RONEY, KATHERINE
15  DEVILLERS, and KRISTINA JOHNSTON,

16                  Defendants.

17          WHEREAS, on April 5, 2024, Plaintiffs in the above-captioned action (the "Action") filed

18  a Second Consolidated Amended Class Action Complaint (ECF No. 48) against Vintage Wine

19  Estates, Inc., Patrick Roney, Katherin DeVillers, and Kristina Johnston (collectively,

20  "Defendants");

21          WHEREAS, Defendants filed a Motion to Dismiss Second Consolidated Amended Class

22  Action Complaint on May 10, 2024 (ECF No. 50);

23          WHEREAS, Defendant Vintage Wine Estates filed a Notice of Pendency of Bankruptcy

24  on July 24, 2024 (ECF No. 58);

25          WHEREAS, Plaintiffs voluntarily dismissed Defendant Vintage Wine Estates on July 25,

26  2024 (ECF No. 59);

27          WHEREAS, the Court entered an order denying Defendants' Motion to Dismiss on

28  December 13, 2024 (ECF No. 61);

WHEREAS, the Parties stipulated to extend Defendants' deadline to respond to the Second Consolidated Amended Class Action Complaint on December 27, 2024 (ECF No. 62);

WHEREAS, the Court entered an Order Granting the Joint Stipulation Extending Defendants' Deadline to Respond on December 30, 2024 (ECF No. 63);

WHEREAS, the Parties stipulated to extend Defendants' deadline to respond to the Second Consolidated Amended Class Action Complaint for a second time on January 17, 2025 (ECF No. 64);

WHEREAS, the Court entered an Order Granting the Joint Stipulation Extending Defendants' Deadline to Respond on January 21, 2025 (ECF No. 65);

WHEREAS, the Parties filed a Joint Stipulation to Stay Pending Mediation on January 31, 2025, pursuant to which the case was stayed until April 18, 2025, to allow the parties to mediate and for Defendants to retain new counsel (ECF No. 70);

WHEREAS, under the Joint Stipulation to Stay Pending Mediation, Defendants' answer to the Second Consolidated Amended Class Action Complaint would be due by April 18, 2025, if mediation was unsuccessful;

WHEREAS, the Parties participated in mediation on April 3, 2025, but were unsuccessful in resolving the Action;

WHEREAS, Defendants' new counsel requests additional time to familiarize themselves with the evidence in the case and to prepare an answer to the Second Consolidated Amended Class Action Complaint.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to Court approval, that Defendants' current deadline to file an answer, April 18, 2025, will be extended three weeks making the new deadline for Defendants to file an answer May 9, 2025.

Snell & Wilmer

L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200

1   DATED: April 11, 2025                    SNELL & WILMER L.L.P.

2                                   By: /s/ Brian Reeve
3                                       Richard C. Gordon, Esq. (#9036)
                                        Brian R. Reeve, Esq. (#10197)
                                        1700 South Pavilion Center Drive, Suite 700
4                                       Las Vegas, Nevada 89135-1865

5                                       *Attorneys for Defendants Patrick Roney,*
6                                       *Katherine Devillers, and Kristina Johnston*

    DATED: April 11, 2025                    MUEHLBAUER LAW OFFICE, LTD
7

8                                   By: /s/ Andrew R. Muehlbauer
9                                       Andrew R. Muehlbauer, Esq. (#10161)
                                        Sean Patrick Connell, Esq.
                                        7915 West Sahara Ave., Ste. 104
10                                      Las Vegas, NV 89117

11                                      Charles H. Linehan, Esq. (pro hac vice)
12                                      Casey E. Sadler, Esq. (pro hac vice)
                                        GLANCY PRONGAY & MURRAY LLP
13                                      1925 Century Park East, Suite 2100
                                        Los Angeles, California 90067
14
                                        *Attorneys for Plaintiff Marilyn Ezzes*
15

16  **IT IS SO ORDERED:**

17  DATED: April 14, 2025              By: _____
18                                      DANIEL J. ALBREGTS
                                        UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2025, I electronically filed the foregoing **STIPULATION AND ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE ANSWER (THIRD REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


    Dated:  April 11, 2025            */s/ Debbie Shuta*
                                      An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200