**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Marilyn Ezzes, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff(s),

vs.

Vintage Wine Estates, Inc., Patrick Roney, Katherine Devillers, and Kristina Johnston,

    Defendant(s).

Case #2:22-CV-01915-GMN-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____John C. Roberts, Jr._____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Glancy Prongay & Murray LLP_____
(firm name)

with offices at ____1925 Century Park East, Suite 2100____,
(street address)

___Los Angeles___, ___California___, ___90067___,
(city)                     (state)              (zip code)

___310-201-9150___, ___Jroberts@glancylaw.com___.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Plaintiff Marilyn Ezzes____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 06/18/2012 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Washington (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| Supreme Court of Illinois | 11/08/2007 | 629364 |
| USDC Western District of Washington | 09/13/2012 | 44945 |
| USDC Eastern District of Washington | 11/09/2012 | 44945 |
| U.S. Courts of Appeals, Ninth Circuit | 11/17/2014 | n/a |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  Washington  )
COUNTY OF  KITSAP  )

_____John C. Roberts, Jr._____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

  25   day of  Aug , 2025 .

_____
Notary Public or Clerk of Court

TIFFINY REIQUAM
NOTARY PUBLIC
STATE OF WASHINGTON
License Number 25001229
My Commission Expires 02/05/2028

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate  Andrew R. Muehlbauer, Esq. ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____7915 West Sahara Avenue, Suite 104_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89117_____,
(city)          (state)          (zip code)

_____702-330-4505_____, _____Andrew@mlolegal.com_____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) ___Andrew R. Muehlbauer, Esq.___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Marilyn Ezzes*
(party's signature)

Plaintiff Marilyn Ezzes
(type or print party name, title)

*Jeffrey R. Davies*
(party's signature)

Plaintiff Jeffrey Davies
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Andrew Muehlbauer*
Designated Resident Nevada Counsel's signature

10161                           Andrew@mlolegal.com
Bar number                      Email address

APPROVED:

Dated: this __4__ day of __September__, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

John Charles Roberts, Jr.

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/2007 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of July, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 44945 |
| OF | ) | **CERTIFICATE** |
| JOHN CHARLES ROBERTS JR. | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**JOHN CHARLES ROBERTS JR.**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 18, 2012, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 24th day of July, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court