ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel: (702) 330-4505
Fax: (702) 825-0141
*andrew@mlolegal.com*

*Liaison Counsel for Lead Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants. | Case No. 2:22-cv-01915-GMN-DJA<br><br>**NOTICE OF ERRATA** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff Marilyn Ezzes, by and through her counsel, hereby files this Notice of Errata to correct the Sworn Certification of Marilyn Ezzes submitted with the Complaint (ECF No. 1-1). The corrected Sworn Certification of Marilyn Ezzes is attached hereto as Exhibit A.

Dated: November 10th, 2025

Respectfully submitted,

By:  */s/ Andrew R. Muehlbauer*

Andrew R. Muehlbauer
Nevada Bar No. 10161
  *andrew@mlolegal.com*
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel: (702) 330-4505
Fax: (702) 825-0141

Casey E. Sadler (pro hac vice)
  *csadler@glancylaw.com*
Pavithra Rajesh
  *prajesh@glancylaw.com*
John C. Roberts (pro hac vice)
  *jroberts@glancylaw.com*
Charles H. Linehan (pro hac vice)
  *clinehan@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Liaison Counsel for Lead Plaintiffs*
*Lead Counsel for Lead Plaintiffs*

Jeffrey C. Block (pro hac vice)
  *jeff@blockleviton.com*
Jacob Walker
  *jake@blockleviton.com*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600
Fax: (617) 507-6020

*Counsel for Additional Plaintiff Michael F. Salbenblatt*

1

**PROOF OF SERVICE**

I hereby certify that on this 10th day of November, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Andrew R. Muehlbauer*
Andrew R. Muehlbauer