# EXHIBIT 1

| | |
|---|---|
| **From:** | Kathy DeVillers [/O=USA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KATHY DEVILLERSCE2] |
| **Sent:** | 10/9/2021 11:29:32 AM |
| **To:** | Tony ODonnell [Tony.ODonnell@mossadams.com] |
| **Subject:** | Re: SAB 99 memo and supporting docs |

Thanks Tony- I will try to look at it when I get into the city ( on ferry now). Kranz created the spreadsheet but I added the adjustments in the statements and may have messed something up.  Did you see the note in the PY paje for bull OH that I sent this am?

Sent from my iPhone

On Oct 9, 2021, at 9:50 AM, Tony ODonnell <Tony.ODonnell@mossadams.com> wrote:

Kathy,

It looks like there is a formula issue at cell L170 in Summary tab for the VWE PAJE Analysis excel sheet?  I have attached for your convenience.

Regards,

Tony O

Tony O'Donnell
(he-him)
Partner | **Moss Adams**
*Assurance Services*

2882 Prospect Park Drive, Suite 300
Rancho Cordova, CA 95670

| | |
|---|---|
| D | (916) 503-8143 |
| T | (916) 503-8100 |
| M | (916) 508-9968 |
| F | (916) 503-8101 |

*//////  ////*
Moss Adams celebrates LGBTQ + Pride
Moss Adams is committed to be an anti-racist firm

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Saturday, October 9, 2021 8:47 AM
**To:** May, Joel T. <jtmay@jonesday.com>; McKithen, Justin W. <jmckithen@jonesday.com>; Tony ODonnell <Tony.ODonnell@mossadams.com>; Tai Huynh <Tai.Huynh@mossadams.com>; Sarah Ratra <Sarah.Ratra@mossadams.com>
**Cc:** Lisa Schnorr <lisaschnorr@me.com>; Jon Moramarco <jon.moramarco@bw166.com>; Candice Koederitz <cekoe13@gmail.com>; Mark Harms <mark.harms@bespokecp.com>; Pat Roney <pat@vintagewineestates.com>; Eric Miller <EMiller@vintagewineestates.com>
**Subject:** SAB 99 memo and supporting docs

All-

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0130638
LT00260301

# Redacted

**Kathy DeVillers**
*Chief Financial Officer*

<image003.png>

937 Tahoe Blvd, Incline Village , NV 89451
o: 707.921.2822 │ c: 707.331.0289 │ kdevillers@vintagewineestates.com

CONFIDENTIALITY NOTICE

This e-mail and any attachments are for the sole use of the intended recipients and contain information that may be confidential or legally privileged. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.

<Copy of VWE PAJE Analysis SAB 99_10.8.21 v2.xlsx>

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0130639
LT00260302