# EXHIBIT 2

## Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 37 | Date Range: 7/26/2022 |

## Outline of Conversations

 **CHAT - KJ_0000001 - 02006 - 2022/07/26** · 37 messages on 7/26/2022 · +12094834768 · Kristina Johnston <+15854045459> · Terry  Wheatley <+12094834768>

RDJ473212

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - KJ_0000001 - 02006 - 2022/07/26**

KJ **Kristina Johnston <+15854045459>**  ◀ 7/26/2022, 1:55 AM
Incoming!  Error in Meiers plan - Kathy gave us bad numbers.  Ebitda is now 50m

\# **+12094834768**  ▶ 7/26/2022, 2:16 AM
For 2023??

KJ **Kristina Johnston <+15854045459>**  ◀ 7/26/2022, 2:18 AM
Yes. Setting up meeting with Paul Kathy and pat to review.  But Paul was adamant today that the number I had were inflated and he had communicated that to Kathy for updates.  All lost in translation.

\# **+12094834768**  ▶ 7/26/2022, 2:18 AM
F…..k

KJ **Kristina Johnston <+15854045459>**  ◀ 7/26/2022, 2:19 AM
Can't d'in catch a break.

\# **+12094834768**  ▶ 7/26/2022, 2:19 AM
Need to get Kathy out of the middle…

KJ **Kristina Johnston <+15854045459>**  ◀ 7/26/2022, 2:20 AM
Eric is heading back east as his father just entered hospice 😔

KJ **Kristina Johnston <+15854045459>**  ◀ 7/26/2022, 2:20 AM
As soon as we can rebuild this FPA team we plan to!

\# **+12094834768**  ▶ 7/26/2022, 2:20 AM
Which Eric?  Waterman??

KJ **Kristina Johnston <+15854045459>**  ◀ 7/26/2022, 2:20 AM
Waterman.

\# **+12094834768**  ▶ 7/26/2022, 2:20 AM
F….k again!!!

KJ **Kristina Johnston <+15854045459>**  ◀ 7/26/2022, 2:21 AM
I'm
Going to pour a drink and work to get Hasan and Michael's the files they need to update the bod deck

KJ **Kristina Johnston <+15854045459>**  ◀ 7/26/2022, 2:21 AM
Times a ticking

\# **+12094834768**  ▶ 7/26/2022, 2:22 AM
Learned today that Jason Strobbe and Waterman have a history.  Strobbe was thrilled to hear he joined VWE.  They apparently worked together when Eric was at Sysco.  Strobbe said Eric is a rock star!

KJ **Kristina Johnston <+15854045459>**  ◀ 7/26/2022, 2:23 AM
Loved "Learned today that Jason Strobbe and Waterman have a history.  Strobbe was thrilled to hear he joined VWE. They apparently worked together when Eric was at Sysco.  Strobbe said Eric is a rock star!"

KJ **Kristina Johnston <+15854045459>**  ◀ 7/26/2022, 2:23 AM
He really is and has been a good sport just need to get him through this family stress and get him some analysts!!

RDJ473213

\# **+12094834768**      ▶ 7/26/2022, 1:58 PM

The Bark Mobile has arrived at headquarters!

Attached URL: https://p24-content.icloud.com/MDD6BFF4EAE5FF31FFD144C94DA8DBDD4A8172CB369C587B1D134E16CD5D0944A.C01USN00Attachment Title: IMG_8079.heic

Attached URL: https://p46-content.icloud.com/MDD6BFF4EAE5FF31FFD144C94DA8DBDD4A8172CB369C587B1D134E16CD5D0944A.C01USN00Attachment Title: IMG_8077.heic

Attached URL: https://p28-content.icloud.com/MDD6BFF4EAE5FF31FFD144C94DA8DBDD4A8172CB369C587B1D134E16CD5D0944A.C01USN00Attachment Title: IMG_8075.heic

*Attachment: IMG_8079.heic (2 MB)*

*Attachment: IMG_8077.heic (3 MB)*

*Attachment: IMG_8075.heic (3 MB)*

KJ **Kristina Johnston <+15854045459>**      ◀ 7/26/2022, 2:00 PM

Looks great!

KJ **Kristina Johnston <+15854045459>**      ◀ 7/26/2022, 2:23 PM

On with Lisa. Will call you back.

\# **+12094834768**      ▶ 7/26/2022, 2:24 PM

Ok.  What time is your call with Kathy and Pat.  I might want to join

\# **+12094834768**      ▶ 7/26/2022, 3:37 PM

Are you handling the HESS audit?

\# **+12094834768**      ▶ 7/26/2022, 3:38 PM

Do you have the list of synergies?

KJ **Kristina Johnston <+15854045459>**      ◀ 7/26/2022, 3:38 PM

I just got myself invited to the call yesterday and I have time with cbh on Thursday to tell the I am leading it.

KJ **Kristina Johnston <+15854045459>**      ◀ 7/26/2022, 3:38 PM

I don't have the list of synergies

KJ **Kristina Johnston <+15854045459>**      ◀ 7/26/2022, 3:39 PM

Interested in the board deck info.  Just got off with Lisa - not sure the bod is completely aware of the timeline here.

\# **+12094834768**      ▶ 7/26/2022, 3:39 PM

Good God!

\# **+12094834768**      ▶ 7/26/2022, 3:58 PM

The analyst are going to go bonkers over this leverage

KJ **Kristina Johnston <+15854045459>**      ◀ 7/26/2022, 3:59 PM

Yes. We will need to be on top of our cash management - good thing we have a treasury team 🪦

\# +12094834768 ▶ 7/26/2022, 4:04 PM

What is patronage?

KJ **Kristina Johnston <+15854045459>** ◀ 7/26/2022, 4:06 PM

My understanding is it is similar to a rebate.

\# +12094834768 ▶ 7/26/2022, 4:14 PM

No pressure here…

KJ **Kristina Johnston <+15854045459>** ◀ 7/26/2022, 4:15 PM

Yep. I
Still diving for dollars on ebitda adjustments.  Convinced myself of another 5.9m this am.  So I'm
Targeting 51.9 for 22

KJ **Kristina Johnston <+15854045459>** ◀ 7/26/2022, 4:17 PM

These guys are so smart.  Impressed with how much they have in their heads.

\# +12094834768 ▶ 7/26/2022, 4:21 PM

Kathy spoke like we already have list of synergies….

KJ **Kristina Johnston <+15854045459>** ◀ 7/26/2022, 4:25 PM

I don't have anything from her I'm July.

KJ **Kristina Johnston <+15854045459>** ◀ 7/26/2022, 8:39 PM

Will call you back. On a call with inventory team.

KJ **Kristina Johnston <+15854045459>** ◀ 7/26/2022, 11:32 PM

Still in search of 9m for fy23 Pat just called. Meiers conversation didn't yield results today.

RDJ473215