# EXHIBIT 3

**From:**     Kristina Johnston [/O=USA/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KRISTINA JOHNSTON798]
**Sent:**      7/28/2022 10:58:34 PM
**To:**        Hasan Simeen (hasan.simeen@bespokecp.com) [hasan.simeen@bespokecp.com]; Michael Petschler
(Michael.Petschler@bespokecp.com) [Michael.Petschler@bespokecp.com]; Yusuf Hamza Bespoke
[yusuf.hamza@bespokecp.com]
**Subject:**   HELP! - 220728 - Accounting Remediation Overview v2.pptx
**Attachments:**  220728 - Accounting Remediation Overview v2.pptx


My EBITDA adjustment is wrong – it needs to be 19M NOT 24M

I was grossing up the 6m impact of erroneously taking the credit for the top side DFWS/Diageo sale inflating the impact of the physical counts and thereby the addback for the counts.  I caught it as I was trying to explain the quarterly impacts to CBH.

I'm sorry – I know this changes all of the decks/model as this puts FY22 EBITDA back to 45M

Call me in the AM to discuss.

Kris

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0273584
LT00135870