# EXHIBIT 4

**To:**    Kathy DeVillers[KDeVillers@vintagewineestates.com]
**Cc:**    Lisa Schnorr[lisaschnorr@me.com]; Candice Koederitz[cekoe13@gmail.com]; Jon Moramarco[jon.moramarco@bw166.com]; Pat Roney[pat@vintagewineestates.com]; Eric Miller[EMiller@vintagewineestates.com]
**From:**    Mark Harms Bespoke[mark.harms@bespokecp.com]
**Sent:**    Mon 9/20/2021 11:26:43 AM (UTC)
**Subject:**    Re: AC agenda/ PAJE's

Kathy
Thank you!  Please also forward the list of open items and status of closing those out, so we can understand where we are relative to getting the audit completed and 10-K filed in a timely fashion, which we all know is critically important.

Best,

Mark

Mark Harms
+44 207 016 8050 office
+1 917 859 2160 US mobile
+44 779 913 3967 UK mobile
Sent from my iPhone


On Sep 20, 2021, at 7:11 AM, Kathy DeVillers <KDeVillers@vintagewineestates.com> wrote:


All-  Attached is the list of Moss adjusting entries and my comments ( in red, columns J,K,L).   I have reviewed the data as best as I can and have arrived at ~$9.2MM of adjustments.  Note that there are a number of new items ( Slow moving inventory assessment ( #44) and dry goods (#48)) and some of the other estimates have been reduced (#38) since we last spoke to Moss.    My biggest concern about booking all the inventory adjustments is we could be double booking something given the nature of how the data flows and it wouldn't be evident on the surface.

Regarding the timing of the adjustments- Many of the adjustments to inventory are based upon judgement so would suggest that they belong in Q4. The exceptions to that are Owen Roe Bulk and Dry Goods adjustments ( $2.5m) – this would pertain to Q1 of F21. We can discuss further on the call.


Also, the agenda for the meeting is below.

1. Status of open items
2. Latest list of PAJEs and amounts
3. Impact of PAJEs on previously filed financial statements (12/31/20 and 3/31/21)
4. Summary of discussion with securities counsel and IR counsel


**Kathy DeVillers**
*Chief Financial Officer*

<image001.png>


937 Tahoe Blvd, Incline Village , NV 89451
o: 707.921.2822 | c: 707.331.0289 | kdevillers@vintagewineestates.com


<PAJEs to date 9.19.21.xlsx>

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0150928
LT00281100

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

CONFIDENTIAL TREATMENT REQUESTED BY VWE                                          VWE-SEC-0150929
CONFIDENTIAL                                                                      LT00281101