# EXHIBIT 5

**From:**    Pat Roney [/O=USA/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=PRONEY]
**Sent:**    12/3/2021 9:10:23 AM
**To:**    Russell Joy [rjoy@vintagewineestates.com]
**Subject:**    RE: Deutsch Min Inventory topic

Russ, call me know when you can please.

**Pat Roney**
**O: 707 346-3640**
**C: 707 287-3405**



**937 Tahoe Blvd Ste 210**
**Incline Village, NV 89451**

Our Wineries and Brands include: Adobe, Alloy Can Works, B.R Cohn Winery, Buried Cane, Cameron Hughes, Cartlidge & Browne, Cherry Pie, Clayhouse, Clos Pegase, Cosentino Winery, Delectus Winery, Firesteed Cellars, Game of Thrones, Girard Winery, Girl & Dragon, Gouguenheim Winery, If You See Kay, Kunde Family Winery, Laetitia Winery, Layer Cake, Middle Sister, Monogamy, Owen Rowe Winery, promisQuos, Purple Cowboy, Qupé, Ray's Station Winery, Sonoma Coast Vineyards, Swanson Vineyards, Tamarack Cellars, Viansa Winery, Windsor Vineyards

Craft Spirits Division: Distillery 209 Gin, Straight Edge Bourbon Whiskey, Slaughter House American Whiskey & Whipsaw Rye Whiskey, Partner Sweet Vermouth

---

**From:** Russell Joy <RJoy@vintagewineestates.com>
**Sent:** Friday, December 3, 2021 8:46 AM
**To:** Pat Roney <pat@vintagewineestates.com>
**Subject:** Deutsch Min Inventory topic

Hi Pat,
Cyndi, Wayne and I had our business review this morning and discussed the Min inventory topic.
I can call you to review their thoughts and how to respond.  Let me know when you are available.  I am now until 930 then again after 9:45am.
Note:  I can see their concern about being billed for 1mil cases when ending inventory at October was 650k cases.
Ending inventory for November is 909k.

Russell Joy
*Chief Operating Officer*



205 Concourse Blvd., Santa Rosa, CA 95403
O: 707.921.2801   C: 707.529.5801

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0083485
LT00034687