# EXHIBIT 6

| | |
|---|---|
| **From**: | Johanna Stockham [/O=USA/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=JSTOCKHAM] |
| **Sent**: | 6/20/2022 3:56:30 PM |
| **To**: | Molly Heipel [mheipel@vintagewineestates.com]; Courtney Prose [cprose@vintagewineestates.com]; Haley Pleasant [hpleasant@vintagewineestates.com]; Karla Reed [kreed@vintagewineestates.com]; Sean Oderkirk [soderkirk@vintagewineestates.com]; Lesley Larson [llarson@vintagewineestates.com]; Alex Montes [amontes@vintagewineestates.com]; Debbie Mitrick [dmitrick@vintagewineestates.com] |
| **CC**: | wholesale [wholesale@vintagewineestates.com]; Chris Resler [cresler@vintagewineestates.com]; Mike Gilboy [mgilboy@vintagewineestates.com] |
| **Subject**: | RE: SWA18CSNAP7SA & SWA18CSNAP7S |
| **Attachments**: | SO75339B.pdf; SO75243B.pdf; SO75243T.pdf |

Molly –

I released 112 cases of SWA18CSNAP7SA from SO40425 and Repicked

I picked SO75339 & SO75243 – **DEB ATTACHED ARE THE PICKS TO SEND TO PRINT FOR FELIPE**

I added 88 cases of SWA18CSNAP7SA and the remaining 52 cases of SWA18CSNAP7S to SO73800 HOLD and Repicked

Johanna

---

**From:** Molly Heipel <MHeipel@vintagewineestates.com>
**Sent:** Monday, June 20, 2022 3:26 PM
**To:** Courtney Prose <CProse@vintagewineestates.com>; Haley Pleasant <HPleasant@vintagewineestates.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Karla Reed <kreed@vintagewineestates.com>; Sean Oderkirk <SOderkirk@vintagewineestates.com>; Lesley Larson <LLarson@vintagewineestates.com>; Alex Montes <AMontes@vintagewineestates.com>; Debbie Mitrick <dmitrick@vintagewineestates.com>
**Cc:** wholesale <wholesale@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>; Mike Gilboy <MGilboy@vintagewineestates.com>
**Subject:** RE: SWA18CSNAP7SA & SWA18CSNAP7S

Hello,

I just talked with Mike Gilboy and we need to hold all SWA18CSNAP7SA & SWA18CSNAP7S for wholesale until he provides an allocation sheet.  With the exception of a couple orders already approved.

Johanna – can you please remove 112cs SWA18CSNAP7SA from safety stock hold SO40425 per Mike Gilboy and put 88 of the cases onto Wholesale hold order SO73800.
- Please pick SO75339 for 18cs of both SWA18CS sku's
- Please pick SO75243 for 14cs
Then please pick the remaining available cases of SWA18CSNAP7S onto wholesale hold SO73800 too.

Thank you,

*Molly Heipel*
*Sales Services Coordinator*



205 Concourse Blvd., Santa Rosa, CA 95403
707.921.2769 | mheipel@vintagewineestates.com

*Our warehouse will be closed Thursday June 30th & Friday July 1st, 2022 for end of year physical inventory.
*Our warehouse and offices will be closed on Monday July 4th observing the Holiday!
*Normal business hours to resume Tuesday, July 5, 2022.

---

**From:** Courtney Prose <CProse@vintagewineestates.com>
**Sent:** Monday, June 20, 2022 2:41 PM
**To:** Molly Heipel <MHeipel@vintagewineestates.com>; Haley Pleasant <HPleasant@vintagewineestates.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Karla Reed <kreed@vintagewineestates.com>; Sean Oderkirk <SOderkirk@vintagewineestates.com>; Lesley Larson <LLarson@vintagewineestates.com>; Alex Montes <AMontes@vintagewineestates.com>
**Cc:** wholesale <wholesale@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>
**Subject:** RE: SWA18CSNAP7SA

yes please

---

**From:** Molly Heipel <MHeipel@vintagewineestates.com>
**Sent:** Monday, June 20, 2022 2:19 PM
**To:** Haley Pleasant <HPleasant@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Karla Reed <kreed@vintagewineestates.com>; Sean Oderkirk <SOderkirk@vintagewineestates.com>; Lesley Larson <LLarson@vintagewineestates.com>; Alex Montes <AMontes@vintagewineestates.com>
**Cc:** wholesale <wholesale@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>
**Subject:** RE: SWA18CSNAP7SA

Hello,

Can we get 18cs of SWA18CSNAP7SA at least released from safety stock now for SO75339?  I am waiting for a call back from Mike to ask if he is allocating the rest of the cases or not.

Thank you,

*Molly Heipel*
*Sales Services Coordinator*



205 Concourse Blvd., Santa Rosa, CA 95403
707.921.2769 | mheipel@vintagewineestates.com

*Our warehouse will be closed Thursday June 30th & Friday July 1st, 2022 for end of year physical inventory.
*Our warehouse and offices will be closed on Monday July 4th observing the Holiday!
*Normal business hours to resume Tuesday, July 5, 2022.

