# EXHIBIT 7

| | | | Note | |
|---|---|---|---|---|
| **From:** | | Brian Cadamatre [/O=USA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRIAN CADAMATRE1CA] | | |
| **Sent:** | | 8/11/2022 9:06:59 AM | | |
| **To:** | | Rene Abbate [rabbate@vintagewineestates.com] | | |
| **CC:** | | Kristina Johnston [kjohnston@vintagewineestates.com] | | |
| **Subject:** | | FW: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP) | | |

Hey Rene

Wanted to follow-up on this Splinter Bin to Bottle adjustment we had called out – last time we spoke you had noted that you would take this to CB to see how they wanted to handle however not certain if it ever got booked as an AJE as of June 30 2022

| | | | Note |
|---|---|---|---|
| Bulk Material @ BTBB | $ | 662,320.20 | Calculated based on invoices and found data from prior FY's |
| Bulk Material @ MGPI | $ | 100,000.00 | MGPI has not validated this although we reached out |
| Total Bulk Material | $ | 762,320.20 | |
| 15220 GL Value | $ | 1,775,813.11 | Per NAV @ Splinter Co |
| Variance | $ | (1,013,492.91) | |
| Un allocated Bulk OH Clearing @ BTBB | $ | 342,303.51 | CR 15150 / DR 15220 so net no impact to P/L |
| | | | |
| Actions Suggested | | | |
| Create or use exisiting bulk item no. @ BTBB to get bulk spirits into the perpetual | | | |
| Write down GL for Full 1.78M USD /  Ledger will adjust up by perpetual adds/positive adjustment | | | |
| Net impact would be UnFav 1M USD | | | |

Can you advise if this was factored in anywhere as CB was asking about any remaining AJE's related to bulk wine & bulk spirits given we have reconciling items as of June 30

Cheers

**Brian J Cadamatre**
*Director Inventory & Cost*



205 Concourse Blvd., Santa Rosa, CA 95403
C: 559.283.3591 | bcadamatre@vintagewineestates.com

---

**From:** Brian Cadamatre
**Sent:** Tuesday, July 19, 2022 11:23 AM
**To:** Rene Abbate <RAbbate@vintagewineestates.com>
**Subject:** FW: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Hey Rene

I realized that this may not have gotten booked topside for June close into Splinter Co – is this something we should put together or would your team do so?

Cheers

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0208808
LT00090719

**Brian J Cadamatre**
*Director Inventory & Cost*



VINTAGE WINE ESTATES
205 Concourse Blvd., Santa Rosa, CA 95403
C: 559.283.3591 | bcadamatre@vintagewineestates.com

---

**From:** Kristina Johnston <KJohnston@vintagewineestates.com>
**Sent:** Thursday, July 14, 2022 5:28 PM
**To:** Brian Cadamatre <BCadamatre@vintagewineestates.com>; Michele King <MKing@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>; Rene Abbate <RAbbate@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

I'm aligned.

Thanks for all the work chasing this down.

Kris

---

**From:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Sent:** Thursday, July 14, 2022 3:55 PM
**To:** Michele King <MKing@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>; Rene Abbate <RAbbate@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Hi Kris

My recommendation on the Splinter Co bulk spirits issue would be, assuming we agree on the value of the write down, to book a top side reversing entry to account for the reduction in value so we can close this one out.

We can then make an adjustment in July to get the bulk on he books in the perpetual and then adjust out the GL before July close and that should make us whole

Thoughts?

Cheers

**Brian J Cadamatre**
*Director Inventory & Cost*

VINTAGE WINE ESTATES
205 Concourse Blvd., Santa Rosa, CA 95403
C: 559.283.3591 | bcadamatre@vintagewineestates.com

---

**From:** Michele King <MKing@vintagewineestates.com>
**Sent:** Thursday, July 14, 2022 1:15 PM

**To:** Brian Cadamatre <BCadamatre@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Thank you Brian-

After speaking with Kathy earlier this week, she did say it sounds like there is a program starting up in August so definitely agree this should be cleaned up so we don't have issues going forward. Your summary makes sense, just want to confirm that you want to leave the Bulk OH Allocation as a separate line item on the GL and not incorporated into the item cost.

Regarding other locations, Kathy said she believed it was just Bin to Bottle and MGPI as she thought that everything was consolidated to Bin to Bottle. Hopefully, Chris Resler and Courtney can confirm this? Thank you.

