# EXHIBIT 8

| | |
|---|---|
| **From**: | Kathy DeVillers [/O=USA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KATHY DEVILLERSCE2] |
| **Sent**: | 8/17/2022 3:44:37 PM |
| **To**: | Andrew Mandel [andrew.mandel@cbh.com]; matt.j.groth@dfinsolutions.com |
| **Subject**: | FW: Vinesse Inventory Audit Confirmation |
| **Attachments**: | On Hand Inventory Report MMS October 1 2021.xlsx; Re Vinesse Inventory 930.msg |

FYI- I thought that I sent this to you on Monday but I am not seeing it in my sent box.  Also, Kris has the final 805 memos for ACE and Vinesse and will sign off soon.   When do you think the Meier approval will come through?

---

**From:** Juan Barrios <JBarrios@vintagewineestates.com>
**Sent:** Monday, August 15, 2022 4:08 PM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Subject:** RE: Vinesse Inventory Audit Confirmation

Yes, we had around $143K in bulk wine and dry goods at Rack and Riddle and Safe Harbor at the time of acquisition.

The $1.177M of cased goods was stored at Wineshipping at either their Earth City, MO warehouse or in their Napa, CA warehouse.  The vast majority is stored in MO as the Napa warehouse was only a holding area until a truck was available to ship our inventory to MO.  All our shipments to customers went out of MO.  I am sending you the "On Hand Inventory Report" from our MMS system that was captured on 10/1/2022.  This is the report I use for end of month inventory counts.  Pay no attention to the values in this report as they are not actual but rather based on PO estimates.

I am also going to send you an email I received from Tina Creely at Wineshipping containing a report of their inventory counts, of our inventory, on 9/30/2021.  There is a difference of about 2,000 bottles but it could be a timing issue of when each report ran.

Let me know if you need anything else.

Juan

---

**From:** Kathy DeVillers
**Sent:** Monday, August 15, 2022 3:33 PM
**To:** Juan Barrios
**Subject:** FW: Vinesse Inventory Audit Confirmation

Hi Juan-

Please see the note below from the auditors.  Can you address?

---

**From:** Andrew Mandel <andrew.mandel@cbh.com>
**Sent:** Monday, August 15, 2022 3:24 PM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>; Matt Dobbins <Matt.Dobbins@cbh.com>
**Subject:** RE: Vinesse Inventory Audit Confirmation

Thanks Kathy –

After going through the two confirmations we have received and the breakdown of Vinesse inventory, we are having trouble putting a $ value on the Wineshipping inventory. I have attached the two confirmations we received, and they both look like they are primarily made up of bulk wine.

Did these third party locations not hold the bottled inventory? If not, where was the ≈$1.2M bottled inventory on the acquisition date?

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0018635
LT00012057

**Andrew Mandel**
*Senior Associate*

P: +18134704531    M: +18133621016
E: andrew.mandel@cbh.com
**cbh.com**

---

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Monday, August 15, 2022 5:36 PM
**To:** Matt Dobbins <Matt.Dobbins@cbh.com>; Andrew Mandel <andrew.mandel@cbh.com>
**Subject:** [EXTERNAL] FW: Vinesse Inventory Audit Confirmation

Caution: This email is from outside of the organization.

Hi Matt and Andrew-

As you can see from the notes below, Juan is trying to get a response from WIneshipping to no avail.    AS we discussed this morning, this inventory is not material and was moved from Wineshipping in the beginning of July.

Kathy

---

**From:** Juan Barrios <JBarrios@vintagewineestates.com>
**Sent:** Monday, August 15, 2022 2:31 PM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Subject:** RE: Vinesse Inventory Audit Confirmation

Just to follow up.  I haven't heard a peep from the 3 people I sent this request to.

Rob Sell
Tina Creely
Nick Jensen

I don't have much pull with them anymore.

---

**From:** Kathy DeVillers
**Sent:** Monday, August 15, 2022 8:03 AM
**To:** Juan Barrios
**Subject:** RE: Vinesse Inventory Audit Confirmation

Hi Juan- Anyone who will respond will work.

---

**From:** Juan Barrios <JBarrios@vintagewineestates.com>
**Sent:** Monday, August 15, 2022 8:02 AM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Subject:** RE: Vinesse Inventory Audit Confirmation

Hi Kathy,

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0018636
LT00012058

I've sent Rob an email.  Let's hope he responds but we don't have much leverage with WineShipping anymore.  In the past we had worked with Nick Jensen and Tina Creely, both at WineShipping, on inventory matters but I assume we are reaching out to Rob (COO) for a more official stamp of approval.  If Tina or Nick would work alternatively, let me know and I can try to work with them.

Juan

**From:** Kathy DeVillers
**Sent:** Saturday, August 13, 2022 12:24 PM
**To:** Juan Barrios
**Subject:** RE: Vinesse Inventory Audit Confirmation

Hi Juan-  We need this on Monday for the audit.  Please let me know if this is an issue.

**From:** Kathy DeVillers
**Sent:** Tuesday, August 9, 2022 12:23 PM
**To:** Juan Barrios <JBarrios@vintagewineestates.com>
**Subject:** FW: Vinesse Inventory Audit Confirmation

Hi Juan-

I thought that this was already confirmed but apparently not… can you follow up with Wineshipping?  Thanks!

Kathy

**From:** Andrew Mandel <andrew.mandel@cbh.com>
**Sent:** Monday, August 1, 2022 9:59 AM
**To:** rob.sell@wineshipping.com
**Cc:** Brett Parlier <brett.parlier@cbh.com>; Matt Dobbins <Matt.Dobbins@cbh.com>
**Subject:** Vinesse Inventory Audit Confirmation

Good Afternoon Rob,

Hope this email finds you well. We just wanted to follow up on a request sent back in June.

I am one of the external auditors working on the 6/30/2022 audit for Vintage Wine Estates (acquirer of Vinesse on October 1, 2021). As part of our audit procedures, we are confirming information regarding the Company's inventory as of 10/1/2021. At your earliest convenience, please complete the attached letter. Note, for the attachment(s) that you provide, please ensure the date and your signature has been added.

Please do not hesitate to reach out with any questions.

Thank you,

**Andrew Mandel**
*Senior Associate*
**Cherry Bekaert Advisory LLC**

P: +18134704531
E: andrew.mandel@cbh.com

401 East Jackson Street, Suite 1200, Tampa, FL 33602
**cbh.com**

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0018637
LT00012059

"Cherry Bekaert" is the brand name under which Cherry Bekaert LLP and Cherry Bekaert Advisory LLC, independently owned entities, provide professional services in an alternative practice structure in accordance with applicable professional standards. Cherry Bekaert LLP is a licensed CPA firm that provides attest services, and Cherry Bekaert Advisory LLC and its subsidiary entities provide tax and advisory services. For more details, visit cbh.com/disclosure.

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.

The information contained in this message may be confidential and is protected by law. If you are not the intended recipient, you should delete this message and you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

Notice required by law:This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Cherry Bekaert (except for subscriptions from cbh.com website) at this e-mail address by forwarding this message to info@cbh.com. If you do so, the sender of this message will be notified promptly. Our principal postal address 3800 Glenwood Ave, Ste 200, Raleigh, North Carolina 27612. Thank you. Cherry Bekaert

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL