# EXHIBIT 9

Message

| | |
|---|---|
| **From:** | Courtney Prose [CProse@vintagewineestates.com] |
| on behalf of | Courtney Prose <CProse@vintagewineestates.com> [CProse@vintagewineestates.com] |
| **Sent:** | 7/29/2022 5:48:46 PM |
| **To:** | Jeff Blakely [JBlakely@vintagewineestates.com] |
| **CC:** | Brian Cadamatre [BCadamatre@vintagewineestates.com]; Kristina Johnston [KJohnston@vintagewineestates.com] |
| **Subject:** | RE: inventory adj requests |

thank you. This info is helpful backup, I'm using it as the reason that we're fast tracking cycle counts at Concourse. RSW is already doing cycle counts.

---

**From:** Jeff Blakely <JBlakely@vintagewineestates.com>
**Sent:** Friday, July 29, 2022 10:14 AM
**To:** Courtney Prose <CProse@vintagewineestates.com>
**Cc:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Subject:** RE: inventory adj requests

Courtney,

Attached is the information you are looking for:

These are all the adjustments that has been made in NAV for July 2022.
1.      Total number of adjustments is hard to pull for the following reasons:
a.      Moving one item number from Bond to Tax will show zero cost and zero inventory adjustment
b.      Moving one item from bin to bin will show zero cost and zero inventory adjustment
2.      I wasn't smart enough to figure out a way to add locations to the total units and cost table without making it unreadable, so I created a 2nd table.
3.      Under a normal adjustment we use the term INV COUNT ADJ as the doc #.  Starting with this inventory, we started using POST INV ADJ to follow any adjustment that is related back to PI.   I included both INV COUNT ADJ and POST INV ADJ incase an adjustment was labeled wrong or was unclear as to what the adjustment was for.
4.      Units are each


Thanks

Jeff Blakely
Cost Accountant



---

**From:** Courtney Prose <CProse@vintagewineestates.com>
**Sent:** Friday, July 29, 2022 8:28 AM
**To:** Jeff Blakely <JBlakely@vintagewineestates.com>
**Cc:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Subject:** inventory adj requests

Hi –

RDJ461746

I know the inventory adj requests are beyond ridiculous. I know you are frustrated, and I am equally so. I hate to add to it, but could you do a topline summary of adjustments made in July, post PI? I'd like to know:
# of adjustments
$ value & case volume of each adj if possible
by location if possible

thanks very much, I appreciate it. And I am working on solutions.


**Courtney Prose**
*VP Supply Chain*

**VWE**
VINTAGE WINE ESTATES

205 Concourse Blvd., Santa Rosa, CA 95403
Office: 707.921.2843 | Cell: 707.738.4370
cprose@vintagewineestates.com

RDJ461747