# EXHIBIT 10

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 2/8/2023 |

## Outline of Conversations

 **c1de63703eaaa1241391bce8eae8549e** • 8 messages on 2/8/2023 • Courtney Prose (+17077384370) • Kathy DeVillers (+17073310289)

RDJ488205

**Messages in chronological order** (times are shown in GMT +00:00)

---

### c1de63703eaaa1241391bce8eae8549e

KD  **Kathy DeVillers (+17073310289)**    ◄ 2/8/2023, 1:11 AM

Hi there - it is good- the people are great, the location is beautiful- lots of do but feels good to be in a "normal" environment.

KD  **Kathy DeVillers (+17073310289)**    ◄ 2/8/2023, 1:12 AM

So glad I am out of VWE- it sucked the life out of me… how are you?

CP  **Courtney Prose (+17077384370)**    ▶ 2/8/2023, 6:31 PM

I'm so glad you're out of there too! I'm good. I have a couple of consulting projects going, enjoying that. It's a different speed - trying to balance my time between 2 very different companies is a new skill I'm learning!

KD  **Kathy DeVillers (+17073310289)**    ◄ 2/8/2023, 6:37 PM

Good!  I am sure that is a challenge… organizing the data the files would be critical.  Are you  still working with VWE on the logistics project? Lots of drama there !

CP  **Courtney Prose (+17077384370)**    ▶ 2/8/2023, 6:42 PM

I am - looking at COGS, which is ridiculous. No one has a handle on it

CP  **Courtney Prose (+17077384370)**    ▶ 2/8/2023, 6:42 PM

I have to listen to the earnings call tomorrow - morbid curiosity

KD  **Kathy DeVillers (+17073310289)**    ◄ 2/8/2023, 6:56 PM

Me too!  Not sure I will be able to but will listen to the recording. It will be an interesting spin …

CP  **Courtney Prose (+17077384370)**    ▶ 2/8/2023, 6:57 PM

Haha - lots of spin!

### c1de63703eaaa1241391bce8eae8549e

RDJ488206