# EXHIBIT 11

| | |
|---|---|
| **From:** | Jessica Kogan [/O=USA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JESSICA KOGAN3EE] |
| **Sent:** | 12/6/2021 6:16:59 PM |
| **To:** | Holly Hawkins [hhawkins@vintagewineestates.com] |
| **Subject:** | Re: CHW Urgent Needs & General Technical Resources |
| **Attachments:** | CHW Post-Migration Log 2021.docx |

See attached. Jess

**From:** Holly Hawkins <HHawkins@vintagewineestates.com>
**Date:** Monday, December 6, 2021 at 5:36 PM
**To:** Jessica Kogan <JKogan@vintagewineestates.com>
**Subject:** RE: CHW Urgent Needs & General Technical Resources

Did you have this too?  It is referenced in your email to Terry: "Andre's report on why the team from their perspective have missed FY22Q1"

~Holly Hawkins
(707) 921-2766

**From:** Jessica Kogan <JKogan@vintagewineestates.com>
**Sent:** Monday, December 6, 2021 10:24 AM
**To:** Holly Hawkins <HHawkins@vintagewineestates.com>; Terry Wheatley <TWheatley@vintagewineestates.com>
**Subject:** FW: CHW Urgent Needs & General Technical Resources

Hi Holly and Terry –

Just bubbling up this recent email I sent to Terry regarding the CHW team on 11/22 with FY22Q1 performance detail after our conversation regarding the poor results from FY22Q1.

The team made up significant ground in November however the current downward trend remains. CHW EBITDA will hover around 40% to forecast. This guidance is based on previously communicated capacity issues and now, the loss of institutional knowledge.

Please feel free to provide this as documentation to Pat as he reviews context for CHW FY22 revised guidance.

Thanks - Jess

**From:** Jessica Kogan <JKogan@vintagewineestates.com>
**Date:** Monday, November 22, 2021 at 8:42 PM
**To:** Terry Wheatley <TWheatley@vintagewineestates.com>
**Subject:** CHW Urgent Needs & General Technical Resources

Hi Terry –

As we have discussed for a while, CHW is really struggling a result of the loss of FTEs and other who have not been replaced over 24-months. They include:
-        Technical leadership

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091175
LT00042377

- Sourcing leadership
- Marketing expertise
- Digital innovation
- Merry-go-round production team
- Winemaking confidence

Three key positions that were submitted in our CHW FY22 budget (Sr. M2 eCommerce Programmer, Sr. Brand Manager, eCommerce Coordinator) were removed by finance – at least the budget we received back from finance had NO new FTEs we requested. We also received a budget with additional growth on top of the growth we forecasted *and* with no new FTEs.

Below please find the FY20 – FY22 CHW actual and forecasted FY22 budget and notes. For FY22 expected growth is 23.6% YoY gross, 17.8% YoY NET and 40.5% growth YoY EBITDAS with the current 3 FTEs. As I shared with Kathy in my attached email on 8/12/21 the budget finance submitted back for CHW for FY22 is not attainable.

**CHW FY20 – FY22Q1**

| Year | DTC Channel | Gross Revenue | NET Revenue | EBITDAS | YoY Gross | YoY NET | YoY EBITDAS | Key FY Notes |
|---|---|---|---|---|---|---|---|---|
| **FY22 - Forecasted** | Cameron Hughes Wine | $15,639,911 | $12,291,865 | $4,342,237 | 23.60% | 17.80% | 40.50% | Mike and Ryan sourcing; 3 FTEs; migration to M2 with no technical resources and shared hosting platform with D- page performance due to low cost; key marketing features removed from site a result of no technical support; directionless marketing; team exhaustion to simply keep the store open. |
| **FY21 - Actual** | Cameron Hughes Wine | $13,262,616 | $10,432,723 | $3,032,597 | 9.00% | 8.50% | 49.60% | Mike and Ryan sourcing; 3 FTEs; COVID-19 surge and limited marketing dollars; migration preparation for M2; no technical resources; directionless marketing a result of not time to spend on brand and storytelling; new production lead after Jessica Koski resigns; then William Kellerman, the next production lead resigns. |
| **FY20 - Actual** | Cameron Hughes Wine | $12,164,856 | $9,613,615 | $2,066,860 | 11.01% | 12.23% | 73.10% | Cameron sourcing; 5 FTEs; Fulfillment challenges bringing down overall AOV; major exodus of key CHW whales a result of carrier change, again; new production lead after Liz Cohen is fired. |

performance YoY:

**CHW FY22Q1 YoY FY21Q1**

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091176
LT00042378

| Financial Period | DTC Channel | Gross Revenue | NET Revenue | EBITDAS | YoY Gross | YoY NET | YoY EBITDAS |
|---|---|---|---|---|---|---|---|
| FY22Q1 | Cameron Hughes Wine | $1,895,406 | $1,469,833 | $222,919 | -36.43% | -38.70% | -59.40% |
| FY21Q1 | Cameron Hughes Wine | $2,739,728 | $2,175,294 | $549,109 | 9.00% | 8.50% | 49.60% |

CHW is trailing -$844,322 in gross revenue, -$705,461 in NET revenue and -$326,190 in EBITDAS.

