EXHIBIT 12

| | |
|---|---|
| **From:** | Kathy DeVillers [/O=USA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KATHY DEVILLERSCE2] |
| **Sent:** | 3/18/2022 5:15:51 AM |
| **To:** | Brian Cadamatre [bcadamatre@vintagewineestates.com]; Julie Haskins [jhaskins@vintagewineestates.com] |
| **CC:** | Kristina Johnston [kjohnston@vintagewineestates.com] |
| **Subject:** | RE: Request for Write-off - Josh 2020 Chard Labels |

I am ok with leaving it in March but Kris's call.

---

**From:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Sent:** Thursday, March 17, 2022 9:06 PM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>
**Subject:** RE: Request for Write-off - Josh 2020 Chard Labels

It was approved but I dropped the ball and do not think I communicated it on to the rest of the team.

Julie, since this is approved – can you send the request to Jeff & Chis for their action tomorrow morning

Kathy, Kris – do we want this to hit Feb or allow to stay in March as its own adjustment?

Cheers

**Brian J Cadamatre**
*Director Inventory & Cost*



205 Concourse Blvd., Santa Rosa, CA 95403
C: 559.283.3591 | bcadamatre@vintagewineestates.com

---

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Thursday, March 17, 2022 12:10 PM
**To:** Julie Haskins <jhaskins@vintagewineestates.com>; Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Subject:** RE: Request for Write-off - Josh 2020 Chard Labels

This was approved- Brian- did you post the adjustment?

---

**From:** Julie Haskins <jhaskins@vintagewineestates.com>
**Sent:** Thursday, March 17, 2022 12:07 PM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>; Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Subject:** RE: Request for Write-off - Josh 2020 Chard Labels

Good morning

Rays is asking when this adjustment will be approved so they can work on disposal.

Thank you

Regards,

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0337687
LT00338809

**Julie Haskins**
*Director of Purchasing*



205 Concourse Blvd., Santa Rosa, CA 95403
O:707.921.2812 C:707.293.0073| jhaskins@vintagewineestates.com

---

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Wednesday, March 09, 2022 12:23 PM
**To:** Julie Haskins <jhaskins@vintagewineestates.com>; Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Subject:** RE: Request for Write-off - Josh 2020 Chard Labels

Thanks Julie.  Did the change from one line to another because of VWE internal issues or changes in the DFWS projection that resulted in needing to change the lines?

---

**From:** Julie Haskins <jhaskins@vintagewineestates.com>
**Sent:** Wednesday, March 9, 2022 11:08 AM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>; Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Subject:** RE: Request for Write-off - Josh 2020 Chard Labels

Good morning Kathy

- Labels where order in Sept based on the demand at that time,  planned for Rays line 4
- Labels cannot be used across the various lines at Rays so if line changes occur new labels or rewind are required
- On the 14th Oct procurement re-ran MRP and it was seen that this item had shifted from one Rays line to another, requiring new item numbers and new rewind specs
- The system had not been updated with any changes prior to that so MRP signals looked good but mid Oct NAV reflected the new line split
- At that time labels had been ordered & produced by the vendor for the prior line plan so no option to cancel
- Key procurement person went out so there was a coverage gap as well
- Root issues are:
  - Labels cannot be used across all lines at Rays so we are operationally limited in our flexibility with moving components
  - NAV is not being updated in a timely manner or at all so MRP signals & plans in the system contradict what's showing in emails & on spreadsheets
  - Inconsistent planning processes drive errors, and issues

Thank you.

Regards,

**Julie Haskins**
*Director of Purchasing*



205 Concourse Blvd., Santa Rosa, CA 95403
O:707.921.2812 C:707.293.0073| jhaskins@vintagewineestates.com

---

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Tuesday, March 08, 2022 5:17 PM

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0337688
LT00338810

**To:** Brian Cadamatre <BCadamatre@vintagewineestates.com>; Julie Haskins <jhaskins@vintagewineestates.com>
**Subject:** RE: Request for Write-off - Josh 2020 Chard Labels

Julie- Thank you for the information.   Just a few more questions:

- Did we order labels based upon the DFWS projection at the time?
- Did that projection get reduced by DFWS after the labels were purchased?
- If the production was moved to a third party because of our internal issues -can the label be used by that 3rd party?

