# EXHIBIT 13

**From:**   Terry Wheatley [/O=USA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TERRY
            WHEATLEYE2A]
**Sent:**   4/12/2022 12:53:12 PM
**To:**     Joe Gregg [jgregg@vintagewineestates.com]
**CC:**     Pat Roney [pat@vintagewineestates.com]; Kristina Johnston [kjohnston@vintagewineestates.com]
**Subject:** RE: Steven L Ross

The Coresense/NAV issue surfaced because our February financials did not match what we are tracking
daily.  It appears the problem has not been fixed.

We have Steve giving the DTC visibility into what their real numbers are in comparison to the Finance
Department P&L's they were sent.  I shared this issue with Kris and she is also awaiting his comparison.
This comes back to our "one source of truth" issues with data.

I am sure you have this "fix" as critical on your project list.

-----Original Message-----
From: Joe Gregg <JGregg@vintagewineestates.com>
Sent: Tuesday, April 12, 2022 12:14 PM
To: Pat Roney <pat@vintagewineestates.com>
Cc: Terry Wheatley <TWheatley@vintagewineestates.com>
Subject: RE: Steven L Ross

Hi Pat,

We can pull him off of the Coresense to Nav communication problem immediately, I did not know he was
working on it.  It is similar and related to other Coresense to Nav issues dating back to last year that
we have been working directly with Coresense and Finance over the last couple of months.  As we fix some
issues and prepare the data for correcting journal entries we discover more issues, which is where this
one surfaced.  One of the root problems is that when changes in Coresense occurred last year the testing
did not include checking on how the data flowed (or did not flow) into Nav.

Some of the other bullets like DTC Data General projects are hard to estimate but I think we should send
it all to Kusum with the goal of having her handle everything by end of June.

When I spoke with Steve earlier he told me that he did not actually have a contract with VWE other than a
txt from Jessica.  If we decide to extend him beyond June, I should get something formal in place with
him since he has access to sensitive information.

Thanks

Joe


-----Original Message-----
From: Pat Roney <pat@vintagewineestates.com>
Sent: Tuesday, April 12, 2022 10:58 AM
To: Terry Wheatley <TWheatley@vintagewineestates.com>; Joe Gregg <JGregg@vintagewineestates.com>
Subject: RE: Steven L Ross

Joe, how quickly can this be done in house?

Pat Roney
O: 707 346-3640
C: 707 287-3405



937 Tahoe Blvd Ste 210
Incline Village, NV 89451

Our Wineries and Brands include: Adobe, Alloy Can Works, B.R Cohn Winery, Buried Cane, Cameron Hughes,
Cartlidge & Browne, Cherry Pie, Clayhouse, Clos Pegase, Cosentino Winery, Delectus Winery, Firesteed
Cellars, Game of Thrones, Girard Winery, Girl & Dragon, Gouguenheim Winery, If You See Kay, Kunde Family
Winery, Laetitia Winery, Layer Cake, Middle Sister, Monogamy, Owen Rowe Winery, promisQuos, Purple
Cowboy, Qupé, Ray's Station Winery, Sonoma Coast Vineyards, Swanson Vineyards, Tamarack Cellars, Viansa
Winery, Windsor Vineyards

Craft Spirits Division: Distillery 209 Gin, Straight Edge Bourbon Whiskey, Slaughter House American
Whiskey & Whipsaw Rye Whiskey, Partner Sweet Vermouth

-----Original Message-----

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0345785
LT00346907

From: Terry Wheatley <TWheatley@vintagewineestates.com>
Sent: Tuesday, April 12, 2022 10:46 AM
To: Joe Gregg <JGregg@vintagewineestates.com>
Cc: Pat Roney <pat@vintagewineestates.com>
Subject: RE: Steven L Ross

Below is an explanation of the Steve Ross' projects I requested from Jessica back in January.  We should discuss when Kusum is up to speed and can take over his responsibilities.

Last week we identified anomalies in the February DTC P&L reports which we asked Steve to dive into and find the issue.  It appears to be a communication problem between Coresense and NAV.  I have shared this issue with Kris Johnston.  Steve is working on this project this week to calculate the extent of the problem.

Terry

From: Jessica Kogan <JKogan@vintagewineestates.com>
Date: Monday, January 31, 2022 at 9:46 AM
To: Erin Luby <eluby@vintagewineestates.com>, Angel Novak <ANovak@vintagewineestates.com>, Brooke Schreiner <bschreiner@vintagewineestates.com>
Cc: Terry Wheatley <TWheatley@vintagewineestates.com>
Subject: Steve Ross DTC Analyst Consulting

Hi Erin, Brooke and Angel –

Steve has an on-going contract with VWE to handle analytics for DTC. He is the only person other than Chris Saylor who can run SQL queries and can extract data from both NAV and Coresense and analyze that data.

I have introduced Steve to Joe Gregg to bring him on his staff as they really need the ability to run such queries.

Here are just a few links to current and ongoing projects we are working on together:
-       DTC Freight Analysis (formulas on dashboard not working because of the upload from Excel – will be fixed)
-       DTC FY20, 21, Q1-22 Stats
-       Windsor Cohort Analysis (2016-2020 for all Estate Brands as well)
-       DTC FY22 Fiscal Assumptions
-       DTC Data General Projects
-       DTC FY21 Google Analytics Brand Analysis (all brands)
-       DTC GA Jan – Oct 2020 v 2021 (all brands)
-       DTC 2021 Top Web Traffic Sources by Brand
-       DTC - BRC Lake Group Demographic Analysis
-       Kunde DTC Cohort Report

I strongly recommend we keep Steve on to help us with all our analytical needs, especially as we enter FY23 budgeting – he can really help explain in numbers the trajectory of each brand/channel. He can also provide pretty decent financial analysis until the finance team has dedicated FP&A.

If in agreement, Erin, can Steve send you his monthly invoices?

Please advise.

Thanks - Jess

-----Original Message-----
From: Joe Gregg <JGregg@vintagewineestates.com>
Sent: Tuesday, April 12, 2022 10:13 AM
To: Terry Wheatley <TWheatley@vintagewineestates.com>
Cc: Pat Roney <pat@vintagewineestates.com>
Subject: RE: Steven L Ross

Hi Terry,

Your right, we didn't have the resources.   Going forward should I reach out to Erin to have the requests sent to Kusum first?

Kusum and Steve have met and she can determine where she might need Steve as she comes up to speed or if she can handle the requests herself.

Thanks

Joe

-----Original Message-----
From: Terry Wheatley <TWheatley@vintagewineestates.com>
Sent: Tuesday, April 12, 2022 9:31 AM
To: Pat Roney <pat@vintagewineestates.com>

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0345786
LT00346908

Cc: Joe Gregg <JGregg@vintagewineestates.com>
Subject: RE: Steven L Ross

I will send you a recap of the monthly projects Steve completes for DTC as well as for our earnings call.
If someone on Joe's team can now pull the data and analysis, we have no issues with submitting requests
to his team.  Up to this point, there was not an internal resource with the expertise or the bandwith.

Terry

-----Original Message-----
From: Pat Roney <pat@vintagewineestates.com>
Sent: Tuesday, April 12, 2022 9:01 AM
To: Terry Wheatley <TWheatley@vintagewineestates.com>
Cc: Joe Gregg <JGregg@vintagewineestates.com>
Subject: FW: Steven L Ross

Terry, what are we using Steve Ross for? I also think this should now be handled as a marketing request
to Joe's data group.

Pat Roney
O: 707 346-3640
C: 707 287-3405



937 Tahoe Blvd Ste 210
Incline Village, NV 89451

Our Wineries and Brands include: Adobe, Alloy Can Works, B.R Cohn Winery, Buried Cane, Cameron Hughes,
Cartlidge & Browne, Cherry Pie, Clayhouse, Clos Pegase, Cosentino Winery, Delectus Winery, Firesteed
Cellars, Game of Thrones, Girard Winery, Girl & Dragon, Gouguenheim Winery, If You See Kay, Kunde Family
Winery, Laetitia Winery, Layer Cake, Middle Sister, Monogamy, Owen Rowe Winery, promisQuos, Purple
Cowboy, Qupé, Ray's Station Winery, Sonoma Coast Vineyards, Swanson Vineyards, Tamarack Cellars, Viansa
Winery, Windsor Vineyards

Craft Spirits Division: Distillery 209 Gin, Straight Edge Bourbon Whiskey, Slaughter House American
Whiskey & Whipsaw Rye Whiskey, Partner Sweet Vermouth

-----Original Message-----
From: Robin M. Robinson <RRobinson@vintagewineestates.com>
Sent: Friday, April 8, 2022 10:22 AM
To: Pat Roney <pat@vintagewineestates.com>
Cc: Gina Bertoli <gbertoli@vintagewineestates.com>; Jeff Cummings <jcummings@kunde.com>
Subject: Steven L Ross

Re: Invoice EL001 $6000.00

Please review and approve prior to payment

Thank you,

Robin M. Robinson
Accounts Payable Lead

PLEASE NOTE - send all invoices to; apinvoices@vintagewineestates.com


205 Concourse Blvd, Santa Rosa, CA 95403
707-921-2853
rrobinson@vintagewineestates.com

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0345787
LT00346909