# EXHIBIT 15

**From:** Kristina Johnston [/O=USA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KRISTINA JOHNSTON798]
**Sent:** 7/12/2022 5:28:04 PM
**To:** Pat Roney [pat@vintagewineestates.com]
**CC:** Courtney Prose [cprose@vintagewineestates.com]
**Subject:** Update - Kris Priorities

Hi Pat –

Quick update on items I have in flight.

1.      Met with Michael/Hasan today and we are regrouping tomorrow for assistance on Inventory Modeling & building out an executive summary
2.      FY23 plan
a.      Eric/Eric are making updates today & following up on open questions
i. Stock based comp
ii. Interest
iii. Impact on COGS for OH/Variances
b.      Will begin running the package of departmentals and send them over in groups for your review
c.      Meeting with the team tomorrow to begin formatting info for BOD meeting
3.      FY22 yearend close
a.      Meeting with Rene later this evening to walk through open items
b.      Will update a consolidated P&L once numbers are locked
i. Expect costing to complete tomorrow
c.      Physical Inventory Results (Have discussed with Courtney – let us know if you want to discuss)
i. The team is working through summarizing count results received & still chasing results from some external locations
1.      Preliminary results show a write off:
**a.      Approx. 2.7M write off (excluding the $5m write off of bulk whiskey still on the books – sold to DFWS)**
i. $1.5m is driven by external locations
1.      Some were missed in the Feb count and/or locations that we exited but still had phantom inventory in Nav
a.      Courtney will review external locations; we will work to consolidate locations where possible and do site visits as needed to mitigate risk
ii. $520k is Merchandise write-offs
1.      Tasting rooms were counted in February
a.      Propose instituting quarterly cycle counts
b.      Assess expensing merchandise vs. carrying as inventory
iii. Concourse 164k write off (excluding Merch)
iv. Tamarack 273k write off (excluding Merch)

Happy to discuss in more detail as needed.
Kris

**Kristina L. Johnston, MBA, CPA**
*Chief Financial Officer*
(she/her/hers)



**937 Tahoe Blvd**
Incline Village, NV 89451
707.921.2823 | kjohnston@vintagewineestates.com

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

Our Wineries and Brands include: Adobe, Alloy Can Works, B.R Cohn Winery, Buried Cane, Cameron Hughes, Cartlidge & Browne, Cherry Pie, Clayhouse, Clos Pegase, Cosentino Winery, Delectus Winery, Firesteed Cellars, Game of Thrones, Girard Winery, Girl & Dragon, Gouguenheim Winery, If You See Kay, Kunde Family Winery, Laetitia Winery, Layer Cake, Middle Sister, Monogamy, Owen Roe Winery, promisQuos, Purple Cowboy, Qupé, Ray's Station Winery, Sonoma Coast Vineyards, Swanson Vineyards, Tamarack Cellars, Viansa Winery, Windsor Vineyards

Craft Spirits Division: Distillery 209 Gin, Straight Edge Bourbon Whiskey, Slaughter House American Whiskey & Whipsaw Rye Whiskey, Partner Sweet Vermouth

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0085193
LT00036395