# EXHIBIT 16

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 1/10/2022 |

## Outline of Conversations

 **235988e7bfa8bafe802bb1400498d068** • 6 messages on 1/10/2022 • Kathy DeVillers (+17073310289) • Pat Roney (+17072873405)

RDJ487010

**Messages in chronological order** (times are shown in GMT +00:00)

---

 **235988e7bfa8bafe802bb1400498d068**

KD    **Kathy DeVillers (+17073310289)**    ◀ 1/10/2022, 12:41 AM
You must be very pleased with your Niners!

KD    **Kathy DeVillers (+17073310289)**    ◀ 1/10/2022, 12:41 AM
And you beat Tony's team…😄

PR    **Pat Roney (+17072873405)**    ▶ 1/10/2022, 12:43 AM
Crazy Crazy Game!! Love that!!  If I was really a bad boy I would text him. Think I'll wait until they beat them in the playoffs!!

KD    **Kathy DeVillers (+17073310289)**    ◀ 1/10/2022, 2:49 AM
👍

KD    **Kathy DeVillers (+17073310289)**    ◀ 1/10/2022, 4:59 PM
Did you see Lisa's note about doing a full physical inventory I. q3??  That is coming from Dave / Brian… do you agree with this?  We would have to shut the warehouse for 3-4 days ….

PR    **Pat Roney (+17072873405)**    ▶ 1/10/2022, 5:24 PM
Depends. Call me when you are free. I am free until 11.

RDJ487011