# EXHIBIT 17



## Minutes of the Open Meeting of the Audit Committee
## Followed Immediately by a Meeting of the
## Board of Directors of Vintage Wine Estates, Inc.
## on
## February 11, 2022 at 8:00 AM PT

**Audit Committee Attendees:** Candice Koederitz, Mark Harms, Jon Moramarco and Lisa Schnorr, Chairwoman.

**Other Audit Committee Invitees**: Adam Hunter, Jessica Simmons, Kasey George, Paul Feagen, and Heath Glidewell of Cherry Bekaert LLP.

**Board Member Attendees** (who are not members of the Audit Committee)**:** Rob Berner, Tim Proctor, Pat Roney, Jonathan Sebastiani and Paul Walsh (the "Chairman").

**Other Invitees**: Eric Miller, Secretary of the Company; Katherine DeVillers, Chief Financial Officer of the Company; and Alexander McClean, Assistant Secretary of the Company.

### Audit Committee Open Meeting

Ms. Schnorr, Audit Committee Chair of Vintage Wine Estates, Inc. (the "Company"), called the Audit Committee Open Meeting (the "Committee") to order at 8:00 AM PT. Ms. Schnorr noted that a quorum was present and that the meeting was properly convened. Ms. Schnorr turned the time to Mr. Harms to conduct the meeting while she was traveling.  Mr. Harms then requested a motion to approve the minutes of the November 15, 2021, January 18, 2022 and February 7, 2022 Audit Committee meetings. Ms. Schnorr and others noted edits they had provided to Mr. Miller and the Committee agreed to approve the minutes subject to Mr. Miller revising the minutes to reflect their edits.  Upon a motion duly made and seconded, the following resolution was unanimously adopted by the Committee:

> **RESOLVED**, that the minutes of the meetings of the Committee held on November 15, 2021, January 18, 2022 and February 7, 2022, as revised to reflect the comments Mr. Miller received from certain Committee members are hereby approved.

211115.0800                                                                                         Page **1** of **4**

10900683_2

CONFIDENTIAL TREATMENT REQUESTED BY VWE                                   VWE-SEC-0253768
CONFIDENTIAL                                                                          LT00116054

Mr. Harms then briefly discussed the Company's Form 10-Q and turned the time to Ms. DeVillers to discuss the earnings release and Form 10-Q.  Ms. DeVillers briefly reviewed the Form 10-Q and earnings release with the Committee in substantially the form included in the Board book. Feedback on the Form 10-Q and earnings release was shared with management.  Ms. DeVillers then invited Cherry Bekaert to discuss the earnings release and Form 10-Q. Cherry Bekaert began by introducing their team to the Committee and then provided an overview of their review of the Form 10-Q and earnings release.  Ms. DeVillers noted that there had been changes to the Form 10-Q and earnings release based on feedback received that was not contained in the Board book. After discussion, upon motion properly made and duly seconded, the Committee unanimously adopted the following resolution:

> **RESOLVED**, that the Committee hereby recommends the approval of the filing of the Form 10-Q in substantially the form as provided to the Committee, with such subsequent revisions as approved by the Company's Chief Executive Officer and Chief Financial Officer.

Mr. Harms then turned the time over to Cherry Bekaert to discuss the required auditor communications, including the following items:

- Significant changes to accounting policies and practices during quarter;
- Written communications between the independent auditor and management;
- Adequacy of the Company's disclosure controls and internal procedures; and
- Accounting for new transactions.

Throughout their presentation Cherry Bekaert referred to the PowerPoint presentation included in the Board book and responded to questions received from the Committee.  After Cherry Bekaert's presentation, Ms. DeVillers then provided an update of the remediation efforts the Company had taken in regards to its material weakness. Ms. DeVillers noted the challenges in hiring and attracting talent to increase staffing in the accounting department.  Ms. DeVillers indicated that the Company would hire consultants and other contractors to help alleviate their staffing challenges. The members of the Committee posed questions to Ms. DeVillers regarding the remediation effort and timing, which were answered to the satisfaction of the members of the Committee. Mr. Miller then reported that there were no reports from the whistleblower hotline related to financial reporting matters.

The Committee then met in executive session with Cherry Bekaert without management present. The Committee meeting was then adjourned at 8:47 AM PT.

211115.0800

10900683_2

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0253769
LT00116055

## Board Meeting

Mr. Walsh, Chairman of the Board, called the Board Meeting to order at 8:48 AM PT. Mr. Walsh noted that a quorum was present and that the meeting was properly convened. Mr. Walsh then requested a motion to approve the minutes of the November 15, 2021 Board meeting. Upon a motion duly made and seconded, the following resolution was unanimously adopted by the Board:

> **RESOLVED**, that the minutes of the meeting of the Board held on November 15, 2021, as revised to reflect comments received by Mr. Miller from certain Committee members are hereby approved.

Mr. Walsh then indicated that based upon the recommendation of the Committee, the Board should approve the filing of the Form 10-Q. Upon motion properly made and duly seconded, the Board unanimously adopted the following resolution:

> **RESOLVED**, that the Board hereby recommends the approval of the filing of the Form 10-Q in substantially the form as provided to the Board, with such subsequent revisions as approved by the Company's Chief Executive Officer and Chief Financial Officer.

Mr. Walsh then turned the time over to Messrs. Harms and Berner who provided an overview of a potential stock and warrant repurchase program being considered. Throughout their presentation, Messrs. Harms and Berner referred to their PowerPoint presentation included in the Board book. The Board discussed in detail the proposed repurchase plan and asked a series of questions. Mr. Harms indicated that the program could not be commenced until the Company delisted from the TSX. The Board encouraged Messrs. Harms and Berner to continue to advance the repurchase program and return to the Board for approval at the appropriate time.

Mr. Walsh then turned the time over to Mr. Roney to discuss a potential acquisition of Gem & Jane. Throughout his presentation Mr. Roney referred to the PowerPoint deck and materials included in the Board book. Mr. Roney discussed the initial Go-To-Market Strategy for Gem & Jane, an overview of their brands and an overview of the purchase agreement. The Board asked Mr. Roney a series of questions regarding transaction. There being no further discussion, upon a motion properly made and duly seconded, the Board unanimously adopted the following resolutions:

*[Eric did Jones Day*                          **Redacted**

**Redacted**

Messrs. Harms and Miller then discussed the status and timing of the TSX delisting.

211115.0800                                                     Page **3** of **4**

10900683_2

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL                                           VWE-SEC-0253770
                                                                         LT00116056

**Adjournment of the Meeting**: With no further business before the Board at this time, the meeting was adjourned at 10:06 AM PT.

Prepared by:

_____
Eric D. Miller
Secretary

211115.0800                                                                        Page **4** of **4**

10900683_2

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0253771
LT00116057