# EXHIBIT 19

Communication of Significant Deficiencies
to the Audit Committee and Management

# Vintage Wine Estates, Inc.

Year ended June 30, 2020, six months ended
June 30, 2019, and years ended
December 31, 2018 and 2017

CONFIDENTIAL TREATMENT REQUESTED BY VWE

CONFIDENTIAL

VWE-SEC-0071373

LT00022575

## Communication of Significant Deficiencies to the Audit Committee and Management

To the Audit Committee and Management of
Vintage Wine Estates, Inc.

In planning and performing our audits of the consolidated financial statements of Vintage Wine Estates, Inc. (the "Company") as of June 30, 2020 and 2019, and December 31, 2018 and 2017, and, the related consolidated statements of operations, stockholders' equity and cash flows for the year ended June 30, 2020, six-month period ended June 30, 2019, and years ended December 31, 2018 and 2017, we considered the Company's internal control over financial reporting ("internal control") as a basis for designing audit procedures that are appropriate in the circumstances for the purpose of expressing an opinion on the consolidated financial statements, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control. Accordingly, we do not express an opinion on the effectiveness of the Company's internal control. However, we noted certain matters involving internal control and its operation that we consider to be significant deficiencies under standards of the Public Company Oversight Board (United States).

A control deficiency exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect misstatements on a timely basis.

A material weakness is a deficiency, or a combination of deficiencies, in internal control, such that there is a reasonable possibility that a material misstatement of the Company's annual or interim financial statements will not be prevented or detected on a timely basis.

A significant deficiency is a deficiency, or combination of deficiencies, in internal control, that is less severe than a material weakness yet important enough to merit attention by those responsible for oversight of the Company's financial reporting.

We noted the following deficiencies that we believe to be significant deficiencies:

Our consideration of internal control was for the limited purpose described in the first paragraph and was not designed to identify all deficiencies in internal control that might be material weaknesses. Given these limitations, during our audit we did not identify any deficiencies in internal control that we consider to be material weaknesses. However, material weaknesses may exist that have not been identified.

We noted the following deficiencies that we believe to be significant deficiencies:

1.  **IT Security and Access** – Through our control testing:

    a.  We noted a significant number of users outside the information technology (IT) Department with administrative access to NAV (the Company's primary ERP system) and Magento, which should be restricted solely to members of the IT Department. Additionally, the Chief Technology Officer (CTO) and Vice-President of Information Systems & Technology should not have administrative access to these systems as they should be the personnel performing periodic user access reviews. We also noted through our journal entry testing that all members in the accounting group can post journal entries.

2

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0071374
LT00022576

We recommend management restrict administrative access to all systems, most importantly the primary ERP system, to employees within the IT Department and remove administrative access from the VP Information Systems & Technology and CTO.

b.  We noted procedures for IT security, change management, backup, incident handling, new program development, and cybersecurity are not formally documented and implemented, nor reviewed annually for updates and management review and approval.

We recommend management develop formal documented policies and perform an annual review/approval to policy updates.

c.  We noted no formal user access reviews performed for in-scope systems.

We recommend management implement formal procedures to perform a periodic (at least annually) review over in-scope system accounts: user accounts, admin-level accounts, and service-level accounts, and access to server room. Review should include documentation (e.g. Ticket, etc.) noting user accounts reviewed, and management's approval and including instances of access inappropriateness resolution.

d.  We noted a lack of documentation and approval for system changes requested, developed, and promoted to production for Navision.

We recommend the Company retain formal documentation for each change developed and promoted to Navision. We also recommend the Company require formal approval by an appropriate member of the IT Department before any changes are promoted to production and retain documentation of this approval.

2.  **Financial Reporting** – Through our testing of inventory, and the received not invoiced and cellar accruals, we noted the reconciliations of certain account balances were not performed on a regular basis. As a result, it is difficult to determine 1) where certain inventories are located and what was being processed, 2) whether all costs have been properly capitalized and applied to proper inventories and 3) what specific invoices or purchase receipts were being accrued for at year end.

Adjustments to reconcile differences, remove old amounts, accrue for amounts that were improperly not recorded, or record the actual year-end balance may be needed for the inventory and accrued liabilities accounts, as a result of not performing timely reconciliations of the accounts. Without periodic account reconciliations, information provided to management may not be accurate, and the likelihood that errors will occur and go undetected is increased.

We recommend that all the inventory and related accrual accounts be reconciled on a monthly basis as part of the normal closing process.  Timely reconciliations should be assured by establishing a schedule and having completion monitored by a designated individual.  All reconciliations should be reviewed by a designated individual to ensure accuracy and completeness, and to verify that reconciling items have been properly accounted for.  This should be evidenced by having the reviewer initial the reconciliation.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

3.  **Review of Contracts** –

    a.  Through our testing of leases, we noted the Company did not have a process in place to assess the classification of leases accordance with ASC 840. We noted one lease that was incorrectly classified as an operating lease.

    b.  Through our testing of revenue, we noted the distribution contract with W.J. Deutsch & Sons Ltd. (DFWS) provides for annual marketing allowances to DFWS. We noted the Company has recorded these allowances to DFWS as trade commissions in SG&A; however, these marketing allowances should have been recorded as a reduction of revenues.

We recommend the Company review all contracts closely to ensure all terms are assessed and considered for proper accounting when recording the transactions and that all leases are properly classified in accordance with ASC 840.

This communication is intended solely for the information and use of the audit committee, management, and others within the Company and is not intended to be, and should not be, used by anyone other than these specified parties.

*Moss Adams LLP*

Santa Rosa, California
March 12, 2021

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL