EXHIBIT 20

| From: | Rae Paulson [Rae.Paulson@mossadams.com] |
|---|---|
| Sent: | 4/12/2021 8:36:07 AM |
| To: | Kathy DeVillers [kdevillers@vintagewineestates.com]; Jeff Cummings [jcummings@kunde.com] |
| CC: | Cheyne Thompson [Cheyne.Thompson@mossadams.com]; Jeff Blakely [jblakely@vintagewineestates.com]; Kevin DeMartini [kdemartini@vintagewineestates.com] |
| Subject: | RE: Kunde IOs |

Hi Kathy,

Thanks for the update.  Day of the close is always best, but it is ultimately your call.  If we count tomorrow and the close happens, say, Friday, we would need a rollback of inventory from close date to count date to summarize any movement in/out from each of bulk and cased over those few days.  If we test count anything that has moved by the time of the final acquired inventory listings we would need work order or other support in order to reconcile our counts in to the final acquired listing.  If you think that type of activity will be minimal enough Wednesday and possibly onward and we should proceed with counts tomorrow, we can do that.  I understand it's difficult to keep trying to pin it down and at some point we just need to pick a date, which we can do, I just wanted everyone to have the information to make sure the rollback procedures aren't more cumbersome than continuing to move the date.

With this said, would you like us to plan for tomorrow?

Thanks,
Rae

Rae Ann Paulson
Senior Manager | **Moss Adams**
*Assurance Services*

3558 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
D        (707) 535-4176
T        (707) 527-0800
F        (707) 575-1712

 MOSSADAMS

---

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Monday, April 12, 2021 7:14 AM
**To:** Jeff Cummings <jcummings@kunde.com>; Rae Paulson <Rae.Paulson@mossadams.com>
**Cc:** Cheyne Thompson <Cheyne.Thompson@mossadams.com>; Jeff Blakely <JBlakely@vintagewineestates.com>; Kevin DeMartini <KDeMartini@vintagewineestates.com>
**Subject:** RE: Kunde IOs

It looks like the close will not be until at least Wednesday.  Rae, I would like to proceed with the counts today/ tomorrow but it is your call if we need to change.

---

**From:** Jeff Cummings <jcummings@kunde.com>
**Sent:** Monday, April 12, 2021 7:13 AM
**To:** Rae Paulson <Rae.Paulson@mossadams.com>; Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Cc:** Cheyne Thompson <Cheyne.Thompson@mossadams.com>; Jeff Blakely <JBlakely@vintagewineestates.com>; Kevin

DeMartini <KDeMartini@vintagewineestates.com>
**Subject:** RE: Kunde IOs

Hi Rae,

I'll check with Zach.  Is there any issue if we start our count this afternoon?  There will be many tanks and barrel groups that will have no change between this afternoon and tomorrow morning.

Thanks,

Jeff Cummings
Vice President of Finance
Kunde Family Winery
(707) 282-1520
jcummings@kunde.com

---

**From:** Rae Paulson <Rae.Paulson@mossadams.com>
**Sent:** Friday, April 9, 2021 5:24 PM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Cc:** Cheyne Thompson <Cheyne.Thompson@mossadams.com>; Jeff Cummings <jcummings@kunde.com>; Jeff Blakely <JBlakely@vintagewineestates.com>; Kevin DeMartini <KDeMartini@vintagewineestates.com>
**Subject:** RE: Kunde IOs

Ok, thanks Kathy.  That sounds good to me, too, based on the below.

Jeff C. – what works for the Kunde bulk count?  Do you think it work for them to do a count early Tuesday and I'll plan to connect with Zack and do some test counts virtually later that afternoon?

Thanks,
Rae

---

Rae Ann Paulson
Senior Manager | **Moss Adams**
*Assurance Services*

3558 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
D        (707) 535-4176
T        (707) 527-0800
F        (707) 575-1712

 MOSSADAMS

---

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Friday, April 9, 2021 5:19 PM
**To:** Rae Paulson <Rae.Paulson@mossadams.com>
**Cc:** Cheyne Thompson <Cheyne.Thompson@mossadams.com>; Jeff Cummings <jcummings@kunde.com>; Jeff Blakely <JBlakely@vintagewineestates.com>; Kevin DeMartini <KDeMartini@vintagewineestates.com>
**Subject:** RE: Kunde IOs

Hi Rae-

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0015167
LT00008589

It looks like it will be Tuesday/ Wednesday.  We are wrapping up some documents and hope that we will be able to fund the loan Monday and then close Kunde shortly thereafter.    We thought that Tuesday would be best for the cased goods- jeff B. was reaching out to Cheyne.

Kathy

---

**From:** Rae Paulson <Rae.Paulson@mossadams.com>
**Sent:** Friday, April 9, 2021 11:31 AM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Cc:** Cheyne Thompson <Cheyne.Thompson@mossadams.com>; Jeff Cummings <jcummings@kunde.com>
**Subject:** RE: Kunde IOs

Hi Kathy.  Happy Friday!

Is there any update on the anticipated timing of the close?  Cheyne and I are currently planning for Monday and/or Tuesday for the cased and bulk counts, pending getting updated listings and as long as that is still a good estimate of close date.  Please let us know if you have any updates and we'll plan accordingly.

Rae

---

Rae Ann Paulson
Senior Manager | **Moss Adams**
*Assurance Services*

3558 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
D         (707) 535-4176
T         (707) 527-0800
F         (707) 575-1712

 MOSSADAMS

---

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Wednesday, April 7, 2021 8:01 AM
**To:** Rae Paulson <Rae.Paulson@mossadams.com>; Jeff Cummings <jcummings@kunde.com>
**Subject:** RE: Kunde bulk IO

I think best case would be Monday at this point-  we are still finalizing the loan docs.  Pat and I need to talk over a couple of items this am- I may have a better sense of the timing then.

---

**From:** Rae Paulson <Rae.Paulson@mossadams.com>
**Sent:** Wednesday, April 7, 2021 7:57 AM
**To:** Jeff Cummings <jcummings@kunde.com>
**Cc:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Subject:** Re: Kunde bulk IO

Thanks Jeff,
I don't have additional information on likelihood of when this will close, just heard not sooner than Friday and with that figured Monday was our best guess at this point, the good news is if it's not Kunde inventory being bottled that won't impact the inventory lists being acquired at least, but i understand it could be hard to administer the Kunde bulk count, and our test counts, while that BRC bottling is going on.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0015168
LT00008590

Kathy, do you have any updates on likely timing we should consider as part of this?

Rae

Sent from my iPhone


On Apr 7, 2021, at 7:50 AM, Jeff Cummings <jcummings@kunde.com> wrote:


Hi Rae,

We've got a bottling tentatively scheduled for early next week depending on the wine being stable.  This is a BR Cohn product, not a Kunde product.  We could push this out towards the end of next week if we're fairly confident the transaction will close within the time frame you're looking for.  Let me know as soon as you can.

Thanks,

Jeff Cummings
Vice President of Finance
Kunde Family Winery
(707) 282-1520
jcummings@kunde.com

**From:** Rae Paulson <Rae.Paulson@mossadams.com>
**Sent:** Tuesday, April 6, 2021 5:18 AM
**To:** Jeff Cummings <jcummings@kunde.com>
**Cc:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Subject:** Re: Kunde bulk IO

Hi Jeff,
How would Monday work for you guys? I hear the transaction will close no earlier than Friday now, so that might be a more appropriate date and also would get us outside of the bottling activity of this week. Ideally someone would do a full count Monday and once done we would join virtually and do our selected test recounts. Early Tuesday could also work for us to come on for test counts, depending on how the timing of the full count goes.
Rae

Sent from my iPhone


On Apr 1, 2021, at 4:14 PM, Jeff Cummings <jcummings@kunde.com> wrote:


Hi Rae and Kathy,

Our plan is to bottle our estate Merlot on Tues and Wed next week.  If everything goes as planned there will be no bottling on Thu or Fri.  We will have some receipts of bulk wine next week, but it's fairly easy to document those.

Our preference is Thursday since the cellar is typically closed on Fridays, but we can handle Friday if needed.

Let me know what day is best.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

Thanks,

Jeff Cummings
Vice President of Finance
Kunde Family Winery
(707) 282-1520
jcummings@kunde.com

---

**From:** Rae Paulson <Rae.Paulson@mossadams.com>
**Sent:** Thursday, April 1, 2021 4:04 PM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>; Jeff Cummings <jcummings@kunde.com>
**Subject:** RE: Kunde bulk IO

Ok, good to know.

With that, should we reconsider doing our count later in the week?  Potentially for both cased and for bulk… but especially for bulk when we know there is some bottling occurring?

If we count cased on Monday and it closes Friday (let's say) and there is a variance between what we counted and the final listing, that can be substantiated fairly easily by providing documentation something was sold between our count and close.  However, on the bulk side where bottlings will occur, while in a way it is still 'just a workorder' possibly to say what you counted was bottled in to X product before close and is on the cased listing, I think we're just asking for a little extra complexity we may not need?  We could simply count, bulk, and/or cased, later in the week when it is again closer to actual close date, and after the bottling run is done, if you both agree that might be better.  Please let me know!  I'm here on cell if easier to quickly chat: 707-843-0767.

Rae

---

Rae Ann Paulson
Senior Manager | **Moss Adams**
*Assurance Services*

3558 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403

| | |
|---|---|
| **D** | (707) 535-4176 |
| **T** | (707) 527-0800 |
| **F** | (707) 575-1712 |

<image001.png>

---

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Thursday, April 1, 2021 3:48 PM
**To:** Rae Paulson <Rae.Paulson@mossadams.com>; Jeff Cummings <jcummings@kunde.com>
**Subject:** RE: Kunde bulk IO

Yikes!  I didn't know about the bottling.  I think that the close is going to be later in the week.

---

**From:** Rae Paulson <Rae.Paulson@mossadams.com>
**Sent:** Thursday, April 1, 2021 2:21 PM
**To:** Jeff Cummings <jcummings@kunde.com>
**Cc:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Subject:** RE: Kunde bulk IO

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0015170
LT00008592

Thanks Jeff.  That works for us!

Kathy – is there any indication the deal might not close until after Tuesday at this point?  I know it's hard to say with certainty on some of the funding timing, but I ask because I'd hate to push to go count Monday (assuming a Monday or Tuesday close/funding) and then if it closes Wednesday or later, then what VWE is acquiring is actually more cased wine and less bulk wine and we could have counted some of it in the wrong state.
Rae

Rae Ann Paulson
Senior Manager | **Moss Adams**
*Assurance Services*

3558 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403
D        (707) 535-4176
T        (707) 527-0800
F        (707) 575-1712

<image001.png>

**From:** Jeff Cummings <jcummings@kunde.com>
**Sent:** Thursday, April 1, 2021 2:15 PM
**To:** Rae Paulson <Rae.Paulson@mossadams.com>
**Cc:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Subject:** RE: Kunde bulk IO

Hi Rae,

I spoke with Zach Long and we'll try to have our count finished in time for your virtual observation on Monday afternoon.  We're bottling on Tuesday so we'll have some movement of wine fairly early in the day.

Thanks,

Jeff Cummings
Vice President of Finance
Kunde Family Winery
(707) 282-1520
jcummings@kunde.com

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Thursday, April 1, 2021 2:03 PM
**To:** 'Rae Paulson' <Rae.Paulson@mossadams.com>
**Cc:** Jeff Cummings <jcummings@kunde.com>
**Subject:** RE: Kunde bulk IO

Great… thank you both!

**From:** Rae Paulson <Rae.Paulson@mossadams.com>
**Sent:** Thursday, April 1, 2021 2:02 PM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0015171
LT00008593

**Cc:** Jeff Cummings <jcummings@kunde.com>
**Subject:** RE: Kunde bulk IO

Thanks Kathy!

Jeff and I just talked and are working to coordinate.  They'll likely do their count Monday and we'll keep in touch as to if we should hop on and do some test counts that afternoon, or possibly Tuesday morning.

Rae

_____

Rae Ann Paulson
Senior Manager | **Moss Adams**
*Assurance Services*

3558 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403

D          (707) 535-4176
T          (707) 527-0800
F          (707) 575-1712

<image001.png>

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Thursday, April 1, 2021 1:23 PM
**To:** Rae Paulson <Rae.Paulson@mossadams.com>
**Cc:** Jeff Cummings <jcummings@kunde.com>
**Subject:** RE: Kunde bulk IO

Hi Rae-

Sorry, I read this , thought it made sense and then didn't respond.  Jeff, please see the note from Rae below... Will you be able to accommodate?

**From:** Rae Paulson <Rae.Paulson@mossadams.com>
**Sent:** Thursday, April 1, 2021 8:10 AM
**To:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Subject:** RE: Kunde bulk IO

Hi Kathy,

I wanted to follow up on the below to see what your thoughts were or if we should discuss.  If you're working on it/thinking about it, don't mean to be a pest, but there were a few other emails about cased IO, wine club shipment impact, since this one so just making sure this didn't get lost in the shuffle, since it will impact what the plan is for Monday (or Tuesday).

Rae

_____

Rae Ann Paulson

Senior Manager | **Moss Adams**
*Assurance Services*

3558 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403

| | |
|---|---|
| D | (707) 535-4176 |
| T | (707) 527-0800 |
| F | (707) 575-1712 |

<image001.png>

---

**From:** Rae Paulson
**Sent:** Tuesday, March 30, 2021 2:45 PM
**To:** Kathy DeVillers (kdevillers@vintagewineestates.com) <kdevillers@vintagewineestates.com>
**Subject:** Kunde bulk IO

Hi Kathy,

I tried calling in case I could catch you but will send some info here in the interest of time.  Please let me know if you can connect to chat after you get this, if I can help explain further.  In talking with Tony, for a combination of reasons, if no full count is done by VWE/Kunde personnel, we will need to significantly increase the bulk wine we count, approaching almost 100% coverage of the bulk wine at Kunde.  Briefly for now, the increased counts would have to do with a combination of lack of the company doing a full count, public company audit standards, not being able to fully rely on internal controls or reports directly from the inventory system, and the bulk wine quantity/count variances noted in a couple of the past transactions.  We are ok with the cased wine as is, given so much is at AVC and will be confirmed, and in addition to our test counts at Concourse we can gain some additional comfort over existence of Kunde cases on hand based on the amount you bill Kunde for that storage.  However, for the bulk on site at Kunde, short of creating a full roll back of acquired inventory next week back to the last full count (around 12/31) and us testing the detail of that rollback (which is typically a more involved and time consuming process for both you and for us than it would be to just count more wine as of transaction date), we would need to count substantially all of the bulk wine at Kunde.  Especially in a remote environment, I suspect this would be extremely cumbersome for the Kunde team, sending videos of tank, each barrel lot in the caves, etc. back over to us.

With this in mind, I hoped to revisit if someone from Vintage or Kunde could do a more full count of just the bulk at Kunde.  If not in advance of our test counts, then they would essentially have to do almost a complete count with us 'watching' or sending videos, which would probably be more tedious and time consuming than them going through and counting everything on their own ahead of time to say a count was done, and then having us do virtual test counts of a much lower number of counts, to test count their counts, rather than to substantiate the full count.

Please let me know if you want to discuss how best to resolve this issue.

Thanks,
Rae

---

Rae Ann Paulson
Senior Manager | **Moss Adams**
*Assurance Services*

3558 Round Barn Blvd., Suite 300
Santa Rosa, CA 95403

| | |
|---|---|
| D | (707) 535-4176 |
| T | (707) 527-0800 |
| F | (707) 575-1712 |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0015173
LT00008595

CONFIDENTIALITY NOTICE

This e-mail and any attachments are for the sole use of the intended recipients and contain information that may be confidential or legally privileged. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.


CONFIDENTIALITY NOTICE

This e-mail and any attachments are for the sole use of the intended recipients and contain information that may be confidential or legally privileged. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.


CONFIDENTIALITY NOTICE

This e-mail and any attachments are for the sole use of the intended recipients and contain information that may be confidential or legally privileged. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.


CONFIDENTIALITY NOTICE

This e-mail and any attachments are for the sole use of the intended recipients and contain information that may be confidential or legally privileged. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.


CONFIDENTIALITY NOTICE

This e-mail and any attachments are for the sole use of the intended recipients and contain information that may be confidential or legally privileged. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.


CONFIDENTIALITY NOTICE

This e-mail and any attachments are for the sole use of the intended recipients and contain information that may be confidential or legally privileged. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.


CONFIDENTIALITY NOTICE

This e-mail and any attachments are for the sole use of the intended recipients and contain information that may be confidential or legally privileged. If you have received this e-mail in error,

please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.

CONFIDENTIALITY NOTICE

This e-mail and any attachments are for the sole use of the intended recipients and contain information that may be confidential or legally privileged. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.

CONFIDENTIALITY NOTICE

This e-mail and any attachments are for the sole use of the intended recipients and contain information that may be confidential or legally privileged. If you have received this e-mail in error, please notify the sender by reply e-mail and delete the message. Any disclosure, copying, distribution, or use of this communication by someone other than the intended recipient is prohibited.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0015175
LT00008597