# EXHIBIT 21

| | |
|---|---|
| **From**: | Lisa Schnorr [lisaschnorr@me.com] |
| **Sent**: | 9/20/2021 4:22:11 PM |
| **To**: | Pat Roney [pat@vintagewineestates.com] |
| **Subject**: | Re: Finished Goods listing with owner code included |

Thanks, Pat. I spoke with Tony this afternoon (1:1). One of his challenges is that he doesn't have sub-ledgers that tie to our general ledger, so they are having to sift through a lot of detail in order to get to the right answer. Not defending him, but when we can't provide basic reconciliations, it makes it difficult to rely on anything.

Sent from my iPad
Lisa Schnorr

On Sep 20, 2021, at 7:18 PM, Pat Roney <pat@vintagewineestates.com> wrote:

See below. For discussion on materiality and new requests from Moss Adams.

**Pat Roney**
**O: 707 921-2802**
**C: 707 287-3405**

**<image001.png>**

**937 Tahoe Blvd**
**Incline Village, NV 89451**

Our Wineries and Brands include: Adobe, Alloy Can Works, B.R Cohn Winery, Buried Cane, Cameron Hughes, Cartlidge & Browne, Cherry Pie, Clayhouse, Clos Pegase, Cosentino Winery, Delectus Winery, Firesteed Cellars, Game of Thrones, Girard Winery, Girl & Dragon, Gouguenheim Winery, If You See Kay, Kunde Family Winery, Laetitia Winery, Layer Cake, Middle Sister, Monogamy, Owen Roe Winery, promisQuos, Purple Cowboy, Qupé, Ray's Station Winery, Sonoma Coast Vineyards, Swanson Vineyards, Tamarack Cellars, Viansa Winery, Windsor Vineyards

Craft Spirits Division: Distillery 209 Gin, Straight Edge Bourbon Whiskey, Slaughter House American Whiskey & Whipsaw Rye Whiskey, Partner Sweet Vermouth

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Monday, September 20, 2021 4:08 PM
**To:** Chris Saylor <CSaylor@vintagewineestates.com>; Patrick Wyatt <PWyatt@vintagewineestates.com>
**Cc:** Kevin DeMartini <KDeMartini@vintagewineestates.com>; Pat Roney <pat@vintagewineestates.com>
**Subject:** Finished Goods listing with owner code included
**Importance:** High

Chris and Patrick-

The auditors are now looking for a finished goods listing at yearend that includes the owner code. This is needed asap - is this something that you can run quickly?

Pat, FYI- this request came up today because Moss was looking at zero cost inventory in the "VWE owned" category and there were a few skus that were actually owned by a third party. This doesn't have any $ issue but makes the auditors question the data.

Kathy

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0061101
LT00226442