EXHIBIT 22

| | |
|---|---|
| **From**: | Jon Moramarco [jon.moramarco@bw166.com] |
| **Sent**: | 9/24/2021 10:51:20 AM |
| **To**: | Lisa Schnorr [lisaschnorr@me.com]; Pat Roney [pat@vintagewineestates.com] |
| **CC**: | Mark Harms [mark.harms@bespokecp.com]; Michael Petschler [Michael.Petschler@bespokecp.com]; Deb Pawlowski [dpawlowski@keiadvisors.com]; Terry Wheatley [twheatley@vintagewineestates.com]; Rob Berner [rob.berner@bespokecp.com]; Hasan Simeen [hasan.simeen@bespokecp.com]; Candice Koederitz [cekoe13@gmail.com] |
| **Subject**: | RE: Project Varuni - Investor Update_v2021.09.24 v2 DRAFT |

Lisa

Put simply I think we need to look at

- Revenue projections
- COGS projections
- SG&A expenses

I hope, which is not a strategy, that revenue and SG&A are easier to forecast so we need to ask if we are comfortable with the current forecasts.

COGS is the big issue from the year-end.  In theory we are taking the hit for the 2020 harvest now which should eliminate volatility for FY 2022.  I think we have to take another look at the forecast and see what the COGS looks like and if it feels directionally achievable.  If so we go with it.

We also need to ask if the 2021 harvest looks like  it will have any significant impact on COGS but little of this should impact FY22 if standards are adjusted, rolled though and reconciled.

We then need to get the outside consultants in ASAP.  My thoughts on the path forward is:

- Reconcile and roll forward COGS for Q1.
- Review and simplify process for COGS moving forward
- Prepare forecast for FY 2022 COGS for full year.
- Reconcile and roll forward COGS for Q2.

I am not sure there is a way to get more comfortable with the forecast right now.

Jon

**Jon Moramarco**

**bw166 LLC**
Managing Partner

**Gomberg & Fredrikson**
Editor & Partner

O:  707-579-3780
M:  707-812-2430

**From:** Lisa Schnorr <lisaschnorr@me.com>
**Sent:** Friday, September 24, 2021 11:38 AM
**To:** Pat Roney <pat@vintagewineestates.com>

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0061183
LT00226524

**Cc:** Mark Harms <mark.harms@bespokecp.com>; Michael Petschler <Michael.Petschler@bespokecp.com>; Deb Pawlowski <dpawlowski@keiadvisors.com>; Terry Wheatley <TWheatley@vintagewineestates.com>; Rob Berner <rob.berner@bespokecp.com>; Hasan Simeen <hasan.simeen@bespokecp.com>; Candice Koederitz <cekoe13@gmail.com>; Jon Moramarco <jon.moramarco@bw166.com>
**Subject:** Re: Project Varuni - Investor Update_v2021.09.24 v2 DRAFT

One question I have—what gives us comfort in FY22 Net Income/EBITDA guidance? The fact that the majority of the year end adjustments were related to the current year tells me we don't have good forecasting. So why do we believe FY22 forecasting is going to be any better? I understand we might be taking some P&L hits that would have otherwise hit us in FY22, but I'm concerned that Kathy won't have any time to update a forecast and I dont have a high level of confidence in what's been done to date.

Happy for anyone to take a different view—I just want to make sure that if we're re-iterating FY22 guidance we have confidence in our ability to deliver.

Sent from my iPhone
Lisa Schnorr

On Sep 24, 2021, at 9:54 AM, Pat Roney <pat@vintagewineestates.com> wrote:

Michael, here is TSC Budget if you want to do a rough proforma. I would use a slightly more conservative number than this.

**Pat Roney**
**O: 707 921-2802**
**C: 707 287-3405**

**<image001.png>**

**937 Tahoe Blvd**
**Incline Village, NV 89451**

Our Wineries and Brands include: Adobe, Alloy Can Works, B.R Cohn Winery, Buried Cane, Cameron Hughes, Cartlidge & Browne, Cherry Pie, Clayhouse, Clos Pegase, Cosentino Winery, Delectus Winery, Firesteed Cellars, Game of Thrones, Girard Winery, Girl & Dragon, Gouguenheim Winery, If You See Kay, Kunde Family Winery, Laetitia Winery, Layer Cake, Middle Sister, Monogamy, Owen Roe Winery, promisQuos, Purple Cowboy, Qupé, Ray's Station Winery, Sonoma Coast Vineyards, Swanson Vineyards, Tamarack Cellars, Viansa Winery, Windsor Vineyards

Craft Spirits Division: Distillery 209 Gin, Straight Edge Bourbon Whiskey, Slaughter House American Whiskey & Whipsaw Rye Whiskey, Partner Sweet Vermouth

**From:** Mark Harms Bespoke <mark.harms@bespokecp.com>
**Sent:** Friday, September 24, 2021 9:49 AM
**To:** Michael Petschler <Michael.Petschler@bespokecp.com>
**Cc:** Pat Roney <pat@vintagewineestates.com>; Deb Pawlowski <dpawlowski@keiadvisors.com>; Terry Wheatley <TWheatley@vintagewineestates.com>; Rob Berner <rob.berner@bespokecp.com>; Hasan Simeen <hasan.simeen@bespokecp.com>; Candice Koederitz <cekoe13@gmail.com>; Lisa Schnorr <lisaschnorr@me.com>; Jon Moramarco <jon.moramarco@bw166.com>
**Subject:** Re: Project Varuni - Investor Update_v2021.09.24 v2 DRAFT

Good point and idea...!

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0061184
LT00226525

Cell 917-859-2160
Sent from my iPhone


On Sep 24, 2021, at 12:44, Michael Petschler <Michael.Petschler@bespokecp.com> wrote:


One other comment on the $46m Adj. EBITDA PF FY21 guidance - that included a full year impact of Kunde but not TSC.

Given TSC was acquired before FY21 y/e, a correct PF number should include an adjustment for the FY impact of that acquisition also. I am not sure what that amount would be but it should further help with achieving the guidance.


Thanks


---

**From:** Mark Harms Bespoke <mark.harms@bespokecp.com>
**Sent:** 24 September 2021 17:39
**To:** Pat Roney <pat@vintagewineestates.com>; Deb Pawlowski <dpawlowski@keiadvisors.com>; Terry Wheatley <twheatley@vintagewineestates.com>; Rob Berner <rob.berner@bespokecp.com>; Michael Petschler <Michael.Petschler@bespokecp.com>; Hasan Simeen <hasan.simeen@bespokecp.com>; Candice Koederitz <cekoe13@gmail.com>; Lisa Schnorr <lisaschnorr@me.com>; Jon Moramarco <jon.moramarco@bw166.com>
**Subject:** Project Varuni - Investor Update_v2021.09.24 v2 DRAFT

All

Some comments attached.  I think based on a review of the preliminary numbers from Kathy that we won't be able to fully adjust to get back to the $46 m target, which will necessitate an explanatory slide or two along the following lines ( with less text but making the key points below). If we do make the $41 m, $46 m including Kunde pro forma, that would be great but I still think we'll need an explanatory slide or two along the following lines.

Header: Adjusted EBITDA falls short of target $46 m [Adjusted EBITDA meets guidance of $46 m]

VWE is reporting adjusted EBITDA of $x, a y% reduction versus its guidance of $46 m [delete if we make it]

Numerous one time adjustments as a result of the de-SPAC, the Kunde acquisition, and the audit process including PCAOB accounting adjustments.

The primary reasons for the adjustments are as follows:
- numerous audit related non cash adjustments to earnings, [not all of which could be added back as one time charges[.  [This has adversely affected gross margins]. [if they had all been added back we would have slightly exceeded our earnings target for 2021]
- [revenue mix - the company recorded more sales than expected in the B to B channel, with resultant lower margins - add more commentary around margins, mix]
- increased SG&A versus plan, including higher than anticipated insurance costs [note other major changes]
- additions to reserves - VWE bolstered reserves in a number of areas as a result of the audit process. In order to complete the audit process in a timely fashion the company agreed to the auditor's proposed adjustments and reserves, some of which may be reversed in future quarters

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0061185
LT00226526

The major adjustments included:
- bullet points for each of the adjustments

Conclusions:

The Company's management believes that the company will be well positioned to achieve its guidance in FY 2022 with a clean balance sheet, improved reporting processes and procedures to ensure timely and accurate reporting of financial information, and substantial earnings reserves.

The addition of two acquired DTC businesses with structurally higher pro forma margins will also help accelerate margin expansion and achievement of the forecast earnings growth.

Thanks

Mark


Mark Harms
+44 207 016 8050 office
+1 917 859 2160 US mobile
+44 779 913 3967 UK mobile
Sent from my iPhone

---

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

---

<TSC Budget Model v3.6.xlsx>

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL