# EXHIBIT 23

## TECHNICAL ACCOUNTING MEMORANDUM

| | |
|---|---|
| **To:** | Technical Accounting Files |
| **From:** | Vintage Wine Estates, Inc. |
| **Date:** | October 2021 |
| **Re:** | SAB 99/108 – Fiscal year ended June 30, 2021 |

### BACKGROUND:

The purpose of this memorandum is to document Vintage Wine Estates, Inc.'s ("the Company") evaluation of passed audit adjustments (or "misstatement") under SAB 99/108 affecting the Company's audited consolidated financial statements as of June 30, 2021 and 2020, to be included in the Company's 10-K filing.

In accordance with SAB No. 99/108, the evaluation of materiality requires a registrant to consider all the relevant circumstances, both quantitative and qualitative. The omission or misstatement of an item in a financial report is material if, in the light of surrounding circumstances, the magnitude of the item is such that it is probable that the judgment of a reasonable person relying upon the report would have been changed or influenced by the inclusion or correction of the item.

SAB 99/108 recognizes that the starting point for assessing materiality is the quantitative effect of errors/misstatements on the financial statements, but emphasizes that misstatements are not immaterial simply because they may fall below certain thresholds. SAB 99/108 requires a thorough consideration of qualitative aspects of materiality as well.

### SUMMARY OF ISSUES:

In connection with the issuance of the audited consolidated financial statements for the year ended June 30, 2021 and reissuance of the year ended June 30, 2020, the Company evaluated and concluded that the passed adjustments for the given reporting periods were immaterial both quantitatively and qualitatively to the reported results.

**Reissuance of FY20 -** During the course of the FY21 audit, two errors related to inventory with a net overstatement of $0.4 million were identified which related to the prior FY20 periods as reported for the interim or year ended. The two errors, which were offsetting in nature, were not considered to have a material impact to the consolidated financial statements (2% of net loss) and as such, the reissuance of the prior year FY20 consolidated financial statements as previously reported is considered appropriate.

**Updated Evaluation of FY21 Interim Periods -** During the FY21 audit, items were identified which required the Company to revisit the prior FY21 interim period conclusions on the previously reported six and nine month FY21 periods included within the S-4 and 8K, respectively. Specifically, procedures performed both by the Company and the auditors during the FY21 audit resulted in the following changes to previously reported passed misstatements as of and for the six and nine month FY21 periods:

- Elimination of selective passed adjustments included within the FY21 interim analysis
- Revisions to the values previously included for selective PAJEs within the interim periods
- Identification of new PAJEs impacting the respective interim periods

Given these changes, the Company updated the FY21 interim SAB99/108 analysis for both the six and nine month condensed consolidated financial statements. The updated analysis for both periods continued to demonstrate that the impact of passed adjustments were not material to the FY21 six or nine month condensed consolidated financial statements. The results reflected a misstatement to reported net income of less than 12.5% and 9 % for the six and nine month period, respectively. Acknowledged is the fact that the total misstatement for the six month period ended December 31, 2020 estimating 12.5% of net income exceeds the Company's established

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101780
LT00048894

quantitative materiality metric however, when also taking into consideration the qualitative metrics the impact of the misstatements is not considered material overall to the consolidated financial statements. See additional discussion within the respective appendix below. Additionally, with the exception of the line items within the consolidated balance sheet for prepaid and other current assets (11% as of December 31, 2020), accrued and other liabilities (10.1% at December 31, 2020 and 10.2% at March 31, 2021),and retained earnings at March 31, 2021 of 15%,  no single line item within the six or nine month condensed consolidated financial statements was impacted by no more than 10%.  None of the noted line items exceeding 10% are deemed to be a key metric for the Company. See Appendix B and C for details reflecting the impact to each line item of the interim financial statements.

**Evaluation of FY21 PAJEs** – The Company has evaluated the consolidated impact the passed misstatements have to the FY21 consolidated financial statements and has concluded the impact, both quantitatively and qualitatively, is not material in nature.  That assessment is supported by (1) an evaluation of passed adjustments as of June 30, 2021 and (2) an evaluation of those AJEs identified and recorded in Q4.  See further details below.

**Details on the FY21 Evaluation Process:**

The following analysis provides an updated assessment of the impact of historical passed adjustments, when combined with newly identified passed adjustments, have to the audited consolidated financial statements as of and for the twelve-month period ended June 30, 2021.  In addition to the prior misstatements carried forward into the current analysis, the following were newly identified FY21 Q4 misstatements for inclusion in the overall consideration:

1) Net understatement of inventory related items resulting in a credit of $.6 million to net income
2) Net understatement of operating expenses resulting in an overstatement of net income by $.6 million
3) Net under accrual of interest expense resulting in an overstatement of net income by $1.2 million

> **Commented [TO1]:** Update to be $1.2 mm
>
> **Commented [TO2]:** Update to be $0.2?

**GUIDANCE:**

According to SEC Staff Accounting Bulletin No. 99 (Topic 1.M) (SAB 99), in determining whether misstatements cause the financial statements to be materially misstated, registrants and the auditors of their financial statements should consider each misstatement separately and the aggregate effect of all misstatements. A registrant and its auditor should evaluate misstatements in light of quantitative and qualitative factors and consider whether, in relation to individual line item amounts, subtotals, or totals in the financial statements, they materially misstate the financial statements taken as a whole.  The Company has applied SAB 99's analytical framework to analyze whether the effect of out of period adjustments and originating errors on the consolidated financial statements are material.

Staff Accounting Bulletin No. 108 "Considering *the Effects of Prior Year Misstatements when Quantifying Misstatements in Current Year Financial Statements"* ("SAB 108") requires that errors be evaluated under both the "rollover" method and the "iron curtain" method ("dual-approach"). The principal difference between these two methods lies in how income statement errors are quantified. (Refer to discussion below for further description of each method).

From the quantitative perspective, the impact of an out of period adjustment, identified in the current year, was evaluated utilizing the "dual-approach" on the following GAAP results: (a) individual affected line items in the consolidated financial statements, and (b) pre-tax net income or loss for the respective FY 21 and FY20, as applicable, reporting periods.

If an entity identifies an unadjusted error in its consolidated financial statements, it must quantify the effects of the unadjusted error on each financial statement and in each related financial statement disclosure. The SEC has identified two techniques that are most commonly used in practice to accumulate and quantify misstatements:

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101781
LT00048895

1) **Rollover Approach** – the rollover approach quantifies a misstatement based on the amount of the error originating in the current year income statement. Thus, this approach ignores the effects of correcting the portion of the current year balance sheet misstatement that originated in prior years (i.e., it ignores the "carryover effects" of prior year misstatements). The primary weakness of the rollover approach is that it can result in the accumulation of significant misstatements on the balance sheet that are deemed immaterial in part because the amount that originates in each year is quantitatively small.

> **Commented [TO3]:** Need to add rollover impact into overall assessment for each of the 3 applicable periods also.

2) **Iron Curtain Approach** – the iron curtain approach quantifies a misstatement based on the effects of correcting the misstatement existing in the balance sheet at the end of the current year, irrespective of the misstatement's year(s) of origination. The primary weakness of the iron curtain approach is that it does not consider the correction of prior year misstatements in the current year (i.e., the reversal of the carryover effects) to be errors. Implicitly, the iron curtain approach assumes that because the prior year financial statements were not materially misstated, correcting any immaterial errors that existed in those statements in the current year is the "correct" accounting, and is therefore not considered an error in the current year. Thus, utilization of the iron curtain approach can result in a misstatement in the current year income statement not being evaluated as an error at all.

*Overall Materiality Consideration*

Quantitatively, the Company applied a materiality for the consolidated financial statements of $2.5 million for year ended June 30, 2021 and/or a numerical threshold of 10% of the pre-tax net income/loss for the respective reporting period.

## Analysis of Quantitative Effects on the FY21 Current Reporting Period

The Company assessed whether the quantitative effects of the misstatements were material to the individual line items of the audited consolidated financial statements as of June 30, 2021. As reflected below, with the exception of interest expense, the consolidated impact of the historical passed misstatement to total retained earnings, the consolidated impact of unrecorded misstatements does not exceed 5% of the reported balance per the individual line items in the consolidated financial statements.  **(Source document "VWE FY21 SAB99 10.8.21v2").** See below for the qualitative considerations given to the impact of the items noted above.

*Year ended June 30, 2021:*

For the year ended June 30, 2021, none of the individual passed adjustments exceeded the materiality thresholds set ($2.5M and/or 10% of net income/loss).  Excluding the impact of the misstatement associated with the interest accrual in Q4, which impacted the interest expense line item by 10.4% of the reported balance, no other line item within the income statement was impacted by more than 5%.

While the amounts for these specific one-off type transactions do exceed the defined quantitative metric and/or a greater than 10% change in a report financial statement line item, consideration must also be given to the qualitative aspects of the misstatements prior to concluding on the overall impact to the unaudited interim condensed consolidated financial statements.

## Analysis of Quantitative Effects on Prior Periods

As reflected by the above, a few unique transactions resulted in impacts to given financial statement lines that exceeded 5% of the reported balance.  The impacted financial statement lines, including accrued liability and retained earnings within the consolidated balance sheet and interest expense, within the consolidated statement of operations are not considered to be key financial metrics of the Company when evaluating the results on a qualitative basis.  In addition to the considerations documented below, the pass misstatements do not impact revenue nor have a significant impact to reported gross profit  or selling, general and administrative expenses

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101782
LT00048896

(zero, (1.6)% and 0.2% for the year ended June 30, 2021, respectively). The misstatements do not highlight key risk of financial misstatement specific to on-going operations of the Company nor are in areas of focus to investors.

Page 4 of 23

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101783
LT00048897

**VINTAGE WINE ESTATES, INC.**
*Summary of Impact of passed AJEs on rollover basis to year ending June 30, 2021*

| | | Year ended June 30, | | |
|---|---|---|---|---|
| | 2021 | | 2021 | |
| | As reported | Rollover impact of PAJEs | As Adjusted | Error as % of FS line |
| **NET REVENUES** | | | | |
| Wine and spirits | $ 177,331,000 | | $ 177,331,000 | |
| Nonwine | 43,411,000 | | 43,411,000 | |
| | 220,742,000 | | 220,742,000 | 0.0% |
| **COST OF REVENUES** | | | | |
| Wine and spirits | 119,350,000 | (1,214,046) | 118,135,954 | 1.0% |
| Nonwine | 26,041,000 | | 26,041,000 | |
| | 145,391,000 | (1,214,046) | 144,176,954 | 0.8% |
| **GROSS PROFIT** | 75,351,000 | 1,214,046 | 76,565,046 | -1.6% |
| Selling, general, and administrative expenses | 72,505,000 | (159,131) | 72,345,869 | 0.2% |
| Impairment of intangible assets | 1,081,000 | | | |
| (Gain) on disposition of assets | (2,336,000) | | (2,336,000) | |
| Gain on litigation proceeds | (4,750,000) | | (4,750,000) | |
| Gain on remeasurement of contingent consideration liabilities | (329,000) | | | |
| **INCOME FROM OPERATIONS** | 9,180,000 | 1,373,177 | 10,553,177 | |
| **OTHER INCOME (EXPENSE)** | | | | |
| Interest expense | (11,581,000) | (1,205,251) | (12,786,251) | -10.4% |
| Net unrealized gain (loss) on interest rate swap agreements | 6,136,000 | | 6,136,000 | |
| Gain on Paycheck Protection Program loan forgiveness | 6,604,000 | | | |
| Other, net | 515,000 | | 515,000 | |
| **TOTAL OTHER EXPENSE, NET** | 1,674,000 | (1,205,251) | 468,749 | |
| **INCOME (LOSS) BEFORE PROVISION FOR INCOME TAXES** | 10,854,000 | 167,926 | 11,021,926 | -1.5% |
| **INCOME TAX BENEFIT (PROVISION)** | (766,000) | (11,851) | (777,851) | |
| **NET INCOME (LOSS)** | 10,088,000 | 156,075 | 10,244,075 | -1.5% |
| Net loss (income) attributable to the noncontrolling interests | (218,000) | | (218,000) | |
| **NET INCOME (LOSS) ATTRIBUTABLE TO VINTAGE WINE ESTATES, IN** | 9,870,000 | 156,075 | 10,026,075 | -1.6% |
| Accretion on redeemable Series B stock | 5,785,000 | - | 5,785,000 | |
| **NET INCOME (LOSS) ALLOCABLE TO SERIES A STOCKHOLDERS** | $ 4,085,000 | | $ 4,241,075 | |
| **Net earnings (loss) per share allocable to Series A stockholders** | | | | |
| Basic | $ 0.14 | | $ 0.11 | 24.0% |
| Diluted | $ 0.14 | | $ 0.11 | 24.0% |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101784
LT00048898

*Balance Sheet as of June 30, 2021:*

As reflected below, the cumulative impact to retained earnings of all historical errors does not exceed 1%. In addition, with the exception of accrued liabilities and other payables, the consolidated impact of all AJEs to any given consolidated balance sheet line item does not exceed the 5% of the reported balance. The impact of the adjustment on accrued liabilities and other payables exceeds 5% but is only 2% of total current liabilities and not deemed to represents a key quantative measure in which investors base decisions on specific to liabilities  As of June 30, 2021, the net impact of all passed adjustments is approximately $3.6 million (less than 1%) overstatement of consolidated assets and consolidated liabilities, redeemable stock and noncontrolling interest, and stockholders' equity between the reported balances and "As Adjusted" balances.

**Commented [TO4]:** 2.5%?

**Commented [TO5]:** $3.4 mm?

Page 6 of 23

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

**VINTAGE WINE ESTATES, INC.**
*Summary of Impact of Passed AJEs on rollover basis to June 30, 2021 BS.*

| | (CY) June 30, 2021 | | (CY) June 30, 2021 | Error as % of FS line |
|---|---|---|---|---|
| | As reported | PAJEs | As Adjusted | |
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash | $    118,879,000 | | $    118,879,000 | |
| Restricted cash | 4,800,000 | | 4,800,000 | |
| Accounts receivable, net | 14,639,000 | | 14,639,000 | 0% |
| Other receivables | 14,044,000 | | 14,044,000 | |
| Inventories | 221,145,000 | (3,361,739) | 217,783,261 | 2% |
| Prepaid expenses and other current assets | 8,538,000 | (442,873) | 8,095,127 | 5% |
| Total current assets | 382,045,000 | | 378,240,388 | |
| Property, plant, and equipment, net | 213,673,000 | | 213,673,000 | 0% |
| Goodwill | 109,895,000 | 0 | 109,895,000 | 0% |
| Intangible assets, net | 36,079,000 | | 36,079,000 | |
| Other assets | 1,806,000 | 455,778 | 2,261,778 | |
| Total assets | $    743,498,000 | (3,348,834) $ | 740,149,166 | 0.45% |
| **LIABILITIES, REDEEMABLE NONCONTROLLING INTEREST, AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities | | | | |
| Line of credit | $    87,351,000 | (649,228) | 86,701,772 | |
| Accounts payable | 17,301,000 | | 17,301,000 | |
| Accrued liabilities and other payables | 25,079,000 | (2,855,681) | 22,223,319 | 11% |
| Current maturities of long-term debt | 17,052,000 | | 17,052,000 | |
| Total current liabilities | 146,783,000 | (3,504,909) | 143,278,091 | |
| Other long-term liabilities | 2,767,000 | | 2,767,000 | 0% |
| Long-term debt, less current maturities | 189,453,000 | | 189,453,000 | |
| Interest rate swap liabilities | 13,807,000 | | 13,807,000 | |
| Deferred tax liability | 16,752,000 | | 16,752,000 | |
| Deferred gain | 12,000,000 | | 12,000,000 | |
| Total liabilities | 381,562,000 | (3,504,909) | 378,057,091 | |
| | | | - | |
| Commitments and contingencies (Notes 11 and 13) | | | - | |
| Redeemable noncontrolling interest | 1,682,000 | | 1,682,000 | |
| **Stockholders' equity** | | | | |
| Preferred stock, no par value, 200,000,000 shares authorized, and none issued and outstanding at June 30, 2021 and 2020, respectively. | - | | - | |
| Common stock, no par value, 200,000,000 shares authorized, 60,461,611 and 26,460,371 issued and outstanding at June 30, 2021 and 2020, respectively. | - | | - | |
| Additional paid-in capital | 528,274,000 | | 528,274,000 | |
| Retained earnings | (167,543,000) | 156,075 | (167,386,925) | 0% |
| Total Vintage Wine Estates, Inc. stockholders' equity | 360,731,000 | 156,075 | 360,887,075 | -0.04% |
| Noncontrolling interests | (477,000) | | (477,000) | |
| Total stockholders' equity | 360,254,000 | 156,075 | 360,410,075 | |
| Total liabilities, redeemable stock and noncontrolling interest, and stockholders' equity | $    743,498,000 $ | (3,348,834) $ | 740,149,166 | 0.45% |

## Analysis of Qualitative Effects on the Current Reporting Period

The Company assessed the identified errors qualitatively, as discussed below, and determined they were not material on a qualitative basis, due to the following:

Page 7 of 23

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101786
LT00048900

- Whether the misstatement masks a change in earnings or other trends.

  ➢ *No, the identified misstatements did not change the earnings trend.*

- Whether the misstatements arise from items capable of precise measurement or whether they arise from estimates and, if so, the degree of imprecision inherent in the estimates.

  ➢ *The misstatements arise from both precise measurements and estimates. The degree of estimation used in calculating the passed adjustments for inventory are considered reasonable in relation to the actual results for inventory turn, the facts specific to the dates of inventory and the judgment that is required to be applied in reaching conclusions for such estimates.*

- Whether the misstatement changes a loss into income or vice versa.

  ➢ *The adjustments did not cause net losses to change into income or vice versa.*

- Whether the misstatements hide a failure to meet analysts' consensus expectations for the enterprise.

  ➢ *The impact of the passed adjustments do not hide a failure to meet analysts' consensus expectations for the 1st reporting period as a public entity.  As noted within the analysis, the impact to net income is less than 1% of the reported balance, is $27 thousand in value, and is not considered significant to the reported results and key operating metrics focused on by investors or analysts of the Company.*

- Whether the misstatement affects the Company's compliance with loan covenants or contracts.

  ➢ *The misstatements did not cause the Company to violate any contractual covenants.*

- Whether the misstatements have the effect of increasing management's compensation.

  ➢ *The misstatements did not have an effect on management bonuses or stock awards.*

- Whether the misstatements involve concealment of an unlawful transaction.

  ➢ *The misstatements were not the result of any unlawful acts, nor was there any attempt to conceal them from the Company's auditors.*

- Whether the misstatements affect the Company's compliance with regulatory requirements.

  ➢ *The misstatements did not affect the Company's compliance with regulatory requirements.*

- Whether the misstatements concern a segment or other portion of the Company's business that has been identified as playing a significant role in the Company's operations or profitability.

  ➢ *The misstatements had no known material impact on any particular segment at this time. Given the nature of the production process, the passed adjustments specific to inventory and related cost of sales are for evaluation purposes a general reserve at this point that (1) cannot be specifically identified to a specific segment at this time and (2) ultimately could impact one or multiple segments in the further depending upon the ultimate production and selling process of the inventory. The activity associated with the majority of the passed misstatements related to the inventory adjustments could impact all segments but the costs could be applied across each segment thus having little to no impact to the reported operating segment results (which is considered to be the focus of potential and current investors of the Company). As shown below, each reporting segment demonstrates strong results which would not result in a swing from an income to loss position or significantly misstate the reported values.*

**Commented [TO6]:** Suggest removing these words

Page 8 of 23

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101787
LT00048901

(in thousands)

| For the year ended June 30, 2021 | Wholesale | Direct to Consumer | Business to Business | Other/Non-Allocable | Total |
|---|---|---|---|---|---|
| Net revenues | $ 72,908 | $ 66,605 | $ 77,440 | $ 3,789 | $ 220,742 |
| Income from operations | $ 15,044 | $ 11,437 | $ 17,944 | $ (35,245) | $ 9,180 |

**Conclusion:**

Based upon the quantitative and qualitative factors noted above, the Company's determination is that the passed misstatements are not material to the June 30, 2021 audited consolidated financial statements taken as a whole. The conclusion specific to the June 30, 2021 consolidated financial statement remain appropriate to support issuance and the reissuance of FY20 consolidated results. See Appendix B through D for further details on the evaluation of passed adjustments specific to previously reported FY21 interim results.

Page 9 of 23

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101788
LT00048902

**Appendix A**

**Evaluation of Impact of Q4 recorded misstatement identified:**

Passed misstatements recorded in Q4 include the following:

Interest Expense accrual of $1.205 million:

Interest expense accruals for the periods ending 12/31/20 and 3/31/21 reflected the correct amount of accrual for those periods. The accrual for Q4 relating to Bank of the West debt ( $1.057 million) and the new notes payable ($148 thousand) was not adequate in the period and is reflected in the income statement.

Inventory adjustments:

Inventory adjustments reflected in the 6/30/21 (net overstatement of costs totaling $617 thousand) reflect adjustments based upon audited account reconciliations rather than estimates of potential variances. The Company did not reflect the bulk wine overhead adjusting entries in Q2 or Q3 as the suggested adjustment were based upon estimations and judgment related to the timing or an adjustment related to a projected error (actual error of $36 thousand).

Goodwill and other:

The Company did not reflect the prior year's adjustments related to goodwill with a net understatement of less than $100 thousand in the 6/30/21 period. The company did not reflect the goodwill adjustments or reflect the impact of the Swanson lease as a capital lease in Q2 or Q3 with the net impact of $464 thousand and $385 thousand respectively. The impact of the Swanson lease at 6/30/21 is zero as the lease was terminated in Q4.

Accounts Receivable Reserve:

The Company removed a prior year adjustment ($552 thousand) related to an accounts receivable balance at Laetitia because the receivable was paid off in Q2.

**Commented [TO7]:** Missing G&A analysis for the $0.6 mm?

**Commented [KD8R7]:** See last bullet- AR reserve

**Commented [TO9R7]:** This amount was updated to $0.2 mm. Add commentary for what is impacting G&A?

**Commented [TO10]:** Suggest deleting as excluded from analysis.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101789
LT00048903

**Appendix B – Impact of PAJEs on previously reported six months ended December 31, 2020 (source document "VWE FY21 SAB99 10.8.21v2").**

> **Commented [TO11]:** Table missing?

Page 11 of 23

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101790
LT00048904

**VINTAGE WINE ESTATES, INC.**
*Summary of Impact of Passed AJEs on rollover basis to December 31, 2020 BS.*

| | December 31, 2020 | | December 31, 2020 | Error as % of FS line |
|---|---|---|---|---|
| | As reported | PAJEs | As Adjusted | |
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash | $ 2,668,700 | | $ 2,668,700 | |
| Accounts receivable, net | 9,539,100 | | 9,539,100 | 0% |
| Related party receivables | 1,053,000 | | 1,053,000 | |
| Other receivables | 9,350,500 | 0 | 9,350,500 | |
| Inventories | 208,003,000 | (3,268,329) | 204,734,671 | 2% |
| Prepaid expenses and other current assets | 10,797,800 | (1,241,205) | 9,556,595 | 11% |
| Total current assets | 241,412,100 | | 236,902,566 | |
| Property, plant, and equipment, net | 176,647,300 | 186,188 | 176,833,488 | 0% |
| Goodwill | 87,122,900 | 0 | 87,122,900 | 0% |
| Intangible assets, net | 26,060,200 | | 26,060,200 | |
| Other assets | 1,777,800 | | 1,777,800 | |
| Total assets | $ 533,020,300 | (4,323,346) $ | 528,696,954 | 0.81% |
| **LIABILITIES, REDEEMABLE STOCK AND NONCONTROLLING INTEREST, AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities | | | | |
| Line of credit | $ 150,444,500 | | 150,444,500 | |
| Accounts payable | 25,645,700 | | 25,645,700 | |
| Accrued liabilities and other payables | 24,666,900 | (2,492,887) | 22,174,013 | 10.1% |
| Related party liabilities | 11,018,500 | | 11,018,500 | |
| Current maturities of long-term debt | 16,298,400 | 0 | 16,298,400 | |
| Total current liabilities | 228,074,000 | (2,492,887) | 225,581,113 | |
| Other long-term liabilities | 912,500 | | 912,500 | 0% |
| Long-term debt, less current maturities | 144,169,900 | | 144,169,900 | |
| Interest rate swap liabilities | 17,320,400 | | 17,320,400 | |
| Deferred tax liability | 5,686,600 | | 5,686,600 | |
| Deferred gain | 12,668,100 | | 12,668,100 | |
| Total liabilities | 408,831,500 | (2,492,887) | 406,338,613 | |
| | | | - | |
| Commitments and contingencies (Notes 11 and 13) | | | - | |
| Series A redeemable stock, no par value; | 45,735,000 | | 45,735,000 | |
| 10,000,000 and 6,799,424 shares authorized, and issued and outstanding, respectively. | | | | |
| Series B redeemable stock, no par value; | 46,028,400 | | 46,028,400 | |
| 10,000,000 and 1,588,956 shares authorized, and issued and outstanding, respectively. | | | | |
| Redeemable noncontrolling interest | 1,661,300 | | 1,661,300 | |
| Stockholders' equity | | | | |
| Series A stock, no par value, 10,000,000 and 872,931 shares authorized, and i | 2,363,500 | | 2,363,500 | |
| Additional paid-in capital | 10,526,900 | | 10,526,900 | |
| Retained earnings | 18,281,800 | (1,830,459) | 16,451,341 | 10% |
| Total Vintage Wine Estates, Inc. stockholders' equity | 31,172,200 | (1,830,459) | 29,341,741 | 5.87% |
| Noncontrolling interests | (408,100) | | (408,100) | |
| Total stockholders' equity | 30,764,100 | (1,830,459) | 28,933,641 | |
| Total liabilities, redeemable stock and noncontrolling interest, and stoc | $ 533,020,300 $ | (4,323,346) $ | 528,696,954 | 0.81% |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101791
LT00048905

### Analysis of Quantitative Effects on Prior December 31, 2020 Reporting Period

The Company assessed whether the quantitative effects of the misstatements were material to the individual line items of the condensed consolidated financial statements as of and for the six month period ended December 31, 2020. **(Source document "VWE FY21 SAB99 10.8.21v4").**

*Period ended 12/31/20:*

For the six month period ended December 31, 2020 the 12.5% impact on net income exceeded the 10% threshold the dollar value of $1.8 million but was noted to be lower than the $2.5 million threshold set by the Company specific to materiality. The impact of the passed adjustments on gross profit, a key metric when evaluating the core business was only 3.7 %. No other line item within the income statement were impacted by more than 5%.

Consideration must also be given to the qualitative aspects of the misstatements prior to concluding on the overall impact to the unaudited interim condensed consolidated financial statements.

### Analysis of Qualitative Effects on the Prior Reporting Period (12/31/20)

The Company assessed the identified errors qualitatively, as discussed below, and determined they were not material on a qualitative basis, due to the following:

- Whether the misstatement masks a change in earnings or other trends.

  - *No, the identified misstatements did not change the earnings trend. Net income before and after the consideration of the passed adjustments reflected $11.0M vs. $9.2M for the six month period. While the impact to the net income was 12.5%, the impact of passed adjustments to two key financing metrics focused on by management and deemed key to investors of gross profit and selling, general and administrative expense were only 3.7% and (2.1%) of the reported values. With a focus on operations of the entity, the 3.7% misstatement in gross profit is not deemed to mislead investors on the overall profitability / results of the entity. The reported positive results ($46M vs. $44.3M corrected) continue to show strong positive margin and no shift or misrepresentation of the strength of the core business. Additionally, the total misstatement of $1.8M falls below the $2.5M materiality limit set by management in its quantitative evaluation. The selling, general and administrative expenses while part of operations, are not considered as impactful to investors given changes that can be made to adjust spend to ensure continued profitability. This is especially true in the year the Company has had while undergoing a SPAC transaction resulting in increased costs resulting in volatility in the line item thus shifting investor's focus to gross margin when evaluating results. Finally, the company has a number of unique items classified as operating (gain on disposition of asset and gain on litigation proceeds) that while operating from a stand point of GAAP reporting, are not considered a "operating" focus by management or investors when making key business decisions about the Company and/or investing. Based on the qualitative factors noted and the focus on pure operating activity of producing and selling product, the net impact of pass adjustments to the net income of 12.5% is not deemed material to the consolidated financial statements.*

- Whether the misstatements arise from items capable of precise measurement or whether they arise from estimates and, if so, the degree of imprecision inherent in the estimates.

  - *The misstatements arise from both precise measurements and estimates. The degree of estimation used in calculating the passed adjustments for inventory are considered reasonable in relation to the actual results for inventory turn, the facts specific to the dates of inventory and the judgment that is required to be applied in reaching conclusions for such estimates.*

  *When evaluating passed consolidated balance sheet misstatements as of December 31, 2020 in excess of 10%, consideration was given to the specific lines impacted and their relationship to investors in making investment*

Page 13 of 23

VWE-SEC-0101792
LT00048906

*decisions. The misstatements, an 11% overstatement in reported prepaid and expense ($1.2M) and other current assets and 10.1% overstatement in accrued liabilities and other payables ($2.5M), were not considered key metrics on which investors make decisions.  As demonstrated by the external segment reporting, communications within the Company's press releases and information utilized by the CODM for business decisions, the key financial metrics utilized focus on revenue, EBITDA and operating profit. Each of these drivers are those of an income statement measure and focused on operations and related cash flow from such.  As a percentage of total assets, the prepaid error approximates only a 1% misstatement in total assets and a 1.1% misstatement of total current liabilities as of December 31, 2020. Finally, the misstatement for the respective period would not change the direction of the reported cash provided by operations or be deemed overall material to the reported value (reported as $35.2M for the six months ended December 31, 2020 or approximately a 10% change in the reported balance). Overall, the balance sheet misstatements of prepaid and other current assets and accrued liabilities and other payables are not key financial metrics used by investors and are not deemed material qualitative misstatement to the consolidated financial statements taken as a whole.*

*The above metrics exclude the impact of the historical error in accretion for Series A redeemable stock had to the condensed balance sheet and related condensed statement of changes in redeemable Series A stock, Series B stock and noncontrolling interest and stockholders equity statement. The misstatement for the noted six month period, approximated $1.4M of the reported accretion value was deemed immaterial in total. See appendix D for full summary.*

- Whether the misstatement changes a loss into income or vice versa.

  ➢ *The adjustments did not cause net losses to change into income or vice versa.*

- Whether the misstatements hide a failure to meet analysts' consensus expectations for the enterprise.

  ➢ *The impact of the passed adjustments do not hide a failure to meet analysts' consensus expectations for an interim reporting period prior to becoming a public entity.  As noted within the analysis, the impact to net income is 12.5% of the reported balance, is $2.1 million in value.  While this exceeds the threshold of 10% of net income the total dollar value of $2.1 million is under the threshold.  In addition, the impact on gross profit was only 3.7%. Considering this, the adjustments are not considered significant to the reported results and key operating metrics focused on by investors or analysts of the Company. See additional details above in bullet #1.*

  > **Commented [TO12]:** Should these be $1.8 mm since net income?

- Whether the misstatement affects the Company's compliance with loan covenants or contracts.

  ➢ *The misstatements did not cause the Company to violate any contractual covenants.*

- Whether the misstatements have the effect of increasing management's compensation.

  ➢ *The misstatements did not have an effect on management bonuses or stock awards.*

- Whether the misstatements involve concealment of an unlawful transaction.

  ➢ *The misstatements were not the result of any unlawful acts, nor was there any attempt to conceal them from the Company's auditors.*

- Whether the misstatements affect the Company's compliance with regulatory requirements.

  ➢ *The misstatements did not affect the Company's compliance with regulatory requirements.*

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101793
LT00048907

- Whether the misstatements concern a segment or other portion of the Company's business that has been identified as playing a significant role in the Company's operations or profitability.

  ➢ *The misstatements had no material impact on any particular segment at this time. Given the nature of the production process, the passed adjustments specific to inventory and related cost of sales are for evaluation purposes a general reserve at this point that (1) cannot be specifically identified to a specific segment at this time and (2) ultimately could impact one or multiple segments in the further depending upon the ultimate production and selling process of the inventory. The activity associated with the majority of the passed misstatements related to the inventory adjustments could impact all segments but the costs could be applied across each segment thus having little to no impact to the reported operating segment results (which is considered to be the focus of potential and current investors of the Company). As shown below, each reporting segment demonstrates strong results which would not result in a swing from an income to loss position or significantly misstate the reported values by a given segment.*

**Commented [TO13]:** Remove these words.

| For the six months ended December 31, 2020 | Wholesale | Direct to Consumer | Business to Business | Other/ Non-Allocable | Total |
|---|---|---|---|---|---|
| Net revenues | $ 34,306,700 | $ 33,975,400 | $ 46,451,200 | $ 2,078,400 | $ 116,811,700 |
| Income from operations | $ 8,622,700 | $ 8,011,500 | $ 14,661,000 | $ (11,421,300) | $ 19,873,900 |

**Conclusion:**

Based upon the quantitative and qualitative factors noted above, the Company's determination is that the passed misstatements are not material to the December 31, 2020 condensed consolidated financial statements taken as a whole.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101794
LT00048908

Appendix C – Impact of PAJEs on previously reported nine months ended March 31, 2021

## VINTAGE WINE ESTATES, INC.

*Summary of Impact of passed AJEs on rollover basis to nine month period ending March 31, 2021 issued for 1st ti*

| | | Nine months ended March 31, | | | |
|---|---|---|---|---|---|
| | | 2021 | | 2021 | |
| | | As reported | Rollover impact of PAJEs | As Adjusted | Error as % of FS line |
| **NET REVENUES** | | | | | |
| Wine and spirits | $ | 132,085,500 | | $  132,085,500 | |
| Nonwine | | 31,623,400 | | 31,623,400 | |
| | | 163,708,900 | | 163,708,900 | 0.0% |
| **COST OF REVENUES** | | | | | |
| Wine and spirits | | 82,179,900 | 1,307,645 | 83,487,545 | -1.6% |
| Nonwine | | 17,287,600 | | 17,287,600 | |
| | | 99,467,500 | 1,307,645 | 100,775,145 | -1.3% |
| **GROSS PROFIT** | | 64,241,400 | (1,307,645) | 62,933,755 | 2.0% |
| Selling, general, and administrative expenses | | 50,932,400 | 693,588 | 51,625,988 | -1.4% |
| (Gain) loss on disposition of assets | | (1,998,600) | | (1,998,600) | |
| Gain on litigation proceeds | | (4,750,000) | | (4,750,000) | |
| **INCOME FROM OPERATIONS** | | 20,057,600 | (2,001,233) | 18,056,367 | |
| **OTHER INCOME (EXPENSE)** | | | | | |
| Interest expense | | (9,173,200) | 279,282 | (8,893,918) | 3.0% |
| Net unrealized gain (loss) on interest rate swap agreements | | 8,212,200 | | 8,212,200 | |
| Other, net | | 683,600 | | 683,600 | |
| **TOTAL OTHER EXPENSE, NET** | | (277,400) | 279,282 | 1,882 | |
| **INCOME (LOSS) BEFORE PROVISION FOR INCOME TAXE** | | 19,780,200 | (1,721,951) | 18,058,249 | 8.7% |
| **INCOME TAX BENEFIT (PROVISION)** | | (4,517,000) | 393,224 | (4,123,776) | |
| **NET INCOME (LOSS)** | | 15,263,200 | (1,328,727) | 13,934,473 | 8.7% |
| Net loss (income) attributable to the noncontrolling interests | | (343,500) | | (343,500) | |
| **NET INCOME (LOSS) ATTRIBUTABLE TO VINTAGE WINE** | | 14,919,700 | (1,328,727) | 13,590,973 | 8.9% |
| Accretion on redeemable Series B stock | | 4,759,700 | - | 4,759,700 | |
| **NET INCOME (LOSS)  ALLOCABLE TO SERIES A STOCKH** | $ | 10,160,000 | | $  8,831,273 | |
| Net earnings (loss) per share allocable to Series A stockh | | | ** | | |
| Basic | $ | 1.10 | | $  1.15 | -4.6% |
| Diluted | $ | 1.07 | | $  1.10 | -2.6% |
| Weighted average shares used in the calculation of earnings (loss) per share allocable to Series A stockholders | | | | | |
| Basic | | 7,672,355 | | | |
| Diluted | | 8,047,086 | | | |

Page 16 of 23

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101795
LT00048909

**VINTAGE WINE ESTATES, INC.**
*Summary of Impact of Passed AJEs on rollover basis to March 31, 2021 BS.   Conclusions specific to June 2020 were made in prior periods.   Reissuance deemed a*

| | (9 mo) March 31, 2021 As reported | PAJEs | (9 mo) March 31, 2021 As Adjusted | Error as % of FS |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash | $       456,000 | | $       456,000 | |
| Accounts receivable, net | 11,111,300 | | 11,111,300 | 0% |
| Related party receivables | 2,362,400 | | 2,362,400 | |
| Other receivables | 11,925,800 | 0 | 11,925,800 | |
| Inventories | 212,120,000 | (3,344,559) | 208,775,441 | 2% |
| Prepaid expenses and other current assets | 11,554,900 | (1,253,588) | 10,301,312 | 11% |
| Total current assets | 249,530,400 | | 244,932,253 | |
| Property, plant, and equipment, net | 185,113,900 | 279,282 | 185,393,182 | 0% |
| Goodwill | 87,122,900 | 0 | 87,122,900 | 0% |
| Intangible assets, net | 26,035,200 | | 26,035,200 | |
| Other assets | 884,200 | | 884,200 | |
| Total assets | $   548,686,600 | (4,318,865) $ | 544,367,735 | 0.79% |
| **LIABILITIES, REDEEMABLE STOCK AND NONCONTROLLING INTEREST, AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities | | | | |
| Line of credit | $   169,629,800 | | 169,629,800 | |
| Accounts payable | 25,552,200 | | 25,552,200 | |
| Accrued liabilities and other payables | 29,432,100 | (2,990,138) | 26,441,962 | 10.2% |
| Related party liabilities | 15,423,900 | | 15,423,900 | |
| Current maturities of long-term debt | 15,423,400 | 0 | 15,423,400 | |
| Total current liabilities | 255,461,400 | (2,990,138) | 252,471,262 | |
| Other long-term liabilities | 912,500 | | 912,500 | 0% |
| Long-term debt, less current maturities | 137,602,700 | | 137,602,700 | |
| Interest rate swap liabilities | 11,731,000 | | 11,731,000 | |
| Deferred tax liability | 5,686,700 | | 5,686,700 | |
| Deferred gain | 12,334,700 | | 12,334,700 | |
| Total liabilities | 423,729,000 | (2,990,138) | 420,738,862 | |
| | | | - | |
| Commitments and contingencies (Notes 11 and 13) | | | - | |
| Series A redeemable stock, no par value; | 54,258,100 | | 54,258,100 | 0% |
| 10,000,000 and 6,799,424 shares authorized, and issued and outstanding, respectively. | | | | |
| Series B redeemable stock, no par value; | 47,474,600 | | 47,474,600 | |
| 10,000,000 and 1,588,956 shares authorized, and issued and outstanding, respectively. | | | | |
| Redeemable noncontrolling interest | 1,653,100 | | 1,653,100 | |
| Stockholders' equity | | | | |
| Series A stock, no par value, 10,000,000 and 872,931 shares authorized, and issued and outstanding, respectively. | 2,363,500 | - | 2,363,500 | |
| Additional paid-in capital | 10,670,000 | | 10,670,000 | |
| Retained earnings | 8,885,300 | (1,328,727) | 7,556,573 | 15% |
| Total Vintage Wine Estates, Inc. stockholders' equity | 21,918,800 | (1,328,727) | 20,590,073 | 6.06% |
| Noncontrolling interests | (347,000) | | (347,000) | |
| Total stockholders' equity | 21,571,800 | (1,328,727) | 20,243,073 | |
| Total liabilities, redeemable stock and noncontrolling interest, and stockholders' equity | $   548,686,600 $ | (4,318,865) $ | 544,367,735 | 0.79% |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101796
LT00048910

### Analysis of Quantitative Effects on Prior March 31, 2021 Reporting Period

The Company assessed whether the quantitative effects of the misstatements were material to the individual line items of the reviewed consolidated financial statements as of March 31, 2021. As reflected below the consolidated impact of the historical passed misstatement to total retained earnings, excluding the specific line items below, the consolidated impact of unrecorded misstatements does not exceed 10% of the reported balance per the individual line items in the consolidated financial statements. **(Source document "VWE FY21 SAB99 10.8.21v4").** See below for the qualitative considerations given to the impact of the items noted above.

*Period ended 3/31/21:*

For the period ended March 31,2021 the passed adjustments were under 9% of net income and totaled $1.3 million well under the Company threshold of 10% or $2.5 million.   No other line item within the consolidated income statement were impacted by more than 5%.

Threeline items on the consolidated balance sheet, (1) prepaids and other current assets, (2) accrued liabilities and (3) retained earning exceed the defined quantitative metric (11%, 10.2% and 15% respectively).  Based on the details as outlined below, the individual line items are not considered to be core metrics of the Company or to investors. As documented below, consideration was also given to the qualitative aspects of the misstatements prior to concluding on the overall impact to the unaudited interim condensed consolidated financial statements. See further details below

### Analysis of Qualitative Effects on the Prior Reporting Period (3/31/21)

The Company assessed the identified errors qualitatively, as discussed below, and determined they were not material on a qualitative basis, due to the following:

- Whether the misstatement masks a change in earnings or other trends.

  ➢ *No, the identified misstatements did not change the earnings trend. Net income before and after the consideration of the passed adjustments reflected $14.9M vs. $13.6M for the nine month period. The impact of the change, only $1.3M, would not qualitatively suggest a shift in operating trends that would be misleading to investors and users of the consolidated financial statements.*

- Whether the misstatements arise from items capable of precise measurement or whether they arise from estimates and, if so, the degree of imprecision inherent in the estimates.

  ➢ *The misstatements arise from both precise measurements and estimates. The degree of estimation used in calculating the passed adjustments for inventory are considered reasonable in relation to the actual results for inventory turn, the facts specific to the dates of inventory and the judgment that is required to be applied in reaching conclusions for such estimates.*

*When evaluating passed consolidated balance sheet misstatements as of March 31, 2021 in excess of 10%, consideration was given to the specific lines impacted and their relationship to investors in making investment decisions. The misstatements, an 15% overstatement in reported prepaid and expense ($1.7M) and other current assets, a 10.2% overstatement in accrued liabilities and other payables ($3.0M), and a total 15% or $1.3M overstatement in retained earnings were not individually or collective considered key metrics on which investors make decisions.  As demonstrated by the external segment reporting, communications within the Company's press releases and information utilized by the CODM for business decisions, the key financial metrics utilized focus on revenue, EBITDA and operating profit. Each of these drivers are those of an income statement measure and focused on operations and related cash flow from such.  As a percentage of total assets, the prepaid error approximates only a 1% misstatement in total assets and a 1.2% misstatement of total current liabilities as of March 31, 2021. Finally, the misstatement for the respective period would not*

**Commented [TO14]:** Update to match B/S table above of 11% and $1.2 mm?

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101797
LT00048911

*significantly change the direction of the reported cash provided by operations or swing the balance from a cash provided to cash used position. Overall, the consolidated balance sheet misstatements of prepaid, other current assets and accrued liabilities and other payables, and retained earnings are not key financing metric of investors and not result in a material misstatement of the consolidated financial statements taken as a whole.*

*The above metrics exclude the impact of the historical error in accretion for Series A redeemable stock had to the condensed balance sheet and related condensed statement of changes in redeemable Series A stock, Series B stock and noncontrolling interest and stockholders equity statement. The net misstatement for the noted nine month period, approximated $2.3M of the reported accretion value was deemed immaterial in total. See appendix D for full summary.*

- Whether the misstatement changes a loss into income or vice versa.

  ➢ *The adjustments did not cause net losses to change into income or vice versa.*

- Whether the misstatements hide a failure to meet analysts' consensus expectations for the enterprise.

  ➢ *The impact of the passed adjustments do not hide a failure to meet analysts' consensus expectations for an interim reporting period prior to becoming a public entity. As noted within the analysis, the impact to net income is under 9% of the reported balance, is $1.3 million in value. This is in line with the Company's threshold of less than 10% of net income. While the impact of the adjustments on prepaids and other current assets was 11% the activity underlying the adjustment are not core to the Company. Considering this, none of the adjustments are not considered significant to the reported results and key operating metrics focused on by investors or analysts of the Company.*

- Whether the misstatement affects the Company's compliance with loan covenants or contracts.

  ➢ *The misstatements did not cause the Company to violate any contractual covenants.*

- Whether the misstatements have the effect of increasing management's compensation.

  ➢ *The misstatements did not have an effect on management bonuses or stock awards.*

- Whether the misstatements involve concealment of an unlawful transaction.

  ➢ *The misstatements were not the result of any unlawful acts, nor was there any attempt to conceal them from the Company's auditors.*

- Whether the misstatements affect the Company's compliance with regulatory requirements.

  ➢ *The misstatements did not affect the Company's compliance with regulatory requirements.*

- Whether the misstatements concern a segment or other portion of the Company's business that has been identified as playing a significant role in the Company's operations or profitability.

  ➢ *The misstatements had no material impact on any particular segmen tat this time. Given the nature of the production process, the passed adjustments specific to inventory and related cost of sales are for evaluation purposes a general reserve at this point that (1) cannot be specifically identified to a specific segment at this time and (2) ultimately could impact one or multiple segments in the further depending upon the ultimate production and selling process of the inventory. The activity associated with the majority of the passed misstatements related to the inventory adjustments could impact all segments but the costs could be applied across each segment thus having little to no impact to the reported operating segment results (which is considered to be the focus of potential and current investors of the Company). As shown*

**Commented [TO15]:** Remove these words.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101798
LT00048912

*below, each reporting segment demonstrates strong results which would not result in a swing from an income to loss position or significantly misstate the reported segment results.*

| For the nine months ended March 31, 2020 | Wholesale | Direct to Consumer | Business to Business | Other/ Non-Allocable | Total |
|---|---|---|---|---|---|
| Net revenues | $61,964,000 | $40,399,700 | $41,032,700 | $ 4,823,000 | $148,219,400 |
| Income (loss) from operations | $11,288,400 | $ 4,106,200 | $10,802,500 | $(22,232,200) | $ 3,964,900 |

**Conclusion:**

Based upon the quantitative and qualitative factors noted above, the Company's determination is that the passed misstatements are not material to the March 31, 2021 condensed  consolidated financial statements taken as a whole.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101799
LT00048913

**Appendix D – Evaluation of the Historical Accretion Error in the six and nine month period ended December 31, 2020 and March 31, 2021.**

**Series A Accretion Errors**

<u>As of and for the six-months ended December 31, 2020</u>

The Company's redeemable Series A stock is comprised of three distinct groups: (i) A "Major Investors" group who hold greater than 5% of the Series A outstanding; (ii) Series A stock held by Sonoma Brands, Inc. and (iii) Series A stock held by Tamarack. Any accretion entry in any period is recorded as a Debit to retained earnings and, prior to the Merger, as a Credit to Series A redeemable balance; and subsequent to the Merger, as a Credit to Additional Paid-In Capital.

The Series A stock held by Sonoma Brands, Inc. and Tamarack is accounted for similarly in that the redemption value as of each balance sheet date is required to reflect the greater of the historical carrying amount or the fair value of the stock held. Through June 30, 2020, the fair value of the Sonoma Brands and Tamarack Series A stock was below the historical carrying amount, thus, not requiring any accretion entry. As of and for the six-month period ended December 31, 2020, the Company failed to record additional accretion for Sonoma Brands and Tamarack when the fair value of the related stock exceeded their historical carrying amounts of approximately $1,005K and $425K, respectively. This resulted in an understatement of the reported accretion activity for the related six-month period as well as an understatement of the accompanying redeemable Series A stock amount. The total understatement amount as of and for the six-months ended December 31, 2020 of approximately $1,430K represented only 3.1% of the total reported redeemable Series A balance of $45,735K, which Management has concluded to be immaterial. In addition, this understatement represented 18% of the total reported Series A accretion for the period, 13% of the total accretion (sum of Series A and B accretion) recorded to retained earnings and 8% of the ending retained earnings as of December 31, 2020.

As of December 31, 2020 and for the six-month period then ended, there was no misstatement related to the redeemable Series A stock of the Major Investors. The Company notes that the calculation of the redemption value (and the related accretion) for the Series A stock of the Major Investors has more complexity as the calculation is made to record accretion over time towards an expected redemption at a future date, specifically, April 4, 2025, with the need to update the accretion calculation to capture changes in the fair value of the underlying Series A stock over time.

<u>As of and for the nine-months ended March 31, 2021</u>

In the quarter ended March 31, 2021, the Company corrected the above $1.4 understatement of the redeemable Series A stock of Sonoma Brands and Tamarack, bringing the related redeemable Series A stock to the correct balance as of March 31, 2021 and resulting in the correct reported accretion total for the nine months then ended.

Nonetheless, in the quarter ended March 31, 2021, the Company did identify a different misstatement relating the accretion calculation for the redeemable Series A stock of the Major Investors group. In this case, the Company discovered that a certain formula in this more complex calculation was not appropriately updated to the March 31, 2021 date. The result was an understatement of the reported accretion activity for the related nine-month period as well as an understatement of the accompanying redeemable Series A stock balance as of March 31, 2021 in the amount of $3,739K. This understatement represented only 6.9% of the total reported redeemable Series A balance as of March 31, 2021 of $54,258K, and only 0.7% of total reported Liabilities, Redeemable Stock, Noncontrolling Interest and Stockholders' Equity, which Management has concluded to be immaterial. In addition, this understatement also represented 23% of the total reported Series A accretion for the period, 18% of total accretion entry (sum of Series A and B accretion) recorded to retained earnings and 42% of the ending retained earnings as of December 31, 2020.

<u>As of and for the fiscal year ended June 30, 2021</u>

In the quarter ended June 30, 2021, the Company corrected the understatement of the Series A accretion for the Major Investors group, bringing the related redeemable Series A stock to the correct balance as of June 6, 2021 (just prior to the June 7, 2021 merger transaction) and resulting in the correct reported accretion fiscal year ended June 30, 2021. It is noted that the accretion impact to total retained earnings for the fiscal year ended June 30, 2021 (presented primarily in Q4 of FY 21) is minimized given that the total accretion for the year of approximately $162M was recorded to retained earnings only to the extent of any remaining retained earnings balance (i.e. to bring retained earnings to $0) with the remaining portion of the $162M being recorded as a reduction of Additional Paid-In Capital, where it offsets the initial total accretion Credit entry to Additional Paid-In Capital.

Management has evaluated the effect of these misstatement, as a whole to each period, using the following considerations:

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101800
LT00048914

| | Consideration | Comments |
|---|---|---|
| 1. | Did the misstatements arise from items capable of precise measurement or did they arise from estimates? If they arose from estimates, what was the degree of imprecision inherent in the estimates? | The misstatement relates to an amount that is capable of precise measurement as opposed to an estimate subject to judgment. |
| 2. | Do the misstatements mask a change in earnings or other trends? | No, Series A accretion has no impact to the Company's Statement of Operations and no impact to EPS, thus, does not mask a change in earnings or other trends. |
| 3. | Do the misstatements hide a failure to meet analyst's consensus expectations for the company? | The Company had no analysts at the time of the misstatement, thus, this consideration did not play a factor. |
| 4. | Do the misstatements change a loss into income or vice versa? | No, Series A accretion has no impact to the Company's Statement of Operations |
| 5. | Do the misstatements concern a segment or other portion of the company's business that has been identified as playing a significant role in the company's operations or profitability? | No, Series A accretion has no impact to the Company's Statement of Operations and no impact to EPS |
| 6. | Do the misstatements affect the company's compliance with regulatory requirements? | No, the misstatement does not affect the Company's compliance or regulatory environment. |
| 7. | Do the misstatements affect the company's compliance with loan covenants or other contractual requirements? | No, The Series A accretion for the six and nine-month periods ended December 31, 2020 and March 31, 2021, respectively, and the related balances as of December 31, 2020 and March 31, 2021 do not impact the Company's compliance with loan covenants. |
| 8. | Do the misstatements have the effect of increasing management's compensation (for example, by satisfying requirements for the award of bonuses or other forms of incentive compensation)? | No, Series A accretion has no impact to the Company's Statement of Operations, thus, has no impact on management's compensation. |
| 9. | Do the misstatements involve the concealment of an unlawful transaction? | No, the misstatement does not involve concealment of an unlawful transaction. |
| 10. | Does demonstrated volatility in the price of the company's securities suggest that investors regard quantitatively small misstatements as material? | Not applicable. |
| 11. | Were the misstatements intentional? | No, the misstatement was not intentional. |
| 12. | Does management expect a significant positive or negative market reaction to the disclosure of this misstatement? | No. Management would not expect a significant positive or negative market reaction to the disclosure of these misstatements as the users of the financial statements are focused on P&L related metrics, such as revenue, EBITDA and adjusted EBITDA. |

In addition, Management notes that the redeemable Series A accretion and related balance are not important financial statement line items to the readers of the financial statements and, among the two line items, the related balance as of the balance sheet date has more value to the readers of the financial statements as it gives indication of the stock redemption obligations of the Company, however, as noted above, the December 31, 2020 and the March 31, 2021 redeemable Series A stock balances were misstated by less than 10%, which is a percentage used by the SEC to determine when balance sheet line items should be separately presented. Further, as disclosed in the Company's FY 21 financial statements, the Company completed a conversion of its Series A stock in conjunction with the Merger, with Series A stock no longer redeemable by June 7, 2021 and, as a result of this conversion , no longer outstanding by the end of its current fiscal year of June 30, 2021. In addition, the Company notes that as a result of the Merger, its balance sheets and statements of stockholders' equity activity have been recast to retroactively reflect the effects of the Merger recapitalization, thereby rendering the previously reported Series A redeemable balances and Series A accretion activity less meaningful.

Page 22 of 23

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101801
LT00048915

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0101802
LT00048916