# EXHIBIT 24

| From: | Lisa Schnorr [lisaschnorr@me.com] |
|---|---|
| Sent: | 9/15/2021 12:44:49 PM |
| To: | Kathy DeVillers [kdevillers@vintagewineestates.com] |
| Subject: | Re: Information needed from Tony ASAP |

Kathy,

Thank you for this—very helpful. On this significant deficiency (the Financial Reporting one), I have a couple of questions:

The recommended remediation was to complete monthly account reconciliations for inventory and related accrual accounts. Has that recommendation been implemented?

The escalation from SD to Material Weakness would suggest that we haven't implemented the recommendation. Have we "back-slid" from last year? I'm trying to get my head around how we went from SD to MW, which goes hand-in-hand with the question for Tony as to "what changed"?

I'm in the process of notifying the other Audit Committee members now and will send a more comprehensive update once we have details from Tony.

Thank you,
Lisa

Sent from my iPad
Lisa Schnorr

> On Sep 15, 2021, at 1:34 PM, Kathy DeVillers <KDeVillers@vintagewineestates.com> wrote:
>
> Hi Lisa-
>
> I spoke to Tony and told him what you need and the urgency.   I also found the copy of the significant deficiencies that were included in the communication to the VWE AC ( old co) in mid March 2021.
>
> Kathy
>
> -----Original Message-----
> From: Lisa Schnorr <lisaschnorr@me.com>
> Sent: Wednesday, September 15, 2021 9:06 AM
> To: Kathy DeVillers <KDeVillers@vintagewineestates.com>
> Subject: Information needed from Tony ASAP
>
> Hi Kathy,
>
> To summarize our discussion, I would like the following from Tony by the end of day today:
>
> Specific detail on the inventory control issue(s): (1) what control(s) aren't working that could potentially result in a material mis-statement; (2) was there actually a material mis-statement that the auditors found?; (3) what changed from the latest audited period (June 30, 2020) and the latest unaudited period (March 31, 2021)?; (4) Why are we just hearing about this now/why such a surprise? (Recall that two meetings ago, you alerted me to the Significant Deficiency around IT General Controls. I asked if there were any other areas of concern and the answer was "no".
>
> As info, Pat has communicated with Paul Walsh and I'm working to connect with Paul directly. Unfortunately I don't have much to share with him right now until we get details from Tony, so I need that ASAP and then I'll be able to speak to the matter. I will also want to share details with the rest of the Audit Committee.
>
> Thank you,
> Lisa
>
> Sent from my iPad
> Lisa Schnorr
> <Exhibit III - Significant Deficiencies.pdf>

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0052724
LT00218065