# EXHIBIT 25





# Vintage Wine Estates, Inc.

2021 Audit Results and Required Communications

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156972
LT00287747

October 6, 2021

Members of the Audit Committee
Vintage Wines Estates, Inc.

We are pleased to have the opportunity to meet with you to discuss the results of our audit of the consolidated financial statements of Vintage Wine Estates, Inc. (the "Company" or "VWE"), for the year ended June 30, 2021.

This report to the Audit Committee summarizes our audit and contains the Audit Committee communications required by our professional standards. We conducted our audit adhering to all independence standards and with the objectivity and independence that you and the full Board of Directors require. We have received full support and assistance from the Company's personnel.

The accompanying report is intended solely for the information and use of the Audit Committee, Board of Directors, and management and is not intended to be, and should not be, used by anyone other than these specified parties.

We look forward to discussing the contents of this report and answer any questions you may have about these or any other audit-related matters.

Sincerely,



*Moss Adams LLP*

# Table of Contents

**Summary of Audit Status**                                                           4

**Audit**
--Critical Audit Areas                                                                5

--Significant Accounts and Disclosures                                                8

--Significant Accounting Policies and Practices                                       9

--Critical Accounting Policies and Practices                                         10

--Critical Accounting Estimates                                                      12

--Significant Unusual Transactions                                                   13

--Consideration of Fraud in a Financial Statement Audit                              15

**Required Communications**                                                          18

**Summary of Adjusted and Unadjusted Differences**                                   31

**Pre-approval of Services**                                                          32

**Summary of Fees**                                                                  33

**Appendix**

--Key Service Team Members                                                           35

--Independence Letter                                                                36

--Draft of Auditor's Report                                                          37

--Definitions – Deficiencies in Internal Control over Financial Reporting            38

--SEC Recent Rulemaking and FASB Update                                              39



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156974
LT00287749

# Summary of Audit Status



| Final Audit Procedures to be Completed | Expected Date of Completion |
|---|---|
| Our audit was generally performed in accordance with our audit plan communicated in July 2021. We have completed substantially all of our planned testing, except as noted.<br><br>The following pending items will be completed prior to the release of our report: | |
| • Complete audit of inventory | October 11-12, 2021 |
| • Review of the Company's SAB 99 analysis for out of period errors (Q2 & Q3, and 6/30/2020 | October 12-13, 2021 |
| • Complete final review of consolidated financial statements and other information included in the Annual Report on Form 10-K | October 12-13, 2021 |
| • Complete partner and engagement quality partner final reviews | October 12-13, 2021 |
| • Obtain signed representation letter from management | October 12-13, 2021 |
| • Update subsequent event procedures, including updated legal letters | October 12-13, 2021 |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156975
LT00287750

# Critical Audit Areas

- Significant business combinations in accordance with Accounting Standards Codification (ASC) 805, *Business Combinations*
- Revenue recognition in accordance with ASC 606, *Contracts with Customers*
- Financial statement and disclosure close process



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156976
LT00287751

# Critical Audit Areas (continued)



| Significant Account, Transaction, or Disclosure | Accounting and/ or Auditing Risks and Audit Approach |
|---|---|
| **Business combinations**<br><br>**(Significant risk: valuation & allocation)** | • Agreed acquisition terms to purchase agreement<br>• Performed testing of management's accounting for business combinations in accordance with ASC 805, *Business combinations*<br>• Reviewed valuation of acquired assets, assumed liabilities, and consideration, including contingent consideration, at the acquisition date in accordance with ASC 820, *Fair Value*<br>• We used valuation specialist from our valuation group to assess the reasonableness of the assumptions and inputs used in the valuation and to ensure the valuation methodology is in accordance with ASC 805. |
| **Revenue recognition**<br><br>**(Significant risk: Cut-off)** | • Reviewed revenue recognition's policy to ensure it is in accordance with ASC 606, *Contracts with Customers*<br>• Performed analytics on disaggregated revenue balances<br>• Vouched a sample of revenue transactions to supporting documentation such as cash receipts, invoices, customer contracts, and shipping documents<br>• Performed testing of a sample of revenue transactions immediately before and after year-end date |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156977
LT00287752

# Critical Audit Areas (continued)



| Significant Account, Transaction, or Disclosure | Accounting and/ or Auditing Risks and Audit Approach |
|---|---|
| **Financial statement and disclosure close process**<br><br>**(Significant risk: Management override)** | • Performed testing of the non-standard journal entries during the year (particularly related to the risk of revenue occurrence)<br>• Performed testing procedures to address the risk of fraud – see Fraud Considerations section<br>• Performed testing of IT administrative and user rights<br>• Performed testing of management's segment reporting analysis<br>• Performed testing of management's assessment of the Company's ability to continue as a going concern<br>• Performed testing of the consolidated financial statements, presentation and disclosures in the notes to the consolidated financial statements |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156978
LT00287753

# Other Significant Amounts and Disclosures



- Cash
- Accounts receivable
- Other receivables
- Inventories
- Prepaid expenses and other current assets
- Property and equipment and intangible assets
- Goodwill, intangible assets*

- Line of credit and long-term debt
- Interest rate swap liability*
- Accounts payable
- Accrued liabilities and other payables
- Deferred gain
- Stockholders' equity
- Cost of revenues
- Operating expenses
- Income taxes
- Other income and expenses

\* Requires management estimation and judgment

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156979
LT00287754

# Significant Accounting Policies and Practices

Significant accounting policies and practices are those that materially affect the determination of financial position, cash flows or results of operations of the Company.  These policies are disclosed in Note 1 of the Company's consolidated financial statements. We believe management has the primary responsibility to inform the Audit Committee about such matters. To assist the Audit Committee in its oversight role, we also provide the following:

| Initial Selection of Significant Accounting Policy | |
| --- | --- |
| **Accounting Policy Adopted during 2021** | **Impact on Consolidated Financial Statements or Disclosures** |
| • *ASU 2017-04, Simplifying the Test for Goodwill Impairment*<br>• *ASU 2017-11, Earnings Per Share (Topic 260, Distinguishing Liabilities from Equity (Topic 480) and Derivatives and Hedging (Topic 815)*<br>• *ASU 2018-13, Fair Value Measurement (Topic 820)* | - No impact<br>- No impact<br><br><br><br>- No Impact |
| **Changes to a Significant Accounting Policy** | |
| **Accounting Policy Changed** | **Impact on Consolidated Financial Statements or Disclosures** |
| None | Not applicable |
| **Controversial Areas or Lack of Authoritative Guidance or Consensus** | |
| We are required to communicate any significant accounting policies that are, (1) in controversial areas;  (2) for which there is a lack of authoritative guidance or consensus, or; (3) diversity in practice exists, and the related effect on the financial statements or disclosures. There were no such matters noted. | |



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156980
LT00287755

# Critical Accounting Policies and Practices

A Company's accounting policies and practices that are (a) most important to the portrayal of the Company's financial condition and results, and (b) require management's most difficult, subjective or complex judgments, are considered critical accounting policies and practices. Often, a matter is critical as it arises as a result of the need to make estimates about the effects of matters are inherently uncertain. The table below summarizes information surrounding these policies:



| | How the Policy/Practice is Critical | Events Effecting that Determination | Auditor Assessment of Disclosure |
|---|---|---|---|
| **Revenue recognition** | Refer to Note 1 of the consolidated financial statements for a description of management's policy. The underlying assumptions related to various customer arrangements/incentives (allowances, discounts, depletions). | Actual customer arrangements/incentives could be significantly different from estimates, and provisions. | Sufficient – No significant modifications proposed by the auditor that management did not make. |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156981
LT00287756

# Critical Accounting Policies and Practices (continued)



|  | How the Policy/Practice is Critical | Events Effecting that Determination | Auditor Assessment of Disclosure |
|---|---|---|---|
| **Business combinations** | The underlying assumptions derived by management related to assessment of accounting for the business combinations, the fair value of the assets acquired, the liabilities assumed, and the contingent consideration. | Current and future revenue generated from the business combination and market conditions and assessment of accounting for the fair value assets acquired and contingent consideration. | Sufficient – No significant modifications proposed by the auditor that management did not make. |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156982
LT00287757

# Critical Accounting Estimates



| Critical Accounting Estimate | Process Used by Management and Any Significant Changes in Process Used | Significant Assumptions with a High Degree of Subjectivity | Basis for Our Conclusions |
|---|---|---|---|
| **Fair value measurement in acquisition accounting, including contingent consideration** | Business combinations are accounted for using the acquisition method. Management estimates the fair values of the assets, liabilities and contingent considerations involved in the transaction by utilizing third party valuation specialists, historical information and future expectations. | Assumptions utilize third party valuation specialists, historical information, and future expectations. Assumptions include:<br>• Financial projection<br>• Discount rate<br>• Royalty rate<br>• Useful life<br>• Retention rate<br>• Replacement cost<br>• Volatility rate<br>• Discount for lack of marketability<br>• Target IRR | We have gained an understanding of management's critical assumptions surrounding fair value estimates of the acquisition related items and fair value of contingent considerations, including third party valuation reports, historical information, and future expectations. Management's assumptions appear to be reasonable. |

# Significant Unusual Transactions



13

| | Description of the Transaction and Why it is Significant or Unusual | Accounting Policies and Practices Used to Account for the Transaction | Auditor's Understanding of the Business Rationale for the Transaction |
|---|---|---|---|
| **Reverse Merger with SPAC** | On June 7, 2021, the Company completed a reverse merger with Bespoke Capital Acquisition Corp ("BCAC").  In connection with the reverse merger:<br><br>- BCAC net assets of $152M, excluding PIPE, were recapitalized into the Company<br>- BCAC issued $100M of equity in a PIPE<br>- Certain Series B stock was redeemed for $32M<br>- All outstanding stock options were settled for $7.9M | ▪ Applied recapitalization retroactive as of July 1, 2019<br>▪ Accreted redeemable Series A and Series B stock to FV at the transaction date<br>▪ Converted the Woodbridge promissory note to common stock<br>▪ Capitalized $3.7M of transaction fees<br>▪ Recorded a deemed dividend of $30.3M for the earnout (critical accounting estimate using Monte Carlo simulation)<br>▪ Recorded $2.6M of stock-based compensation for the accelerating of vesting of options | Sufficient – No significant modifications proposed by the auditor that management did not make. |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

# Significant Unusual Transactions (continue)



| | Description of the Transaction and Why it is Significant or Unusual | Accounting Policies and Practices Used to Account for the Transaction | Auditor's Understanding of the Business Rationale for the Transaction |
|---|---|---|---|
| **Material business combinations** | On April 19, 2021, the Company acquired Kunde Enterprise for a total consideration of $60M.<br><br>Based on the quantitative factors of these acquirees' assets comparing to the Company's assets, management concluded that the above purchase were material business combinations. | ASC 805 requires to recognize and measure all identifiable assets acquired, liabilities assumed and consideration including contingent consideration at fair value.<br><br>ASC 805-10-50-1 through 50-5 detailed FASB disclosure requirements for material acquisitions, including pro forma disclosures specifically required for public companies. | Sufficient – No significant modifications proposed by the auditor that management did not make. |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156985
LT00287760

# Consideration of Fraud in a Financial Statement Audit

The following provides a summary of the results of some of our procedures completed in accordance with the professional standards:

- **Perform Mandatory Procedures to Address the Risk of Fraud**
  - **Engagement Team Discussion**
    - Held an engagement team discussion among the audit team members to share thoughts and ideas about how and where we believe the Company's consolidated financial statements might be susceptible to material misstatement due to fraud.
  - **Identify the Risks of Material Misstatement Due to Fraud**
    - Inquired of management and others within the organization about the risks of fraud;
    - Considered unusual or unexpected relationships that have been identified in performing analytical procedures in planning the audit;
    - Considered whether the Company has entered into any significant unusual transactions;
    - Considered whether fraud risk factors exist; and
    - Considered other information gathered throughout the audit.



15

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156986
LT00287761

# Consideration of Fraud in a Financial Statement Audit (continued)



| **Inquiring of the Audit Committee about the Risks of Material Misstatement**<br>We are required to inquire of the Audit Committee, or equivalent (or its chair), regarding information that is important to the identification and assessment of risks of material misstatement, including fraud risks. | **Audit Committee Inquiries**<br><br>We have performed our inquiries of the Audit Committee chair during the completion of our risk assessment procedures regarding the following:<br><br>• The Committee's knowledge of risks of material misstatement, including fraud risk;<br>• How the Committee exercises oversight of the Company's assessment of fraud risks and the establishment of controls to address that risk;<br>• The Committee's awareness of complaints, tips, or allegations regarding the Company's financial reporting, including knowledge of fraud, alleged fraud, or suspected fraud;<br>• Whether the Committee is aware of violations or possible violations of laws and regulations;<br>• The Committee's understanding of the Company's relationships and transactions with related parties that are significant to the company;<br>• Whether any member of the Audit Committee has concerns regarding relationships or transactions with related parties and, if so, the substance of those concerns;<br>• Whether the Company has entered into any significant unusual transactions; and<br>• Any other matters of which the Committee is aware of that are relevant to the audit. |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156987
LT00287762

# Consideration of Fraud in a Financial Statement Audit (continued)

**We performed mandatory procedures, regardless of specifically identified risks of fraud, to address the risk of management override of controls, including:**

- Examined journal entries and other adjustments for evidence of possible material misstatement due to fraud (management override);

- Evaluated the qualitative aspects of the Company's accounting practices, including potential bias in management's judgments about the amounts and disclosures in the consolidated financial statements, such as bias in accounting estimates;

- Evaluated the business purpose of significant unusual transactions inclusive of related-party transactions;

- Evaluated cash disbursements for unusual payments; and

- Tested below-scope items to ensure compliance with Company policies.

**Evaluate Audit Evidence**

- Re-assessed the risks of material misstatement due to fraud throughout the audit based on observations and evidence obtained, including communication to other engagement team members throughout the audit regarding information or conditions that are indicative of fraud risks;

- Evaluated whether evidence obtained supports or contradicts management's assertions and whether such audit procedures identified specific instances of fraud;

- Evaluated whether analytical procedures indicate a previously unrecognized fraud risk; and

- Evaluated whether any misstatements might be indicative of fraud.



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156988
LT00287763

# Required Communications

| Area | Comments |
|---|---|
| **Auditors Responsibility under PCAOB Standards**<br><br>The consolidated financial statements are the responsibility of management. Our responsibility under standards of the Public Company Accounting Oversight Board (PCAOB) is to express an opinion on the consolidated financial statements based on our audit. Our audit was designed to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. | The objective of the audit and the responsibilities of management and auditors were communicated as part of our audit plan and are also set forth in writing as part of the annual engagement letter. |
| **Disagreements with Management**<br><br>Professional standards define a disagreement with management as a matter, whether or not resolved to our satisfaction, concerning a financial accounting, reporting, or matter that could be significant to the consolidated financial statements or our audit report. For purposes of this section, disagreements do not include differences of opinion based on incomplete facts or preliminary information that are later resolved. | There were no such disagreements with management. |



18

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156989
LT00287764

# Required Communications (continued)



19

| Area | Comments |
|---|---|
| **Qualitative Aspects of Significant Accounting Policies and Practices**<br>We are required to evaluate the qualitative aspects of the Company's accounting practices, including potential bias in management's judgments. Forms of bias may include (1) selective correction of misstatements or identification of additional adjusting entries; (2) bias in the selection and application of accounting principles, and; (3) bias in accounting estimates.<br><br>We are also required to evaluate accounting estimates for bias, including whether estimates, while individually reasonable, may not be the estimate best supported by audit evidence. We are also required to perform a retrospective review of estimates and consider "swings" in estimates. | We completed our evaluation of the qualitative aspects of significant accounting policies and practices and did not identify bias in management's judgments.<br><br>We have previously communicated to you information on critical accounting estimates, including how we determine those estimates were reasonable. We did not observe a trend of bias by management or "swings" in estimates to achieve an expected or desired outcome. |
| **Consolidated Financial Statement Presentation**<br>We are required to evaluate whether the presentation of the consolidated financial statements and related disclosures are in conformity with United States Generally Accepted Accounting Principles (U.S. GAAP), including the auditor's consideration of the form, arrangement, and content of the consolidated financial statements. | We have performed the evaluation and believe the consolidated financial statements and related disclosures are presented fairly, in all material respects, and in conformity with U.S. GAAP. |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156990
LT00287765

# Required Communications (continued)

| Area | Comments |
|---|---|
| **New Accounting Pronouncements**<br>If, as a result of our procedures, we identify a concern regarding management's anticipated application of accounting pronouncements that have been issued but are not yet effective and might have a significant effect on future financial reporting, we are obligated to communicate this to the Audit Committee. | We did not identify any concerns with management's anticipated adoption of accounting pronouncements that are not yet effective. |
| **Alternative Accounting Treatments**<br>If we have discussed alternative accounting treatments permissible under U.S. GAAP with management, we are required to communicate the ramifications of this alternative and our preference to you. | We did not discuss any alternative accounting treatments with management. |



20

CONFIDENTIAL TREATMENT REQUESTED BY VWE                    VWE-SEC-0156991
CONFIDENTIAL                                                LT00287766

# Required Communications (continued)

| Area | Comments |
|---|---|
| **Difficult or Contentious Matters for which the Auditor Consulted**<br><br>The auditor is required to communicate to the Audit Committee matters that are difficult or contentious for which the auditor consulted outside the engagement team and that the auditor reasonably determined are relevant to the Audit Committee's oversight of the financial reporting process. | No such matters arose. |
| **Auditor's Evaluation of the Company's Ability to Continue as a Going Concern**<br><br>The auditor is required to communicate matters to the Audit Committee, when applicable, relating to the auditor's evaluation of the Company's ability to continue as a going concern for a reasonable period of time. | We concur with management's conclusion that there is no substantial doubt that exists as to the Company's ability to continue as a going concern. |



21

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156992
LT00287767

# Required Communications (continued)

| Area | Comments |
|---|---|
| **Auditor's Report**<br><br>The Auditor is required to provide to and discuss with the Audit Committee a draft of the auditor's report. | Our report is not expected to be modified. See the draft auditor's opinion in the Appendix.<br><br>We are not required to include critical audit matter in the auditor's report as the Company satisfied the SEC's requirement as an Emerging Growth Company. |



# Required Communications (continued)



| Area | Comments |
|---|---|
| **Other Information in Documents Containing Audited Consolidated Financial Statements**<br><br>The Audit Committee often considers information prepared by management that accompanies the consolidated financial statements. To assist your consideration of this information, you should know that we are required by the standards of the Public Company Accounting Oversight Board to read such information and consider whether such information, or the manner of its presentation, is materially inconsistent with information in the consolidated financial statements. If we consider the information materially inconsistent based on this reading, we are to seek a resolution of the matter.  We are also required to communicate to you in writing if we become aware of a material misstatement of fact when reading the other information and the material misstatement of fact remains. | We have read the information contained in the Company's Form 10-K and compared the information therein to the consolidated financial statements. We did not note any material inconsistencies and did not become aware of information we believe is a material misstatement of fact based on our reading thereof. |

CONFIDENTIAL TREATMENT REQUESTED BY VWE                                    VWE-SEC-0156994
CONFIDENTIAL                                                                                    LT00287769

# Required Communications (continued)

| Area | Comments |
|---|---|
| **Deficiencies in Internal Control**<br><br>We communicate in writing all significant deficiencies and material weaknesses identified during the audit.<br><br>If we become aware that the Audit Committee's oversight of the entity's external financial reporting and internal control over financial reporting is ineffective, we will communicate that information in writing to the Board of Directors. | We have provided to and discussed with management all deficiencies in the design or operation of internal control over financial reporting identified during the audit.<br><br>We have determined the following deficiencies to be material weakness and significant deficiencies in internal controls over financial reporting:<br><br>• Material Weakness – Lack of effective business processes and controls to perform reconciliations of certain inventory and related accrual account balances<br><br>• Significant Deficiencies:<br><br>    • Financial Closing Procedures and Processes – Accounting for complex business combination transactions and timely reporting<br><br>    • Information Technology General Controls - Administrative access and formal reviews<br><br>See additional description of material weakness and significant deficiencies in Exhibit III<br><br>Definitions for material weakness and significant deficiency are included in the Appendix. |



24

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156995
LT00287770

# Required Communications (continued)

| Area | Comments |
|---|---|
| **Other Material Written Communications with Management**<br><br>We are required to provide the Audit Committee with material written communications with management. | We have previously provided the Audit Committee with a copy of the engagement letter.<br><br>Upon request, management will provide a copy of the annual audit and the quarterly review management representation letters. The summary of unadjusted audit differences is included in this report. |
| **Independence Standards**<br><br>As required by Public Company Accounting Oversight Board, at least annually, we are to disclose to the Audit Committee the nature of all relationships between Moss Adams and the Company, which may reasonably be thought to bear on our independence. | Our letter confirming our independence is included in the Appendix. |



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

# Required Communications (continued)

| Area | Comments |
|---|---|
| **Fraud and Illegal Acts**<br><br>Fraud involving senior management and fraud (whether caused by senior management or other employees) that causes a material misstatement of the consolidated financial statements should be communicated to the Audit Committee in a timely manner and prior to the issuance of the auditor's report.<br><br>We are also required to communicate any illegal acts involving senior management that come to our attention, unless clearly inconsequential. | There were no instances of fraud or illegal acts that came to our attention.<br><br>Our audit is designed to obtain reasonable assurance, but not absolute assurance, of detecting errors on the consolidated financial statements as well as other illegal acts that have a direct and material effect on the consolidated financial statement amounts. Our audit does not include a detailed audit of transactions, such as would be necessary to disclose errors or fraud that did not cause a material misstatement of the consolidated financial statements. |



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156997
LT00287772

# Required Communications (continued)

| Area | Comments |
|---|---|
| **Evaluation of the Company's identification of, accounting for, and disclosure of relationships and transactions with related parties**<br><br>The Company is responsible for identifying related parties and relationships and transactions with related parties, authorizing and approving transactions with related parties, accounting for and disclosing relationships and transactions with related parties in the consolidated financial statements, and establishing and maintaining internal controls over these processes.<br><br>We are required to communicate our evaluation of the Company's identification of, accounting for, and disclosure of its relationships and transactions with related parties. | We obtained an understanding of the Company's internal control over financial reporting for:<br><br>• Identifying related party relationships and transactions with related parties;<br><br>• Authorizing and approving transactions with related parties; and<br><br>• Accounting for and disclosing relationships and transactions with related parties in the consolidated financial statements.<br><br>We obtained a listing of related parties and transactions from management, tested the accuracy and completeness of that listing, and inquired of management and others regarding their knowledge of related parties and relationships and transactions with related parties.<br><br>We evaluated whether related party transactions have been properly accounted for and disclosed in the consolidated financial statements. |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156998
LT00287773

# Required Communications (continued)

| Area | Comments |
|---|---|
| **Evaluation of the Company's identification of, accounting for, and disclosure of relationships and transactions with related parties (continued)**<br><br>We are required to communicate other significant matters arising from the audit regarding the Company's relationships and transactions with related parties including, but not limited to: | |
| • The identification of significant related party transactions that have not been authorized or approved in accordance with the Company's established policies or procedures. | None |
| • The identification of significant related party transactions for which exceptions to the Company's established policies or procedures were granted. | None |
| • The inclusion of a statement in the consolidated financial statements that a transaction with a related party was conducted on terms equivalent to those prevailing in an arm's-length transaction and the evidence obtained by the auditor to support or contradict such an assertion. | Not applicable |
| • The identification of significant related party transactions that appeared to us to lack a business purpose. | None |

28

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0156999
LT00287774

# Required Communications (continued)

| Area | Comments |
| --- | --- |
| **Difficulties Encountered Performing the Audit**<br><br>We are to inform the Audit Committee of any significant difficulties encountered in performing the audit. Examples of difficulties may include significant delays by management, an unreasonably brief time to complete the audit, unreasonable management restrictions encountered by the auditor, or an unexpected extensive effort required to obtain sufficient appropriate audit evidence. | There were significant delays in management providing audit schedules and accounting memos, and a large volume of late client entries recorded throughout fieldwork, which resulted to extensive effort from management and the audit team to complete the audit in order to meet the filing deadline. |
| **Consultation with Other Accountants**<br><br>When we are aware that management has consulted with other accountants about significant auditing or accounting matters and we have identified a concern regarding such matters, we discuss with the Audit Committee our views about the matters that were the subject of such consultation. | We are not aware of any instances where management consulted with other accountants about matters which might affect the Company's consolidated financial statements since no other accountants contacted us, which they are required to do so by PCAOB standards, before they provide written or oral advice. |
| **Other Matters**<br><br>We are to inform the Audit Committee of any other matters arising from the audit that are significant to the oversight of the Company's financial reporting process. | There were no such matters. |



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157000
LT00287775

# Required Communications (continued)

| Area | Comments |
|------|----------|
| **Other Communications** | Nothing else came to our attention as it relates to the matters described in AS 1301, *Communications With Audit Committees*, which would require communication with the Audit Committee, except those discussed in this presentation. |



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157001
LT00287776

# Summary of Unadjusted Differences

**Unadjusted Differences**

The adjustments in Exhibit I attached were proposed during the course of our audit and should be recorded under generally accepted accounting principles, however it was concluded that these are not material. These adjustments could potentially cause future-period consolidated financial statements to be materially misstated.

**Adjusted Differences**

For purposes of this report, professional standards define corrected misstatements as an adjustment to the consolidated financial statements that might not have been detected except through audit procedures performed. See Exhibit II for significant adjusted differences identified to date.



**Unadjusted Disclosure Differences**

We have not identified unadjusted disclosure differences during the course of our audit procedures.

**SAB 99 Analysis**

The Company assessed and concluded that the errors identified during the annual audit that related to Q2 and Q3 of 2021 were not material to the interim consolidated financial statements, individually and in aggregate taken as a whole.

The Company also assessed the two errors identified that related to the year ended June 30, 2020, were not material to the consolidated financial statements, individually and in aggregate taken as a whole.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157002
LT00287777

# Pre-Approval of Services

| Area | Comments |
|---|---|
| **Audit Committee Pre-Approval of Services** <br><br> SEC Rules require that either (i) the Audit Committee pre-approve the specific audit or non-audit engagement to be rendered, or (ii) the engagement to render services is entered into pursuant to pre-approval policies and procedures established by the Audit Committee, provided that: <br><br> • The policies and procedures are detailed as to the particular service. <br><br> • The Audit Committee is informed of each service that is rendered. <br><br> Such policies and procedures do not include delegation of the Audit Committee's responsibilities to management. <br><br> PCAOB Rules 3524 and 3525 include requirements for pre-approval of any permissible tax service and internal-control related non-audit service. <br><br> PCAOB Rule 3524 requires the following in seeking Audit Committee pre-approval for proposed tax services: a description, in writing, of (i) the scope of the proposed tax service, (ii) the fee structure for the engagement, (iii) any side letters, amendments to the engagement letter or any other agreements relating to the service between the firm and the audit client, and (iv) any compensation arrangements or other agreements between the firm and any third party with respect to promoting, marketing, or recommending a transaction covered by the proposed tax service. <br><br> PCAOB Rule 3525 requires a written description of the scope of the proposed internal-control related non-audit service. <br><br> Rules 3524 and 3525 also require a discussion with the Audit Committee about the potential effects of the proposed tax service and/or internal control related non-audit service on the firm's independence and documentation of the substance of this discussion. | All services provided to date were pre-approved by the Audit Committee which comprised only of 2021 audit services. <br><br> We communicated services in connection with our audit planning meeting on July 15, 2021. <br><br> Discussion of services ensued, and questions were answered. <br><br> We also provided our independence letter to the board at that meeting. |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157003
LT00287778

# Summary of Fees

Fees for the audit and review of the Company's financial statements for the year ended June 30, 2021, and other services provided during the period include the following:

| Audit | Fees |
|---|---|
| June 30, 2021 consolidated financial statements, including additional billings of $160,000 | $805,000 |
| Quarterly reviews – September 30, 2021 and 2020 | $110,000 |
| Quarterly reviews – December 31, 2021 and March 31, 2021 | $180,000 |
| December 31, 2020 Employee Benefit Plan audit | $15,500 |
| The above are subject to 5% technology and administrative charge, which is not included in the fees listed | |
| **Audit Related** | |
| None | |



33

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157004
LT00287779





# APPENDIX

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157005
LT00287780

# Key Service Team Members

Our service philosophy is to bring together a team of professionals with relevant industry experience to consistently provide superior client service. Your service team has significant industry experience with the depth of knowledge that's necessary to be responsive to your needs.

| Team Member | Role | Contact Information |
| --- | --- | --- |
| **Tony O'Donnell, Partner**<br>*-5th Year in rotation* | Lead Audit Partner | Phone: 916-503-8143<br>Email: tony.odonnell@mossadams.com |
| **Tai Huynh, Partner**<br>*-5th Year in rotation* | Engagement Team Leader | Phone: 408-558-7602<br>Email: tai.huynh@mossadams.com |
| **Kris Dunning, Partner**<br>*-5th Year in rotation* | Engagement Quality Reviewer | Phone: 408-558-4347<br>Email: Kris.dunning@mossadams.com |
| **Elly Lesnawati, Director** | Tax Director | Phone: 206-302-6225<br>Email: elly.lesnawati@mossadams.com |
| **Weston Nelson, Partner** | IT Partner | Phone: 503-478-2288<br>Email: weston.nelson@mossadams.com |
| **Rae Paulson, Senior Manager** | Engagement Team Leader | Phone: 707-535-4176<br>Email: rae.paulson@mossadams.com |
| **Cheyne Thompson, Manager** | Engagement Team Manager | Phone: 707-508-3820<br>Email: Cheyne.thompson@mossadams.com |



35

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157006
LT00287781

# Independence Letter

The Members of the Audit Committee of the Board of Directors
Vintage Wine Estates, Inc.

Rule 3526 of the Public Company Accounting Oversight Board, Communication with Audit Committee Concerning Independence, requires that we communicate to you in writing, at least annually, all relationships between Moss Adams LLP and any affiliates and Vintage Wine Estates, Inc. and its related entities (the "Company") or persons in financial reporting oversight roles at the Company that may reasonably be thought to bear on independence.

We are not aware of any relationships between Moss Adams LLP and any affiliates and the Company or persons in financial reporting oversight roles at the Company that may reasonably be thought to bear on our independence since our appointment as the Company's independent registered public accounting firm.



We confirm that we are independent of the Company in compliance with Rule 3520 of the PCAOB and within the meaning of the federal securities laws administered by the U.S. Securities and Exchange Commission.

As further required by PCAOB Rule 3526, we will be pleased to discuss the potential effects of such relationships or our independence with respect to the Company with you at your convenience.

This letter is intended solely for the information and use by you and other members of the Board of Directors in your consideration of our independence as an independent registered public accounting firm, and should not be used for any other purposes.

Moss Adams LLP

Sacramento, CA
July 15, 2021

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157007
LT00287782

# Draft of Auditor's Report

**Report of Independent Registered Public Accounting Firm**

To the Shareholders and the Board of directors of Vintage Wine Estates, Inc.

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheets of Vintage Wines Estates, Inc. (the "Company") as of June 30, 2021 and 2020, the related consolidated statements of operations and comprehensive income (loss), stockholders' equity, and cash flows for the years then ended, and the related notes (collectively referred to as the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the consolidated financial position of the Company as of June 30, 2021 and 2020, and the consolidated results of its operations and its cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States of America.

**Basis for Opinion**



These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of the audits, we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures to respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

Santa Rosa, California

October 13, 2021
We have served as the Company's auditor since 2013.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157008
LT00287783

# Definitions – Deficiencies in Internal Control over Financial Reporting

**Deficiencies in Internal Control over Financial Reporting**

The definitions regarding control deficiencies from the professional standards are as follows:

*Material Weakness*:  A deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the Company's annual or interim financial statements will not be prevented or detected on a timely basis.

*Significant Deficiency*:  A deficiency, or a combination of deficiencies, in internal control over financial reporting that is less severe than a material weakness, yet important enough to merit attention by those responsible for oversight of the Company's financial reporting.

*Control Deficiency*:  A deficiency in internal control over financial reporting that exists when the design or operation of a control does not allow management or employees, in the normal course of performing their assigned functions, to prevent or detect misstatements on a timely basis.



38

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157009
LT00287784

# SEC Recent Rulemaking

## Amended Regulation S-K Financial Disclosure Requirements



- Intended to simply financial disclosures and discourage repetition and disclosure of immaterial information, including:
  - Item 301, Selected Financial Data, is eliminated and registrants will no longer be required to provide five years of selected financial data
  - Item 302, Supplementary Financial Information, is amended so registrants are required to disclose the effects of material retrospective changes
  - Item 303, MD&A is amended to include enhanced disclosure requirements regarding liquidity and capital resources, results of operations, off-balance sheet arrangements, contractual obligations, interim periods, and critical accounting estimates (refer to following slides for more detail)

Effective date: February 10, 2021 – may be applied on an item-by-item basis

Required compliance date: fiscal years ending on or after August 9, 2021

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157010
LT00287785

# SEC Recent Rulemaking

## Amended Item 303 of Regulation S-K

- Amendments to Item 303 require the following disclosure requirements:
  - **Liquidity and capital resources**
    - Short and long-term material cash requirements from known contractual obligations
    - Anticipated source of funds needed to satisfy the cash requirements
    - Known trends, demands, commitments, events, or uncertainties that will result in, or that are reasonably likely to result in, a material change in liquidity
    - Expected material changes in the mix and relative cost of resources
  - **Interim periods**
    - Summarized financial information of the preceding quarter or identify the location of the prior filing that presents that information when electing to compare the most recently completed quarter to the immediately preceding quarter
    - Significant elements of income or loss from continuing operations that don't arise from, or aren't necessarily representative, of the company's ongoing business



CONFIDENTIAL TREATMENT REQUESTED BY VWE                                                        VWE-SEC-0157011
CONFIDENTIAL                                                                                                         LT00287786

# SEC Recent Rulemaking

## Amended Item 303 of Regulation S-K (continued)

- Amendments to Item 303 require the following disclosure requirements:
  - **Results of operations**
    - Description of any unusual or infrequent events or transactions or any significant economic changes that materially affected the amount of reported income from continuing operations or are reasonably likely to cause a material change in the relationship between costs and revenues
    - Description of known trends or uncertainties that have had, or are reasonably likely to have, a material favorable or unfavorable impact on net sales or revenues, or income from continuing operations
    - Describe any known trends or uncertainties that have had, or reasonably expected to have, a favorable or unfavorable material impact on net sales or revenues, or income from continuing operation
    - Change in prices and volume or introduction of new products or services when the statement of income presents a material change
    - Impact of inflation and changing prices that are part of a known trend or uncertainty that has, or is reasonably likely to have, a material impact on net sales or revenue, or income from continuing operations



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157012
LT00287787

# SEC Recent Rulemaking

## Amended Item 303 of Regulation S-K (continued)

- Amendments to Item 303:
  - ○ **Results of operations** (continued)
    - Interim periods - provide comparative disclosures covering the following periods:
      - Year-to-date, and
      - either comparative disclosures
        - – (i) with the corresponding prior year quarterly period, or
        - – (ii) with the immediately preceding sequential quarter
    - In the first filing a company elects to revise the periods being compared for the quarterly MD&A, either upon adoption of the new rules or at a future date, it would be required to present the comparative disclosure both ways - (i) and (ii) above



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157013
LT00287788

# SEC Recent Rulemaking

## Amended Item 303 of Regulation S-K (continued)

- Amendments to Item 303 require the following disclosure requirements:
  - **Critical accounting estimates**, defined as an estimate made in accordance with GAAP that involve a significant level of estimation uncertainty and has had, or is reasonably likely to have, a material impact of the financial condition or result of operations
    - Why each critical accounting estimate is subject to uncertainty
    - How much each estimate or assumption has changed during the period
    - The sensitivity of the reported amounts to methods, assumptions, and estimates underlying the calculation
    - Disclosure must supplement, but not duplicate, the description of accounting policies or other disclosures in the notes to the financial statements
    - Interim period - If adopted in an interim period in 2021, incremental information may be required to be provided in order to be compliant with the new rules (as compared to what was previously reported under the old rules in the last annual report on Form 10-K)



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157014
LT00287789

# Accounting Standards Update - FASB

## ASU 2021-05, Leases (Topic 842): Lessors—Certain Leases with Variable Lease Payments



- To better represent the economics underlying the lease, the updated guidance no longer requires a lessor to recognize a selling loss at lease commencement (day-one loss) for a sales-type lease or direct financing lease with variable payments

- The amended guidance requires a lessor to classify and account for a lease with variable payments that do not depend on an index or a rate as an operating lease when the following criteria are met:
    - The lease would have been classified as a sales-type lease or a direct financing lease, and
    - The lessor would have otherwise recognized a day-one loss

- Effective for fiscal years, and interim periods within those fiscal years, beginning after December 15, 2021

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157015
LT00287790

# Invitation to Comment - FASB

## Invitation to Comment, Agenda Consultation

- The invitation to comment requests feedback from stakeholders about the future standard-setting agenda, including the following topics:



| Disaggregation of Financial Reporting Information | Emerging Areas in Financial Reporting | Reduction of Unnecessary Complexity in Current GAAP | Improvements to FASB Standard-Setting Processes |
|---|---|---|---|
| • Business Combinations<br>• ESG-Related Disclosures<br>• Income Tax Disclosures<br>• Partially Owned Subsidiaries and Equity Method Investments<br>• Disaggregation of Performance Information<br>• Presentation of Statement of Cash Flows | • Definition of a Derivative<br>• Digital Assets<br>• ESG-Related Transactions<br>• Financial KPIs or Non-GAAP Metrics<br>• Recognition and Measurement of Government Grants for Business Entities<br>• Intangible Assets, Including Software | • Balance Sheet Classification<br>• Consolidation<br>• Debt Modifications<br>• Distinguishing Liabilities from Equity<br>• Materiality Considerations for Disclosures | • Codification Accessibility<br>• Cost-Benefit Analysis Framework<br>• Interpretive Process<br>• Transition Requirements |

- Comments are due by September 22, 2021

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157016
LT00287791

# PCAOB Staff Outlook for 2021 Inspections

PCAOB staff issued the April 2021 Spotlight to highlight areas of focus in the 2021 inspections, including but not limited to the following topics:

- Audit areas with continued deficiencies
- Firms' quality control systems
- How firms comply with auditor independence requirements
- Fraud procedures
- Critical audit matters
- How firms implement new auditing standards
- Supervision of audits involving other auditors
- Responding to cyber threats
- Auditing digital assets



CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157017
LT00287792

# Climate and ESG Matters

Environmental, social and governance (ESG) reporting is an area of growing focus and includes a broad spectrum of quantitative and qualitative information, including but not limited to the following topics:



| Environmental | Social | Governance |
| --- | --- | --- |
| Climate change | Community relations | Antibribery and anticorruption |
| Ecological impacts | Diversity, equity, and inclusion | Business ethics |
| Greenhouse gas emissions | Employee health and safety | Corporate resiliency |
| Policies and regulations | Human capital development | Diversity and leadership |
| Renewable energy | Labor management | Executive compensation |
| Raw material sourcing | Privacy and data security | Political contributions |
| Water and waste management | Product quality and safety | Ownership structure |

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157018
LT00287793

# Climate and ESG Matters

Due to increased interest in climate and ESG issues by investors, the SEC is integrating ESG considerations into the agency's broader regulator framework to ensure public companies comply with existing climate and ESG-related disclosure requirements:



- The SEC Division of Examinations announced its 2021 examination priorities will include a greater focus on climate and ESG-related risks
- The SEC has expanded the Division of Enforcement to include a Climate and ESG Task Force to identify any material gaps or misstatements in issuers' disclosure of climate risks under existing rules

Note: The SEC launched a new web page that brings together agency actions and the latest information on climate and ESG risks and opportunities:

https://www.sec.gov/sec-response-climate-and-esg-risks-and-opportunities

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157019
LT00287794

# Climate and ESG Matters

## The SEC Division of Examination published a risk alert to highlight observations from recent exams of registered investment advisers' and funds' ESG offerings



**Examinations of firms claiming to engage in ESG investing will typically focus on the following matters:**

- Portfolio management
- Performance advertising and marketing
- Compliance programs

**Staff observed compliance deficiencies and weaknesses:**

- Portfolio management practices were inconsistent with disclosures about ESG approaches
- Inadequate controls to ensure that ESG-related disclosures and marketing are consistent with the firm's practices
- Unsubstantiated or otherwise potentially misleading claims regarding ESG approaches
- Compliance programs did not adequately address relevant ESG issues

**Staff observations of effective practices:**

- Disclosures that were clear, precise and tailored to firms' specific approaches to ESG investing, and which aligned with the firms' actual practices
- Policies and procedures that addressed ESG investing and covered key aspects of the firms' relevant practices
- Compliance personnel that are knowledgeable about the firms' specific ESG-related practices

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157020
LT00287795

# Climate and ESG Matters

## The Center for Audit Quality issued an article to address the auditor's role in company-prepared ESG information:



- PCAOB standards require that the auditor read the other information in documents containing audited financial statements, including ESG information, and consider whether such information, or the manner of its presentation, is materially inconsistent with information appearing the financial statements

## The FASB issued a Staff Education Paper to provide investors and other interested parties with information on the intersection of ESG matters with financial accounting standards:

- The educational paper does not change or modify current GAAP but provides an overview of ESG reporting and discusses the FASB's role in setting financial accounting standards

CONFIDENTIAL TREATMENT REQUESTED BY VWE

CONFIDENTIAL

VWE-SEC-0157021

LT00287796





# EXECUTIVE SESSION

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157022
LT00287797




CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0157023
LT00287798