# EXHIBIT 26

**From:** Jon Moramarco [jon.moramarco@bw166.com]
**Sent:** 11/19/2021 12:49:24 PM
**To:** Lisa Schnorr [lisaschnorr@me.com]; Pat Roney [pat@vintagewineestates.com]; Kathy DeVillers [kdevillers@vintagewineestates.com]; Eric Miller [emiller@vintagewineestates.com]; Candice Koederitz [cekoe13@gmail.com]; Mark Harms [mark.harms@bespokecp.com]
**Subject:** RE: Moss Adams update

Lisa

Will they put out any communication?  We should run the 8K by MA, so there are no conflicts.

Thanks

Jon

Jon Moramarco
bw166 LLC
Managing Partner
Gomberg & Fredrikson
Editor & Partner
O:   707-579-3780
M:   707-812-2430

-----Original Message-----
From: Lisa Schnorr <lisaschnorr@me.com>
Sent: Friday, November 19, 2021 12:58 PM
To: Pat Roney <pat@vintagewineestates.com>; Kathy DeVillers <kdevillers@vintagewineestates.com>; Eric Miller <emiller@vintagewineestates.com>; Candice Koederitz <cekoe13@gmail.com>; Mark <mark.harms@bespokecp.com>; Jon Moramarco <jon.moramarco@bw166.com>
Subject: Moss Adams update

All,

Sarah Ratra from Moss Adams set up time to speak with me today. I expected a "check-in" discussion to find out if we were working on lining up new auditors. Instead, she called to inform me that they are formally resigning effective today. She is sending a written communication today and we'll have to file an 8-K by next Friday (extra day due to the Thanksgiving holiday).

I asked her if we could have a little more time to get everything lined up with the replacement auditors. She checked with the firm and they said no—now that they have made their decision (they had an internal meeting Wednesday), they have an obligation to inform us right away. She actually tried to connect with me yesterday but I was traveling, so we didn't catch up until today.

I did take the opportunity to confirm with Sarah that there wasn't something more behind this—it truly is resourcing. Sarah had much of the audit team approach her or Tony after the 10-K was filed and state that they were burnt out and don't want to work on our account any longer. Even though things are improving, people weren't willing to budge and Sarah was in a difficult position—she either resigned from our account or risked losing people from the firm.

Conversations are ongoing with Cherry Bekaert and the background checks are underway. Pat is going to reach out to them to try to speed things along so we can file both the resignation and the appointment in one 8-K. If that's not possible, we'll have two separate 8-Ks which isn't ideal, but we will be able to navigate through it.

Pat/Kathy—will you please keep us apprised on discussions with Cherry Bekaert? Also, we might want to alert Deb P so she can help us craft an appropriate response to any investor inquiries, especially if we aren't prepared to appoint Cherry Bekaert before we have to file the 8-K next Friday.

Any questions, please let me know.

Happy weekend, everyone! :)

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0299827
LT00162113

Sent from my iPad
Lisa Schnorr

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0299828
LT00162114