# EXHIBIT 27



**Minutes of the**
**Meeting of the Audit Committee**
**of Vintage Wine Estates, Inc. (the "Company") on**
**Thursday, October 28, 2021, at 3:30 PM PT**

**Audit Committee Attendees:** Lisa Schnorr (the " AC Chair"), Candice Koederitz, and Jon Moramarco, and Mark Harms (collectively, the "AC").

**Invitees**:  Kathy DeVillers, CFO of the Company (the "CFO"), Lou Ann Brinkley and Aaron Rubin, VWE technical reporting specialists, Eric Miller, Secretary, and Tai Huynh and Sarah Ratra, Moss Adams Audit Partners ("Moss Adams" or "MA").

The meeting was called to order at 3:30 PM PT by the AC Chair, who noted that a quorum was present and that the meeting was properly convened.

**A.    Status Update**

Lou Ann Brinkley and Aaron Rubin, VWE's tech reporting team, noted that (i) the tax provision and cash flow statements for the Company's draft Form 10-Q are in good shape; and (ii) they will transmit a draft to MA tomorrow. MA noted progress in tracking inventory movement and roll-forwards. MA then reiterated that they have no auditing resources for Q2. MA left the meeting and the AC had an open discussion regarding replacement alternatives for MA, given their extraordinarily short notice of ceasing to function as the Company's auditors. The AC also noted that when MA actually tenders its formal notice, the Company has a four (4) business day window to file a Form 8-K regarding their resignation.

**B.    Adjournment of the Meeting**

The AC Chair reminded everyone that next meeting of the AC will occur on Tuesday, November 2, 2021, via Zoom at 4:00 PM PT. With no further business before the AC at this time, the meeting was adjourned at 4:00 PM PT.

Prepared by:

_____
Eric D. Miller
Secretary

Page 1 of 1

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0320664
LT00321786