# EXHIBIT 28

**From:**      Lisa Schnorr [lisaschnorr@me.com]
**Sent:**      12/7/2021 8:44:46 AM
**To:**        Pat Roney [pat@vintagewineestates.com]
**Subject:**   Re: KUNDE Standards


Pat—this one is for you only…

This inventory standards issue coming out now concerns me. What other accounting land mines are out there waiting for us to find? This suggests Kathy didn't understand the downstream implications of this decision or that she didn't have the strength to push back on Moss Adams. Either way not a good answer. My concern now is that there are other things out there like this one. Good news is that none are likely to be as big as inventory!

Sent from my iPhone
Lisa Schnorr


On Dec 7, 2021, at 11:23 AM, Pat Roney <pat@vintagewineestates.com> wrote:


I hate doing it the FMV way. It makes no sense to me but I was always told we had to do it that way by the CFO (pre Kathy) and by Moss Adams. It is confusing to the managers and the add back is yet one more hurdle to address.

If there is another way to do it I AM ALL FOR IT.

**Pat Roney**
**O: 707 346-3640**
**C: 707 287-3405**



**937 Tahoe Blvd Ste 210**
**Incline Village, NV 89451**

Our Wineries and Brands include: Adobe, Alloy Can Works, B.R Cohn Winery, Buried Cane, Cameron Hughes, Cartlidge & Browne, Cherry Pie, Clayhouse, Clos Pegase, Cosentino Winery, Delectus Winery, Firesteed Cellars, Game of Thrones, Girard Winery, Girl & Dragon, Gouguenheim Winery, If You See Kay, Kunde Family Winery, Laetitia Winery, Layer Cake, Middle Sister, Monogamy, Owen Rowe Winery, promisQuos, Purple Cowboy, Qupé, Ray's Station Winery, Sonoma Coast Vineyards, Swanson Vineyards, Tamarack Cellars, Viansa Winery, Windsor Vineyards

Craft Spirits Division: Distillery 209 Gin, Straight Edge Bourbon Whiskey, Slaughter House American Whiskey & Whipsaw Rye Whiskey, Partner Sweet Vermouth

---

**From:** Kathy DeVillers <KDeVillers@vintagewineestates.com>
**Sent:** Tuesday, December 7, 2021 5:05 AM
**To:** David Cole <dcole@jcjones.com>
**Cc:** Pat Roney <pat@vintagewineestates.com>
**Subject:** Re: KUNDE Standards

Hi Dave-

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0062204
LT00227545

There is some sort of misunderstanding about the approach.  The COGS that are included in the gross margin is at FMV. There is an add back to EBITDA for the difference between FMV and historic cost.  I will schedule a call with you, Brian and Chris to walk through. I am not sure what has been done with Kunde as the FMV COGS is not in NAV by sku yet and we did a manual entry to record the FMV COGS at 6/30/21 and at 9/30/21.

Kathy

Sent from my iPad

On Dec 7, 2021, at 4:53 AM, David Cole <dcole@jcjones.com> wrote:

Hi Kathy,
I was speaking with Brian and he mentioned work Chris performed on the valuation of Kunde acquired inventory. In our discussion he brought up concerns over using a historical-based standard cost for inventory rather than an acquisition appraised value. I wanted to provide my perspective as I assume Moss advised the treatment.

As an operational practice, this is poor accounting. At acquisition, the seller receives "credit" for manufacturing profit and the buyer must not recognize the adjustment. Using historical cost is preferred as it better reflects on-going costs of the product. GAAP can be met by adjusting COGS with a release of the acquisition reserve upon sale. The methodology provides useful information on margins for the business as well as meets statutory reporting requirements. It's a practice in which I am very familiar and suffered many audits. 😊

I hope Chris has not made further changes in NAV as it will be time consuming to unwind. If you or Pat have any questions/comments, please let me know.
Thanks!
Dave

**David J. Cole**
Senior Consultant
Email: **dcole@jcjones.com** | Direct Telephone: 315.310.0528

*Delivering value since 1997 – 24 years and growing!*

**JC Jones Advisory Services**
Basin Meadows Professional Park | 145 Sully's Trail, Suite 6 |Pittsford, New York 14534
General Telephone: 585.899.4072 | **www.jcjones.com**

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL