# EXHIBIT 29

**From:**    Lisa Schnorr [lisaschnorr@me.com]
**Sent:**    1/3/2022 12:07:41 PM
**To:**      Pat Roney [pat@vintagewineestates.com]
**Subject:** Audit Committee update

Pat—I would like to send the following note to Kathy, but wanted to run it by you first, since we have other things happening in the background. We're halfway through the year and Kathy hasn't provided any visibility to the AC on what is happening to remediate our material weakness, nor does she appear to be taking ownership. (Maybe she is taking ownership, but in absence of an update from her, it would appear she isn't). Also, Dave called to give me an update and it seems like things are not progressing at the pace needed to get us fully remediated by year end. We can't wait for Kris to get on board to start making progress.

The AC deserves an update, and I'd really like to hold Kathy's feet to the fire, but that might be a waste of our energy. And if we aren't making the progress we need to make, we need to (1) set realistic goals for Kris once she's on board; and (2) accept that it's highly likely we'll have a repeat of the material weakness for a second year. If that's where we are, we certainly don't want to surprise anyone.

It would be worth you and I having a discussion about where to go from here. I'm free all day, so feel free to call me at your convenience.

Thanks,
Lisa


Hi Kathy,

As we are now halfway through the year and are now into our 2nd quarter reporting cycle, I think it's appropriate to get a couple of meetings on the calendar before the end of next week (Friday, Jan. 14):

1.      Update on control environment/remediation of material weakness. While we've all expressed that we don't expect the material weakness to be fully remediated until year-end, we need to see progress towards remediation on a quarterly basis. To date, we have received an update on staffing, but no other measurable progress against our project plan. Also, I think you should take the AC through the project plan and provide a summary of the metrics we're using to measure our progress. Finally, I believe we need to conduct a physical inventory in the 3rd quarter so we have adequate time to reconcile any findings coming out of this.

2.      Kickoff with Cherry Bekaert: specifically, it would be good for the AC to understand: a) CB/VWE timeline; (2) CB expectations for what it will take to remediate the material weakness around inventory controls and significant deficiency around IT controls. Specifically, what evidence will we need to provide to CB to remediate these before year-end and where do they believe we are in the process at this time?


Sent from my iPad
Lisa Schnorr

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0062218
LT00227559