# EXHIBIT 30



RDJ485848