# EXHIBIT 31

## Short Message Report

| Conversations: 1 | Participants: 3 |
| --- | --- |
| Total Messages: 8 | Date Range: 4/15/2022 |

## Outline of Conversations

 **CHAT - KJ_0000001 - 02006 - 2022/04/15** · 8 messages on 4/15/2022 · +12094834768 · Kristina Johnston <+15854045459> · Terry  Wheatley <+12094834768>

RDJ473096

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - KJ_0000001 - 02006 - 2022/04/15**

TW | **Terry  Wheatley <+12094834768>** | ▶ 4/15/2022, 2:28 PM
With what you discovered last night, are the segment reports you forwarded from Juan still accurate?

KJ | **Kristina Johnston <+15854045459>** | ◀ 4/15/2022, 2:28 PM
She should re run today - but we need her to tie those out to the TB as well to make sure totals tie.

TW | **Terry  Wheatley <+12094834768>** | ▶ 4/15/2022, 2:30 PM
Could you request from Juan/Lyndsie?  These are my favorite reports now with the net revenue yoy percent change added

KJ | **Kristina Johnston <+15854045459>** | ◀ 4/15/2022, 2:31 PM
Yes I will ping her.

TW | **Terry  Wheatley <+12094834768>** | ▶ 4/15/2022, 2:31 PM
🙏

KJ | **Kristina Johnston <+15854045459>** | ◀ 4/15/2022, 2:32 PM
Seriously - the duct tape holding these reports together is fraying!!!

\# | **+12094834768** | ▶ 4/15/2022, 2:35 PM
Trying to understand ….were we walking around in the dark before you discovered all the mistakes or errors in our reports?  Feel like I was working in the clouds and am now crashing to earth.  Makes me question every report I receive.  How did Kathy and the auditors not know?  Makes us look like amateurs.  Perhaps we are…

KJ | **Kristina Johnston <+15854045459>** | ◀ 4/15/2022, 2:38 PM
That's what I'm trying to understand - seems like if there were missing balances in that P&L you/pat/Kathy use for review it would have popped when F/s were loaded into the filings

Maybe with new people we just started coding to different accounts that aren't picked up in these reports starting this quarter.

Either way it still doesn't help me explain business performance.

RDJ473097