---

**From:** Haley Pleasant <HPleasant@vintagewineestates.com>
**Sent:** Friday, June 17, 2022 1:00 PM
**To:** Courtney Prose <CProse@vintagewineestates.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Molly Heipel <MHeipel@vintagewineestates.com>; Karla Reed <kreed@vintagewineestates.com>; Sean Oderkirk <SOderkirk@vintagewineestates.com>
**Cc:** wholesale <wholesale@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>
**Subject:** RE: so74379 - RNDC SOUTH CAROLINA

Hi Courtney,

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0092224
LT00043426

Last I heard we were waiting on direction from Mike before releasing the safety stock to see if any of it needed to be allocated to a specific customer – see attached email. I can release it now if you give the okay.

SWA18CSNAP7S is the same wine but with a UPC for wholesale - SWA18CSNAP7SA doesn't have a UPC and I believe is used for on premise accounts.

Thanks!

**Haley Pleasant**
*Marketing Operations Manager & DTC Demand Planner*



VINTAGE WINE ESTATES

205 Concourse Blvd., Santa Rosa, CA 95403
O:707.921.2602 C:707.889.4839 | hpleasant@vintagewineestates.com

---

**From:** Courtney Prose <CProse@vintagewineestates.com>
**Sent:** Friday, June 17, 2022 12:56 PM
**To:** Johanna Stockham <jstockham@vintagewineestates.com>; Molly Heipel <MHeipel@vintagewineestates.com>; Karla Reed <kreed@vintagewineestates.com>; Sean Oderkirk <SOderkirk@vintagewineestates.com>; Haley Pleasant <HPleasant@vintagewineestates.com>
**Cc:** wholesale <wholesale@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>
**Subject:** RE: so74379 - RNDC SOUTH CAROLINA

thanks for the recount.
Haley – can you please check in w DTC to see if they are able to release some safety stock of SWA18CSNAP7SA?
Is 7S the same label as 7SA?
When is 19 vtg being bottled?

---

**From:** Johanna Stockham <jstockham@vintagewineestates.com>
**Sent:** Friday, June 17, 2022 12:48 PM
**To:** Courtney Prose <CProse@vintagewineestates.com>; Molly Heipel <MHeipel@vintagewineestates.com>; Karla Reed <kreed@vintagewineestates.com>; Sean Oderkirk <SOderkirk@vintagewineestates.com>
**Cc:** wholesale <wholesale@vintagewineestates.com>
**Subject:** RE: so74379 - RNDC SOUTH CAROLINA
**Importance:** High

Hello all – counts are back –

SWA18CSNAP7SA

120 CASES IN CNCB - BIN D38 ( of which 112 cases are on HOLD ORDER SO40425 – HOLD SWANSON SAFETY STOCK )
6CS / 3 BLTS IN CNCDTCFF – BIN F15-16

SWA18CSNAP7S

88 CASES IN CNCB – BIN D38

ADJUSTMENTS ARE IN WITH ITEM REVIEW AS WE SPEAK

Johanna

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0092225
LT00043427

**From:** Courtney Prose <CProse@vintagewineestates.com>
**Sent:** Friday, June 17, 2022 9:31 AM
**To:** Molly Heipel <MHeipel@vintagewineestates.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Karla Reed <kreed@vintagewineestates.com>; Sean Oderkirk <SOderkirk@vintagewineestates.com>
**Cc:** wholesale <wholesale@vintagewineestates.com>
**Subject:** RE: so74379 - RNDC SOUTH CAROLINA
**Importance:** High

Karla & Sean – Steve is out today. Sean, would you be able to confirm totally inventory on SWA18CSNAPA7SA? NAV has 180 cs, Concourse is communicating that we have 15 cs.
thanks
Courtney

**From:** Molly Heipel <MHeipel@vintagewineestates.com>
**Sent:** Friday, June 17, 2022 9:27 AM
**To:** Johanna Stockham <jstockham@vintagewineestates.com>
**Cc:** wholesale <wholesale@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Subject:** RE: so74379 - RNDC SOUTH CAROLINA

Oh dear people aren't going to be happy about this…. SWA18CSNAP7SA 180cs showing CNCB and only 15 total can be found?!

Order has been updated.

Thank you,

*Molly Heipel*
*Sales Services Coordinator*



205 Concourse Blvd., Santa Rosa, CA 95403
707.921.2769 | mheipel@vintagewineestates.com

*Our warehouse will be closed Thursday June 30th & Friday July 1st, 2022 for end of year physical inventory.
*Our warehouse and offices will be closed on Monday July 4th observing the Holiday!
*Normal business hours to resume Tuesday, July 5, 2022.

**From:** Johanna Stockham <jstockham@vintagewineestates.com>
**Sent:** Friday, June 17, 2022 9:23 AM
**To:** Molly Heipel <MHeipel@vintagewineestates.com>
**Cc:** wholesale <wholesale@vintagewineestates.com>
**Subject:** so74379 - RNDC SOUTH CAROLINA
**Importance:** High

Hi molly –

SO74379 we are short 13 cases of SWA18CSNAP7SA – only could find 15 cases of the 28 cases ordered

PLEASE UPDATE AS THIS IS SCHEDULED FOR TODAY – order is opened to update

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0092226
LT00043428

Johanna

VWE warehouse will be closed Thursday, June 30 & Friday, July 1 for inventory.
Our warehouse and offices will be closed on Monday, July 4 observing the Holiday
Services will resume Tuesday, July 5

 

**Vintage Wine Estates**
☎: 707.921.2875
Cell – 707-570-7027
✉: jstockham@vintagewineestates.com



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0092227
LT00043429