**Michele King**
*Sr. Cost Accountant*



205 Concourse Blvd., Santa Rosa, CA 95403
707.346.3612 | mking@vintagewineestates.com

**From:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Sent:** Thursday, July 14, 2022 10:06 AM
**To:** Michele King <MKing@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Hey Michele

Below is a summary of my take-aways from the workup however let me know if that makes sense – biggest unknown is if there is physical bulk that should be on the perpetual stored anywhere else that would offset the UnFav variance

| | | | Note | | |
|---|---|---|---|---|---|
| Bulk Material @ BTBB | $ | 662,320.20 | Calculated based on invoices and found data from prior FY's | | |
| Bulk Material @ MGPI | $ | 100,000.00 | MGPI has not validated this although we reached out | | |
| Total Bulk Material | $ | 762,320.20 | | | |
| 15220 GL Value | $ | 1,775,813.11 | Per NAV @ Splinter Co | | |
| Variance | $ | (1,013,492.91) | | | |
| Un allocated Bulk OH Clearing @ BTBB | $ | 342,303.51 | CR 15150 / DR 15220 so net no impact to P/L | | |
| | | | | | |
| Actions Suggested | | | | | |
| Create or use exisiting bulk item no. @ BTBB to get bulk spirits into the perpetual | | | | | |
| Write down GL for Full 1.78M USD / Ledger will adjust up by perpetual adds/positive adjustment | | | | | |
| Net impact would be UnFav 1M USD | | | | | |

I also understand that we are intending to start up Splinter Co operations again per your comments via Kathy after a conversation she had with Pat?

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0208810
LT00090721

If so we will want to ensure this Company and ledger are in good shape otherwise it will be more difficult once operations commence again

Cheers

**Brian J Cadamatre**
*Director Inventory & Cost*



205 Concourse Blvd., Santa Rosa, CA 95403
C: 559.283.3591 | bcadamatre@vintagewineestates.com

---

**From:** Michele King <MKing@vintagewineestates.com>
**Sent:** Wednesday, July 13, 2022 5:50 PM
**To:** Brian Cadamatre <BCadamatre@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Brian-

I've gone through all the invoices I could find for Splinter purchases and updated the costs. The only thing that is still outstanding is the pricing for the Grape Brandy additive and I can't find any invoices that have that description. If we agree on the values on this sheet, we can move forward with creating item #s and getting the inventory into Splinter for valuation. Then we can see where we reconcile to between perpetual and G/L. Please advise as to next steps. Thank you.

**Michele King**
*Sr. Cost Accountant*



205 Concourse Blvd., Santa Rosa, CA 95403
707.346.3612 | mking@vintagewineestates.com

---

**From:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Sent:** Wednesday, July 13, 2022 9:06 AM
**To:** Michele King <MKing@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Hey Michele

Thanks & attached is some work I started as well  - feel free to build off of this

Cheers

**Brian J Cadamatre**
*Director Inventory & Cost*

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL



205 Concourse Blvd., Santa Rosa, CA 95403
C: 559.283.3591 | bcadamatre@vintagewineestates.com

---

**From:** Michele King <MKing@vintagewineestates.com>
**Sent:** Wednesday, July 13, 2022 11:59 AM
**To:** Brian Cadamatre <BCadamatre@vintagewineestates.com>; Chris Resler <CResler@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

I'm working on this right now and will send over the results as soon as I can.

**Michele King**
*Sr. Cost Accountant*



205 Concourse Blvd., Santa Rosa, CA 95403
707.346.3612 | mking@vintagewineestates.com

---

**From:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Sent:** Wednesday, July 13, 2022 6:59 AM
**To:** Chris Resler <CResler@vintagewineestates.com>; Michele King <MKing@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>; Michele King <MKing@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Hey Team

I did some further work around the Bulk spirits for Splinter Co & finally found some value data we can use to apply to a portion of the bulk spirits at BTBB. The write on value as of 12/31/2016 supported by the JE shown in the screen shot below & the first attachment supports the value seen in the recon attachment tab named Bulk Spirits Roll forward column U



| Posting Date | Transaction No. | Document Type | Document No. | G/L Account No. | G/L Account Name | Description | Itemno Code | Gen. Posting Type | Amount | Bal. Account Type | Entry No. | Source Code | Department Code | Reversed | User ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2016 | 1 | | BB GL123116 | 15120 | Bulk Spirits | | | | $ 781,566.90 | G/L Account | 5 | GENJNL | | No | USA\KFINNIE |

If we match up the blend no from column D with the PDF sent over from BTBB we can then add new item codes to NAV at the BTBB location or see whats already setup there and get some rates loaded so the perpetual is updated.

Also found some data from Yr end 2018 & 2019 so I am hoping we can build out the BTBB perpetual using the data in these files

Cheers

**Brian J Cadamatre**
*Director Inventory & Cost*

---

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0208812
LT00090723



VINTAGE WINE ESTATES
205 Concourse Blvd., Santa Rosa, CA 95403
C: 559.283.3591 | bcadamatre@vintagewineestates.com

---

**From:** Chris Resler <CResler@vintagewineestates.com>
**Sent:** Tuesday, July 12, 2022 9:03 PM
**To:** Brian Cadamatre <BCadamatre@vintagewineestates.com>; Michele King <MKing@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Unfortunately, I don't see valuation statements or any other data. I suggest Kathy and or Pat.

Chris

---

**From:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Sent:** Tuesday, July 12, 2022 10:45 AM
**To:** Chris Resler <CResler@vintagewineestates.com>; Michele King <MKing@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Agree we should know the value but the issue is who has the data – the GL has a lot of dollars bu the perpetual was never updated and only has 100K on the books.

Not sure who to best value what is showing on the PDF they sent over but we need to figure it out and then add it to the perpetual so we can reconcile the ledgers

**Brian J Cadamatre**
*Director Inventory & Cost*



VINTAGE WINE ESTATES
205 Concourse Blvd., Santa Rosa, CA 95403
C: 559.283.3591 | bcadamatre@vintagewineestates.com

---

**From:** Chris Resler <CResler@vintagewineestates.com>
**Sent:** Tuesday, July 12, 2022 1:44 PM
**To:** Michele King <MKing@vintagewineestates.com>; Brian Cadamatre <BCadamatre@vintagewineestates.com>; Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Now that I think about it, I am not sure this is the best approach.  I believe the partnership with VWE and Splinter Group was that VWE managed the financials.  Asking for the valuation is an odd ask from the company that is managing the financials.

Brian / Courtney – any other ideas here?

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0208813
LT00090724

**From:** Michele King <MKing@vintagewineestates.com>
**Sent:** Tuesday, July 12, 2022 10:15 AM
**To:** Chris Resler <CResler@vintagewineestates.com>; Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Yes please. Thank you.

**Michele King**
*Sr. Cost Accountant*



205 Concourse Blvd., Santa Rosa, CA 95403
707.346.3612 | mking@vintagewineestates.com

**From:** Chris Resler <CResler@vintagewineestates.com>
**Sent:** Tuesday, July 12, 2022 10:12 AM
**To:** Michele King <MKing@vintagewineestates.com>; Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Hi Michele,

I don't have any valuation info.  Kathy DeVillers may.  If not, would you like me to contact Bin to Bottle directly?

**From:** Michele King <MKing@vintagewineestates.com>
**Sent:** Tuesday, July 12, 2022 10:10 AM
**To:** Chris Resler <CResler@vintagewineestates.com>; Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Cc:** Chris Swieton <CSwieton@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>
**Subject:** FW: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Chris-

Bin To Bottle is showing bulk spirits in their inventory but I don't show anything on our books. Do you have any valuation on this so we can get this set up on Splinter's books? Thank you.

**Michele King**
*Sr. Cost Accountant*



205 Concourse Blvd., Santa Rosa, CA 95403
707.346.3612 | mking@vintagewineestates.com

**From:** Michele King
**Sent:** Monday, July 11, 2022 4:53 PM
**To:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Subject:** FW: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22 (SPLINTER GROUP)

Brian-

The Bin To Bottle bulk spirits report doesn't tie to anything I have on the Splinter Group location. I don't have a vessel content and the bulk spirits inventory valuation is a single entry at a completely different location. I'm not sure how to proceed on this right now.

**Michele King**
*Sr. Cost Accountant*



205 Concourse Blvd., Santa Rosa, CA 95403
707.346.3612 | mking@vintagewineestates.com

---

**From:** Chris Swieton <CSwieton@vintagewineestates.com>
**Sent:** Thursday, July 7, 2022 12:10 PM
**To:** Michele King <MKing@vintagewineestates.com>
**Subject:** FW: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22

I sent Bin to Bottle / Splinter Co. count sheets to Chris R, and looks like nothing is there from an inventory standpoint.  Not sure how much $$ this is but can you check?  Also I didn't realize they have our Bulk Spirits there but hopefully you can match the bulk counts to something in NAV.  Let me know if you have questions.  And thank you!


Thanks,

Chris Swieton
Manager of Cost and Inventory




205 Concourse Blvd.  Santa Rosa, CA  95403
707.921.2666  cswieton@vintagewineestates.com

---

**From:** Chris Resler <CResler@vintagewineestates.com>
**Sent:** Wednesday, July 6, 2022 3:08 PM
**To:** Brian Cadamatre <BCadamatre@vintagewineestates.com>; Chris Swieton <CSwieton@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Cc:** Julie Haskins <jhaskins@vintagewineestates.com>
**Subject:** FW: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22

Please see attached count sheets (VWE BTBB DG, SPLINTER CO BTBB DG + FG) and they've added our SPLINTER Bulk Inventory counts (PDF)


Chris

---

**From:** Liz Cohen <Liz@bintobottle.com>
**Sent:** Tuesday, July 05, 2022 12:26 PM
**To:** Chris Resler <CResler@vintagewineestates.com>
**Cc:** Michelle Leebert <Michelle@bintobottle.com>; Matthew Glynn <matthew@bintobottle.com>; Tony Alba <Tony@bintobottle.com>; Libby Garcia <Libby@bintobottle.com>; John Wilkinson <john@bintobottle.com>
**Subject:** RE: VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22

Hi Chris,

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0208815
LT00090726

Hope you enjoyed the long holiday weekend.

Attached are the completed physical inventory counts (please note – we have no inventory for VWE/Splinter here are BTB).

The Bulk inventory is also attached.

If your team needs further info – please let us know.

Thanks,

Liz

---

**From:** Chris Resler <CResler@vintagewineestates.com>
**Sent:** Friday, July 1, 2022 12:27 PM
**To:** Liz Cohen <Liz@bintobottle.com>; Matthew Glynn <matthew@bintobottle.com>; John Wilkinson <john@bintobottle.com>; Tony Alba <Tony@bintobottle.com>; Libby Garcia <Libby@bintobottle.com>; Michelle Leebert <Michelle@bintobottle.com>
**Subject:** VWE - BIN TO BOTTLE Required Physical Inventory Count 6-30-22
**Importance:** High

Hi Bin To Bottle Team –

Attached are the count sheets mentioned below in the first email.  Please include the bulk inventory, although it is not listed on these count sheets.

**Please complete as of June 30, 2022 and return no later than July 6th:**
- Complete the VWE provided count sheets/vessel content list & return
  o Count sheets (Cased Goods & Dry Goods) will show VWE item # & description
  o Vessel Content List (Bulk) will show tank code & batch code
  o Add any additional line item that is not included with full descriptions and counts
- Provide supporting documentation <u>from your system</u> so we can reconcile count sheets to your system data

Thanks in advance and let me know if you have any questions –

Chris

---

**From:** Chris Resler <CResler@vintagewineestates.com>
**Sent:** Tuesday, June 28, 2022 2:51 PM
**To:** Chris Resler <CResler@vintagewineestates.com>
**Cc:** Courtney Prose <CProse@vintagewineestates.com>; Brian Cadamatre <BCadamatre@vintagewineestates.com>; Chris Swieton <CSwieton@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Subject:** VWE - 3rd party Required Physical Inventory Count 6-30-22
**Importance:** High

To Whom it May Concern

Pardon the blanket email with a large BCC distro list.

As part of Vintage Wine Estates ongoing efforts to ensure the accuracy of our records, we are conducting our FY22 year-end physical inventory of dry goods, bulk, & cased goods stored at our external partner locations.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0208816
LT00090727

Your location has been identified as holding inventory on our behalf as of 30-June-2022.

Per this letter, we are requesting you confirm item level inventories you have on hand as of 30-June-2022 to returned no later than 6-July-2022.

<u>In the coming days</u>, you will receive another email with VWE count sheets to complete the below:

**Actions required**

- Complete the VWE provided count sheets/vessel content list & return
  o Count sheets (Cased Goods & Dry Goods) will show VWE item # & description
  o Vessel Content List (Bulk) will show tank code & batch code
- Provide supporting documentation from your system so we can reconcile count sheets to your system data

We appreciate your support as always – if there are any questions or concerns, please reach out to your primary VWE contact

Chris Resler
Director of Demand/Production Planning, Purchasing, Marketing Ops



205 Concourse Blvd., Santa Rosa, CA 95403
707.921.2730 | cresler@vintagewineestates.com

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0208817
LT00090728