To better understand the technical challenges that CHW deals with on the daily, click here. Also, I have attached from Andre's report on why the team from their perspective have missed FY22Q1 and expectation that catch-up will be impossible without support.

Now, here is the thing, we think this is limited to CHW – but it is not. The lack of on-hand technical programming and development is costing us in excess of $5 million this OND – not even counting the next 2 quarters.

By way of example, below please screenshots of the dashboard from Asana which is our team project board. We have more than **161 projects in the cue (see dashboard sample)** that have not been completed for Coresense enhancements only. We have over **828 projects and tasks** that have yet to be completed intended to improve customer experience, drive revenue and improve backoffice efficiency.

Examples of revenue generating technical projects that are on hold:
- Integrate abandon cart to email campaign software
- Pix.wine Google feed and api integration
- Landing page for order payment and wine club CC update
- In-store account lookup adding zip code and last name
- Allow editing of wine club memberships
- Per channel delayed delivery settings



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091178
LT00042380



Our project board does not even capture the daily issues we are constantly toublesooting including just from today:

-        Viansa wine club order interfers with QVC shioments because of selecting ghost inventory in the backoffice and orders were on hold for processing for 2 hours.

-        CHW customer orders processing in Coresense but shipping confirmations not automating and customers not receiving their ship confirmations.

-        Girard POS is pulling in data from BR Cohn and customers are being charged BR Cohn cost instead of Girard.

The Viansa/QVC bugs stopped fufillment. It took collaboration, troubleshooting and problem solving to get systems working again.

These types of bugs happen daily which is part of being the landlord of a living, breathing technical system that processes over 602,000 transactions or $80 million in gross revenue for FY21. We have complex rules in a multi-brand environment that are customized both by channel and by brand.

And can building take care of itself? Most esepcially when it is asked to the prettiest and most forward looking building on the block? The anwer is only if the building has amazing caretakers.

Unfortunately, I do not see the CHW situation improving anytime soon. We may see a nice bump in the holidays but the brand is suffering, the team has suffered and without the investment by the company we can expect continued decline. The eCommerce business is not far off without real, strategic and meaningful investment in Coresense.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091179
LT00042381

I hope this information has been helpful and the executive team will take action.

Thanks - Jess


--
**Jessica Kogan**
Chief Marketing Officer & Chief Digital Officer



o: 415.625.0276 | m: 415.341.4600
jkogan@vintagewineestates.com

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091180
LT00042382

**Post-M2 Migration – Issues Log**

8/11/21
Site migration has been a mess out the gate - changes to the checkout cart was bad UX for customer experience (apply points, credits, coupons moved all the way down below the "place order" button so people don't even see it before checking out, which causes a million people to call in and force us to stop the beast in motion instead of get it right before it begins)
Coresense still hasn't fully fixed all integration issues
Compliance emails are not firing
This was obviously rushed – there are way too many pieces that should have been built out beforehand.

8/13 - automation failed

8/16 - order imports duplicating, inability to send orders; deleting cc within M2 isn't deleting card within auth (so additions sync, but not deletions); coresense isn't pulling over orders for wine club virtual product, so customers aren't added to club and discount isn't activated; paypal isn't syncing with shipcompliant; basically there's just lots of problems across the board preventing normal function, and coresense is a big part of that; there are too many ways for an order to get lost right now; coresense having to invoice everything adds complexity, even with virtual products; 99% of wine club subscribers want to be able to use their new discount immediately, and right now they can't; orders that we need to force and change within SC - we can't do that anymore and that's a huge loss because now we'll have to cancel and redo the order, which will screw with inventory; we have double shipments shipping out, which screws up inventory, which is just giving away free wine, which also makes us look stupid to customers; M2 isn't pulling tracking from anywhere

We're nowhere even near phase 2, we're still dealing with a mountain of issues and uncovering launch problems; chris is on other calls all day, we literally have no CHW-dedicated tech person able to provide the support we need, and in the meantime we can't run marketing; money just flies out the window every day; with each rollout, we have to start from scratch and see what new breaks. but we haven't even gotten to UX yet.

Bottom line: not enough resources, not enough time, not enough people. Coresense is a huge bottleneck. Chris doesn't have access to coresense cus it's saas - he has to wait on Stephen, so everything is just bottlenecked. It's not much different than that coresense rollout that happened in jan 2020 where we were down for 2-3 weeks - coresense is a weak link and it always has been.

8/17/21
- B&H are mixed in with regular orders. That means they're not getting caught and held in B&H processing. B&H orders are supposed to immediately capture funds upon order placement - that's not taking place now.
- Discovered today that we haven't captured funds for a single order since migration last week. We don't know why.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091181
LT00042383

- Attempting to invoice, but not talking to [authorize.net](authorize.net).
- All paypal orders are going to "processing-not complied" - not checking compliance, basically. Orders are sitting in compliance in Magento, so we have to disable paypal in the interim.

- So many loopholes in this order automation - it's not just orders getting lost, it's funds not capturing.

- At the end of the month Jamielynn is exporting stuff to show how many orders go to which state, with the current status of things that's not even gonna happen.

- Random customer orders are still being randomly filled in by Coresense under the "company" field to "Vintage Wine Estates", which is a HUGE problem. Some rando in Florida makes a purchase and gets shipping confirm email and invoice email and packing slip and is like "why is my name VWE? What's that?"

- Order notes aren't showing up on confirmation emails.
- Wine Club discounts not working.

Poor customers - all they want to do is give us their money and buy wine, and we can't even let them do that.

At this point I can't even ship out my August clubs because there's no confidence we're even going to be able to capture funds, not to mention we can't isolate club members

8/18/21
Current compliance setup is impossible to read. If we can't digest a million lines of junk with a ton of data points that don't add up, we can't even tell what the issue is with an order and we have no idea whether or not forcing an order will get us into hot water with each state. We used to be able to perfectly know whether or not we could push an order through.

One week post-migration, we still can't fix crucial items like compliance because bigger fires still exist like capturing orders and funds. Still can't create new products; paypal still not working, the list goes on and on.

8/24/21
We are now 2 weeks post migration and coresense remains the primary bottleneck. We are in the middle of hot summer season, trying to run promos this week, but we can't offer BH. Chris says BH will take Coresense another week. Why was this not resolved pre migration? Why is it taking so long to deal with a problem that we called out forever ago?

The added layer of "everything has to pass through coresense" (whose developers are seemingly impossible to get ahold of to get work done) continues to be a big problem; and now with the added wrinkle "there is now SMW to consider with literally every deploy on Magento, because now both CHW and SMW are sharing an instance instead of having their own.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

8/27/21
Buy and hold still doesn't work. Chris estimates Coresense won't have that ready until end of next week. So that's 3 weeks of deactivated BH during one of the two hottest months of the summer when we need it most – almost half of the customer service we are getting is requesting this.

8/31/21
Compliance checks still not working - the autofire email isn't working, so customers are waiting for weeks before reaching out and seeing what's the deal. Some of these orders are in excess of $300 each, just sitting there, and as far as a customer knows, they were charged.
The Shipcompliant stuff they rolled out is already broken.
Trying to force compliance and commit on the back end throws a 500 error.
Verified reviews are still not working.

Lost service, lost conversion points, the list goes on.
Buy and hold is still not working in Coresense - Chris rolled a 1-week placeholder hack workaround to try to serve as a bandaid.

I would be massively surprised if we could execute our business at the level that we could on M1 by November. Any of the "new and exciting" M2 functions aren't even something we can think about until we can get back to a base level of operating.

RAF is still disabled, reviews can't be verified or published yet, compliance is still broken in a bunch of places, order notes still aren't showing up on confirmation emails, no master tracking, the list goes on and on and on (full list of items is on google doc, obvs).

The +$2m to the budget is not going to happen - it would be a miracle to even match the previous year's number given all these tech issues that are completely out of my hands.

All we want to do is sell wine.

This also doesn't help:

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL



**Wine DtC Shipment Volume & Dollars Now Lagging 2020 COVID Boost: Nielsen**

August 31, 2021 | Filed under Daily Data | Posted by Lewis Perdue

Source: *Nielsen via Sovos*

9/1/21
Still can't force compliance, 18 orders just sitting dead in the water that shouldn't be.
Shipping discounting is no longer working and is charging for 12 bottle orders. Obviously this is a conversion killer.
E-certs are not sending - people tried to buy $500 ecerts on 8/26, nothing happening yet.
Non-compliant orders not being notified, so people aren't getting back to us, and we're not capturing that money.

9/2/21
SMW being on M2 is disrupting our ability to execute. We have a global banner live on the site linking to a dead promo because last night I was trying to update it and couldn't because my admin privileges to my own CHW store were missing because they were working on SMW and it affected my back end permissions.

Looks like the SMW work that messed with my permissions affecting global banner are also affecting my ability to merchandise - the "add products" button to any category is literally greyed out. This is the digital equivalent of being locked out of my car when my job is to be a driver.

Purging cache and doing a hard refresh still isn't showing the new global banner.

Out of stock wines don't show up as out of stock, people hit add to cart and it spins but nothing is added to their cart.

Also, a transfer request from CA to OH I submitted on 8/9 still has not reached OH. That's almost a full calendar month. OH staff can't prepack quarterly wine clubs yet and we're one week out. This is an ops issue out of my control as well.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

We continue to suffer from textbook symptoms of acquired companies in any/all industries - slowed function in every area, increased inefficiency, extra effort to achieve the same result (burning everyone out, especially a small team that literally depends on all these efficiencies to accomplish what they do), and consequently, gradual erosion of quality of service to the customer.

9/3/21
Another day, another litany of issues preventing us from serving customers.

1 - we are unable to adjust rewards points
2 – we need to know why a customer who signed up and paid for the club a few days ago wasn't added, even though their order is complete and captured
3 – we are still unable to publish reviews - our pending review pile is getting massive, and we are increasingly dealing with noise about customer reviews not being published and not getting rewards points for them – this remains a priority pending item awaiting fix.
4 - ongoing e cert issue - as of this morning, a customer that paid $500 for an e cert still has not seen a charge come out of his account and they have not received the email with the certificate yet
5 - customers are emailing us and explicitly telling us they are abandoning cart because the billing address "box being checked automatically" issue we discussed on weds is still happening

None of these qualify for M2 "phase 2 dev" since they're not "quality of life" fixes but are basically live fires preventing us from doing our jobs or serve customers.

We obsess over the customer experience. We want to provide customers with fantastic service, and we used to be able to do this, and it made up for a significant amount of shortcomings like slow fulfillment, etc. but now instead of "this customer has a problem, now it's our problem, we will make it happen for them immediately," it's "this customer has a problem, we will do what we can to help with their problem but our technological limitations and staffing issues are what they are, so all we can do is pass the buck and hope the issue will be resolved soon, but no guarantees."

We have 110 pending reviews.
"next week" is a common thing I keep getting for issues we keep barking about.
Right, I've heard that for weeks on end. Master tracking has been "next week" for 2 years now. Phase 2 was a "next week" thing at migration. Buy & Hold from Corsense was to be finished "next week" for the last few weeks.

9/7/21
Pulled today's Cab release because over the weekend we were blown up with oversells for almost 20 SKUs. Upon initial search, it looks like the new inventory management system in M2 is playing havoc. I'm going to have to spend the day performing SKU by SKU audits and investigate how they're affecting both front and back end, because we can't run promos when we have zero confidence in whether or not customers are going to shop for wines that may or may not physically be there in the warehouse.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091185
LT00042387

We also need to completely focus on the Wine Club execution - due to all the issues involving migration, we had to skip the August Wine Club shipment, and thus our first club run on this new system is going to be the monster 3k order quarterly Sept shipment.

Also, today we just discovered a new piece of critical functionality that we lost - orders that were non-compliant due to monthly volume limits used to automatically go compliant once the new month rolled over. That does not appear to be happening in M2.

9/8/21

Encountered all kinds of issues with wine clubs - trying to figure out hacks just for September and hopefully vonnda can get the issues fixed for October.

Buy and Hold clubs, order comments all not working.

9/9/21

Contact us form is broken - sticky caching.

Wine club opt-in page is broken - no one can join.

Waiting for Mark to sort out BH so we can run clubs today.

9/10/21

Pulled the release today because in our first time running clubs on M2, we have 648 wine club errors, which is about 2x the usual for a quarterly club run. We will obviously be working through the entire weekend now.

9/13/21

Waiting on vonnda to deploy a possible fix for authorize.net redirect. Wine club errors have made progress, but are still keeping us from being able to handle anything else. Pushing back releases this week.

9/14/21

Just discovered that customers are somehow being charged shipping and handling when they are just purchasing $10 wine club virtual product and checking out. $10 becomes $21.83. This wasn't happening last week – there was a recent SMW deploy – it's probably linked. Waiting for vonnda to investigate.

Major fire of the day: right after we sent a wave of order processing error emails out to customers whose transactions failed, an avalanche of them are coming back saying "tried to update my card and i'm seeing "cc number doesn't match type" and "verification number doesn't match", and a number are basically saying "I don't know what's wrong with your system but if you can't even let me save an amex to the account please remove me from the club."

We tried to recreate, and we were able to on the front end - literally no one can add/save a new card to their account right now. So we just blasted hundreds of club members to come update

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091186
LT00042388

their cards and they can't. Now we look like we're incompetent with their money and their credit cards. This is awful.

We are likely going to see a ton of wine club attrition after this run, which is a big hit to long term passive revenue.

With these never-ending tech stack problems that make it impossible for 3 people to do what needs to be done, we are already so deep into the hole that it is extremely unlikely we can make up the ground to hit budget for the quarter, if not the half year.

ANOTHER fire - 36 orders reported from OH warehouse about no inventory. Another casualty of the migration. I spent 2 hours auditing every one of these line by line today because Owen and Ryan have their hands full with 150+ customer responses in info due to Club errors.

We are now at approximately 200 unpublished reviews on the site as we still wait for verified reviews to be fixed.

9/15/21
A new fire this morning while handling the 100+ pending customers in info responding to credit card issues;
We have customers:
1. With the payment in their account, but not selected as default
2. With no payment data ported over (no saved cards in account, who had saved cards in M1).

We are encountering this with club members only - who knows how many customers amongst the broader database are also affected?

Again, we CANNOT RUN MARKETING when the customer service inbox is overflowing because we cannot service new customers. Our ability to run marketing is completely dependent on a team of 2-3 people to fully service any and every customer and order issue for ~65,000 orders a year. At any time when that technology doesn't perform perfectly and exactly as we need, we are suddenly flooded with a mountain of individual issues to respond to, and everything comes to a screeching halt until we are no longer underwater and are able to execute. Also, whenever we are forced to deal with these kinds of issues, all work on marketing, sales, and offensive efforts for the business also stop, because we are all doing 5+ jobs (and the company did not deem it necessary to backfill my two empty seats that have been empty for 2+ years now).

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091187
LT00042389

**Ryan Watts** 9:50 AM
tkapshan@sidley.com is another, $8.5k legacy customer

2 files ▾



Shall I keep submitting these or is there enough here for me to pick back up with resolving others awaiting replies?

**morgan.zehnder** 9:53 AM
I think we have enough examples for the time being

**Ryan Watts** 9:53 AM
k

**Andre.chw** 9:54 AM
ok, please keep us updated as you investigate - we are frozen in place and will lose another day of marketing/sales productivity until we can make progress here with this issue

^ this timestamp is 9:54am Wednesday morning, 6 days after the clubs were run last Thursday. In all likelihood, we will have to just re-process errors.

In the afternoon, after a "fix" was deployed, we attempted to reprocess another 474 orders and it was down to 455 – our error count went down 19 orders, which is far too few. Looking at the past 2 years of quarterly club runs as reference, our final error count should fall somewhere within the 330-370 range:

| Month | # Errors | # Club Members | % errored |
|---|---|---|---|
| Mar-20 | 212 | 2220 | 9.5% |
| Jun-20 | 258 | 2627 | 9.8% |
| Sep-20 | 278 | 2810 | 9.9% |
| Dec-20 | 306 | 3014 | 10.2% |
| Mar-21 | 312 | 3126 | 10.0% |
| Jun-21 | 345 | 3120 | 11.1% |
| Sep-21 | 648 | 3024 | 21.4% |

They are investigating further.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091188
LT00042390

A relevant conversation with Chris that summarizes this entire situation:

Andre.chw

our problem is so painfully obvious

2:26

the last time we had a functioning tech stack, you were CTO to CHW exclusively

2:27

right now we are literally missing a tech resource giving us the attention to the endless flaming piles of tech problems

2:27

we used to be able to show you everything that was going on as it happened live in real time

2:27

you could go through it, diagnose, fix what you could, and what you couldn't you'd relay to vonnda in a way that they understand and can act on

2:27

me, owen, ryan, we're USERS. pilots don't know how to fix the plane


chris  2:28 PM

I know, it fucking sucks


Andre.chw  2:28 PM

if you bought a car, and the car stopped working, or critical parts of that car that needed to work didn't work, wouldn't you take it back to the mechanic and have them diagnose it and fix it?


chris  2:28 PM

I hate being pulled in this many directions

2:28

it's not productive


Andre.chw  2:28 PM

how the fuck is it the job of the drivers to try to fix the fucking car?

2:28

i don't know how a fucking intake valve connects to an engine block


chris  2:28 PM

It's not


Andre.chw  2:28 PM

instead, i take the car back to the mechanic because it keeps breaking

2:28

and the mechanic is disinterested, or annoyed

2:29

and meanwhile money is evaporating out the window

2:29

because my car is sitting in a parking space and not on the road making money

2:29

like, look at this:

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091189
LT00042391

2:29

| Month | # Errors | # Club Members | % errored |
|---|---|---|---|
| Mar-20 | 212 | 2220 | 9.5% |
| Jun-20 | 258 | 2627 | 9.8% |
| Sep-20 | 278 | 2810 | 9.9% |
| Dec-20 | 306 | 3014 | 10.2% |
| Mar-21 | 312 | 3126 | 10.0% |
| Jun-21 | 345 | 3120 | 11.1% |
| Sep-21 | 648 | 3024 | 21.4% |

2:29

that's two years worth of quarterly club runs

2:30

the error rate is basically steady, slightly climbing as the overall head count grows, but barely

2:30

and the september run, which you'd expect to be around 350 errors based on our 10-11% error rate, is doubled

2:30

and owen ryan and i basically spent a fucking week trying to fix it ourselves, while screaming to high heavens to vonnda about what was going on

2:30

and slowly, eventually, they uncovered shit

2:30

but it always starts with "oh these fucking annoying guys again"

2:30

I DON'T WANT TO BE ANNOYING

2:31

I JUST WANT YOU TO DO YOUR JOB SO I CAN DO MINE

2:31

so anyway, i'm just gonna keep on cancelling marketing blast after marketing blast until we get our fucking issues fixed

2:31

because, as mentioned, when we are overwhelmed with customer service, EVERYTHING STOPS

2:32

because we can only sell as much as we can support the customers

2:37

instead, you're now CTO of the entire fucking VWE organization, and colby, the person who

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091190
LT00042392

was ostensibly hired to replace that massive hole you left (or at least serviceably fill in for the day to day tech needs), is gone - where the fuck is his backfill?
2:37
there is a gaping tech hole in the organization right now, and it's literally costing the CHW channel alone six figures $$$ PER WEEK
2:37
no one gives a shit about IT and tech until suddenly they need them and they're not there

9/16/21
After last night's deploy, we tested everything in the morning and discovered:
- Approving a review is not assigning reward points, so those 200+ reviews will have to remain in pending.
- It looks like most of the folks with the error 'invalid credit card expiration date' - 218 in total, all have another valid card on file. We have to call each one at a time, so far only 2 have had orders created, most need to tell us what other card on file or need to delete a bunch old ones and add a new one.

A SMW rollout happened in the middle of the day that affected CHW and is killing our productivity and load times – when anyone on our team goes to customers tab to service customers (and we have over 100+ in the queue), instead of immediately seeing customers grid, we are greeted with this:



This is completely screwing us up, because we have over 100 customers left to service, and each of them requires going to customers tab, and now every time we type in a new person we have to endure LONG loading times because of this (a display function that we don't use at all), and scroll down through an entire screen. Over time, that is precious seconds we're uselessly spending scrolling, which we don't have because we've already pulled $150k+ of marketing off the calendar this month, and we're continuing to pull it until we can clear out the customer service backlog, and this is slowing our ability to do it.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091191
LT00042393

This is indicative of a larger problem. When we were originally planning to migrate CHW from M1 to coresense instead of M2, chris sat us down for a pow wow and made very clear that any system-related changes/updates had to be considered carefully, because there are a bunch of other businesses on coresense and they all have managers that are pro users, and anything that we requested or modified had ramifications beyond just our business because it's a shared system - in the same way, you have this SMW business that is just getting off the ground, and there are rollouts happening for SMW that are screwing with the CHW side with no heads up or consideration to us, and that needs to change ASAP – otherwise this whack-a-mole BS catching us by surprise is going to keep happening.

ANOTHER issue we are discovering today – we are seeing more instances of Coresense changing order address data. This is obviously not good – e.g. 100583340
Shipping to NY, but CORESense changed it to MA for unknown reasons...

In the late afternoon, while fixing more club orders, we discovered that deleting credit cards and setting a new one as default is not sticking, and dead cards are still appearing on back end – got on a zoom with mark and ryan at 7-8pm and tried to diagnose – mark says he will work on it in the morning and has a ticket open.

9/21/21
New huge problem today – reviews are no longer displaying for products on the site.

Also, elements of the SMW site (again, a site that was promised to be entirely walled off from CHW) are populating on the CHW site product pages, such as "ask mr wonderful a question" and an entire "more information" section that shouldn't be there. This is a 911-blazing fire and we can't run today's scheduled marketing until it's fixed. We continue to bleed money.

Every single day. Every. Single. Day. There is a technical problem that keeps us from being able to do our primary job – selling wine.

I am powerless. All I can do is bark at my mechanics to fix my car while I sit in the driver's seat of a vehicle that can't move.

We literally have not run marketing in weeks – weeks where our entire team basically all worked 12 hours a day to troubleshoot and fix issues (the worst being crushing customer service fallout from 400+ errored club orders). Now, right when we thought we could resume selling wine and continuing with our regularly scheduled programming, we get SMW issues dragging us to a halt once again until they can fix our front end. This is infuriating.

In NORMAL circumstances (or whatever has served as "normal" during this pandemic period), Owen, Ryan, and I basically all start talking with each other about the plan and what to expect every day round 7:30am. Making final touches and updates to outbound marketing, tweaking the merchandising on the site, calling out any recent customer feedback that might lead us to double check certain things, etc. When the technology is working, we've been able to achieve incredible things with such a skeleton crew. But when it's not working, we're basically put in a position

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091192
LT00042394

where we are like elite fighter pilots given an old broken plane that can't get off the ground. Our skills, experience, and talent are completely wasted.

And no one cares – I can bark at Chris, Mark, Morgan all day, but ultimately I only get whatever time they can afford to give me. And it's not enough. And it's costing $$$.

Today's release is going to have to be pushed to tomorrow yet again. Compliance is not working again – name changes to valid shipping recipients is still coming back as noncompliant.

Removing the dead bundles from 4+ years ago appearing at the bottom of product pages apparently requires a validation of code change; mcstaging database required updating, so we're still waiting on that from Vonnda.


9/22/21
Shipping link in the footer is a 404. Returns link is a 404. Customer contact form links are also dead. These WERE all working because these are items that we QA'ed post-migration, so something vonnda rolled out recently killed all these links. Per usual, they are being investigated. Whether it will take a day or a week, who knows.

The bigger problem today remains compliance, which is a carryover from yesterday. It's still not working – any submitted 24 bottle per person state order (NC, VA, MO, literally every state that has a per person volume limit) cannot be updated or made compliant with a name change (which is supposed to fix compliance, because that's the state limit). This fully worked up until yesterday.

As of now, even updating the billing name AND shipping name results in non-compliant.

Compliance not working is always an immediate priority – anything compliance related basically always makes its way to the top of the "active fires" list because the customer issues will continue pouring in until they're fixed. No compliant = no order ship even though the customer has hit "buy" and assumes we've taken their money because they see the pending transaction on their credit card.

In the current state of things, if an order is non-compliant, we're just basically screwed unless one of us has time to baby sit EVERY ORDER for 5-30 min a piece, which is simply an impossibility for 2 people. We'd have to manually push each update from a customer for one-by-one and babysit all the way to coresense, then update in the shipping tab. It's literally impossible.

Once again, I have to pull today's marketing. We continue to just throw money away, and are powerless to do anything about it because we are not mechanics – we are drivers.

Between the countrywide dive to ecomm sales in July due to the country reopening, and the over 1+ combined of marketing I've lost due to CHW tech stack problems since we migrated on Aug 11, that is a brutal double punch. All we want to do is sell, and we can't.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

There is still no wall between CHW and SMW on the back end.

9/23/21
Still have not figured out the compliance issue. Noncompliant orders are being switched out in literally every field using guaranteed compliant info (Ryan's) – name, email, billing/shipping address, everything – and for some reason they are still coming back as noncompliant. SC said they've made no updates or rolled out any software deploys when we spoke on phone yesterday.

Chris tried changing all the info in SC itself and it's still not compliant, so this is not a magento issue, this is SC.

Also, I had to just laugh at something morgan mentioned to me today:

 **morgan.zehnder**  10:58 AM

I know - I was actually just talking about that with joseph yesterday

your guys team is so small for the amount of revenue brought in

you would think they would hire someone to assist

This is identical to the response I get when I speak with my friends and professional network about CHW – when they hear what our numbers are and what my team size is, they just marvel at how we are able to do anything at all.

This gives me no comfort.

9/24/21
Despite Chris trying to troubleshoot the compliance issue for 2 days, it's still happening. Even a basic name adjustment in SC is bouncing back as not compliant, though this used to work. If a noncompliant order requires a new name, email, phone, address, that's all too much for what is written legally per person (based on name). This would indicate that something is wrong with the software, because these "unique" identifiers are not written into law in any of these states.

So finally this morning the cause of all this compliance grief was finally diagnosed and identified: SMW requires DOB, and rolling that out broke CHW's compliance functionality. Brilliant. The number of emails from customers that we frustrated because we couldn't service them, not to mention the days of grief we had to go through trying to identify the problem was a complete disaster.

I continue to be utterly flabbergasted at the number of technically related things that prevent us from doing our jobs. Not having a fully dedicated tech resource for CHW is so staggeringly costly to the business it's laughable. Literally $20k+ per day lost. One week alone of lost sales would pay for a FTE for a year. Comedy.

9/27/21

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091194
LT00042396

Looks like people signing up for Wine Clubs are incurring shipping charges, and also set to ship via UPS though they don't have that enabled on the back end. As if we needed to make it even harder for people who want to give us passive revenue.



9/30/21

It's past noon pacific time and upon making a request of the OH warehouse, we discovered that Coresense hasn't pulled an order from Magento since 5am. All orders have been stuck in Processing-Committed. Vonnda confirms that Coresense pulls orders based on that order status, so this is a coresense problem. Unfortunately, Chris is at Ray's station today and isn't available to help.

We are a 24/7 ecomm company. Not having a full time resource available to us at a moment's notice during all open business hours is a huge detriment to the business. Once upon a time we had Chris Saylor full time, and then he left to be VWE CTO, and we had Colby half the time. Now, we literally have no one. This is crippling.

The moment a customer hits the buy button, the clock starts ticking. And the acceptable window between them hitting buy and that order going out the door is much smaller than a wholesale order. Our operations need to be able to meet that window, otherwise other companies will beat us and take our business away. We are not resourced to do it.

3pm update: upon investigation, Chris identified the problem and it ended up being an SSL cert error on SMW. He is unsure of why that killed the whole thing.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091195
LT00042397

The decision to piggyback SMW onto CHW's architecture and then force the two to coexist instead of putting SMW on its own Magento instance to save a few bucks continues to disrupt our operations. If any of these issues had happened during OND (which starts next week, btw), or heaven forbid black friday week, we would have been colossally screwed. Just using today as an example, we lost an entire day's worth of shipping productivity from our warehouse, and we were scrambling to get emergency priority orders out by contacting OH warehouse staff directly and had them printing out manual orders and completely bypassing our systems, which obviously leads to inventory variances. And not a single order from today has been sent to Coresense yet – the last one was sent at 5:59am.

One more fire – it looks like whatever the current tech problem is has also generated 20 duplicate orders in coresense. Awaiting chris to handle.

10/2/21 SATURDAY
Saturday. We have a promo running over the weekend. Global banner scheduling in M2 does not exist yet, so I had a reminder set to change it first thing this morning to update it to reflect the most recent deal. Except I get an error whiting out my screen.

So, by being locked out of my own system, I'm unable to: see how many orders are being place, how much inventory is depleting, decide if it's not performing well enough and optimizing it by remerchandising and updating the copy.

Yet while I'm locked out of the back end, the front end is working fine, so customers can still shop to their hearts content. How does that make sense?

Mark had a call with Chris, and they submitted a ticket to adobe.

If this had happened during black Friday weekend, and not a random weekend promotion in October, and our team was unable to log on the back end to manage orders, service customers, and literally everything else we do, this would have been a nuclear bomb of a disaster.

I literally can't go two days without something breaking and preventing me from doing my job, which is to generate sales for this business.

10/3/21 SUNDAY
Per Chris: "the lack of disk space made it look like to customers that their orders didn't go through. So they kept trying and they created dupes (about 100 orders total). I'm working with our account rep to figure out why and do the right thing to ensure it doesn't happen again."

I didn't even know it was possible for a cloud-based ecomm store in 2021 to "run out of disk space," nevermind one of the most widely used giant ecommerce platforms in the entire world.

I can't believe how many different ways our tech can keep failing and pissing off our customers. A lot of the customers blowing up this weekend are familiar names that we've ALREADY pissed off when they tried to buy a month ago and encountered different problems.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091196
LT00042398

One step forward, three steps back.

We are so unsupported it's laughable. CHW is just being set up to fail again and again and again.

## 10/5/21

Today ∨

 **chris** 10:38 AM
I'm double booked again, but I spoke with Mark yesterday about getting as much done as possible for OND to make your all lives easier.

 **owen** 10:39 AM
Master tracking?

Need this so f'ing bad

 **chris** 10:41 AM
not yet

 **owen** 10:44 AM
k, we need that as soon as humanly possible. This has been a major pain-point for our customers for yyyyeaars now.

Shit is going to hit the fan once all buy and holds get picked up in 14 days. Can we have it by then? (edited)

Messaged this to Chris this morning because I am at my absolute wits end with this master tracking issue:

Today ∨

 **Andre.chw** 10:47 AM
B&H aside, we are officially 5 days into the busiest and high volume quarter of the year

not having master tracking, especially when fedex is already so horrible and constantly delaying packages, is going to be an epic fucking disaster if we don't have it this year

we've already been getting blown up by customers for months about multi order packages taking entirely different routes across the country to get to them and arriving on different dates

complete dogshit experience forcing people to make multi day arrangements to be home all day to wait for a package

i'm fucking serious, just because we chirp and nag about it every week makes it sound like it's just a minor irritation that can keep getting pushed, but it's fucking not

and in about 3 weeks time it's gonna go from a rash that never goes away to a full blown infection

and if it's not there by black friday it's going to be a fucking gangrene

**Andre.chw** 10:58 AM
also, if you're double booked, it would be appreciated if you're not notifying us at the last minute, that just pisses off my guys and I AM THE ONE WHO HAS TO LISTEN TO THEIR FUCKING RAGE BECAUSE THEY HAVE NO ONE ELSE TO BITCH TO

i don't have time to be a fucking therapist for these guys

but because of the never ending stream of technological problems that i have no fucking control over, and the reluctance of either you or mark or anyone on the tech side to ever get on a zoom or a call with us, i am just a fucking dumping ground for their venting

i have to write 12 releases this month, and an entire radio podcast advertising script that's gonna go out to like 10 different markets nationwide, and an entire storyboard script for our homepage video

do you know how much time and concentration it requires? you're a coder, you understand how important it is to have large blocks of time to sit there and produce

and right now, all that writing time takes place in the form of whatever time i have throughout the day when i'm not putting together the next 22 pallet logistics transfer from concourse to OH, or having a meeting about our domestic and international sourcing projects, or building a wine club, or merchandising the categories of the website, or on a meeting with any of our PR, podcast/radio, and literally every other marketing vendor we have because this fucking company still refuses to backfill caroline, and on and on and on

so jesus fucking christ can you please figure out the fucking master tracking, or delegate it to someone who can

because it's completely insane that we've flagged it as a major pain point for our customers (and therefore US) for ~2 YEARS

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091197
LT00042399

10/11/21
Store credits aren't working. Vonnda is investigating.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0091198
LT00042400