---

**From:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Sent:** Tuesday, March 8, 2022 4:57 PM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Subject:** FW: Request for Write-off - Josh 2020 Chard Labels

FYI in regards to the Josh label write down request – purchase was 12-15 months ago

**Brian J Cadamatre**
*Director Inventory & Cost*



VINTAGE WINE ESTATES
205 Concourse Blvd., Santa Rosa, CA 95403
C: 559.283.3591 | bcadamatre@vintagewineestates.com

---

**From:** Julie Haskins <jhaskins@vintagewineestates.com>
**Sent:** Tuesday, March 8, 2022 4:49 PM
**To:** Brian Cadamatre <BCadamatre@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Cc:** Chris Resler <CResler@vintagewineestates.com>; Marisela Torres <mtorres@vintagewineestates.com>; Stephen Krimont <SKrimont@vintagewineestates.com>
**Subject:** RE: Request for Write-off - Josh 2020 Chard Labels

Hello Brian

Labels were ordered for Rays Lines 1 and 2 in Jan and Mar of 2021.
This issue was not a gross demand delta, except for the confirmed 25K reduction by DFW which they are responsible for and is not included.
Throughout the vintage, there were additions and reductions on Rays bottling lines as well as moves to 3rd party (Infinity) and back to Rays.

The majority of the demand that drove the excess labels was due to case to bulk line moves.

Example:
Original Line Demand - Line 4 = 130K
Increased Line Demand - Line 4 = 419K

In addition, we had a key member of the Purchasing team out unexpectedly. This exacerbated the situation.

Thank you

Regards,

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0337689
LT00338811

**Julie Haskins**
*Director of Purchasing*



VINTAGE WINE ESTATES
205 Concourse Blvd., Santa Rosa, CA 95403
O:707.921.2812 C:707.293.0073| jhaskins@vintagewineestates.com

---

**From:** Brian Cadamatre <BCadamatre@vintagewineestates.com>
**Sent:** Tuesday, March 08, 2022 2:57 PM
**To:** Julie Haskins <jhaskins@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Cc:** Chris Resler <CResler@vintagewineestates.com>; Marisela Torres <mtorres@vintagewineestates.com>; Stephen Krimont <SKrimont@vintagewineestates.com>
**Subject:** RE: Request for Write-off - Josh 2020 Chard Labels

Hey Julie

We caught up with Kathy and she had a few questions on the below:

- When where the labels ordered & what was the demand at the time the labels PO had been submitted
- Was there a demand reduction after the PO was cut and if so what was the magnitude

Cheers

**Brian J Cadamatre**
*Director Inventory & Cost*



VINTAGE WINE ESTATES
205 Concourse Blvd., Santa Rosa, CA 95403
C: 559.283.3591 | bcadamatre@vintagewineestates.com

---

**From:** Julie Haskins <jhaskins@vintagewineestates.com>
**Sent:** Tuesday, March 8, 2022 12:46 PM
**To:** Brian Cadamatre <BCadamatre@vintagewineestates.com>; Jeff Blakely <JBlakely@vintagewineestates.com>
**Cc:** Chris Resler <CResler@vintagewineestates.com>; Marisela Torres <mtorres@vintagewineestates.com>; Stephen Krimont <SKrimont@vintagewineestates.com>
**Subject:** Request for Write-off - Josh 2020 Chard Labels

Hello Brian / Jeff

The Josh 2020 Chard Labels need to be written off as a VWE expense. These labels were over-ordered due to the manual nature of the purchasing process that was being used at the time. We are now fully using MRP to drive demand requirements.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0337690
LT00338812

| Nav Item | Qty Write-Off | Unit Cost | Ext Cost Less DFW Demand Reduction | Scrap charged but not consumed | Ext Scrap not Charged | |
|---|---|---|---|---|---|---|
| LBLF02153 | 2,663,000 | 0.0358 | $ 95,335.40 | 121,510 | $ 4,350.06 | |
| LBLB02172 | 2,422,500 | 0.0314 | $ 76,066.50 | 117,420 | $ 3,686.99 | |
| LBLF02438 | 21,317 | 0.0358 | $ 763.15 | 134,798 | $ 4,825.77 | |
| LBLB02471 | 19,817 | 0.0314 | $ 622.25 | 124,298 | $ 3,902.96 | |
| | | subtotal | $ 172,787.30 | 498,026 | $ 16,765.77 | |
| | | Less DFW Scrap Charge | $ 16,766.00 | | | |
| | | Total Write-off Impact | $ 156,021.30 | | | |
| | | | | | | |
| Nav Item | Qty | Bin | | | | |
| LBLF02153 | 2,277,000 | 1019 | | | | |
| LBLF02153 | 386,000 | 304 | | | | |
| LBLB02172 | 2,310,000 | 1019 | | | | |
| LBLB02172 | 112,500 | 304 | | | | |
| LBLF02438 | 21,317 | 378 | | | | |
| LBLB02471 | 19,817 | 378 | | | | |

Thank you

Regards,

**Julie Haskins**
*Director of Purchasing*



VINTAGE WINE ESTATES
205 Concourse Blvd., Santa Rosa, CA 95403
O:707.921.2812 C:707.293.0073| jhaskins@vintagewineestates.com

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL