# EXHIBIT 32

| | |
|---|---|
| **From**: | Holly Hawkins [/O=USA/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=HOLLY HAWKINSE6C] |
| **Sent**: | 4/14/2022 10:03:55 AM |
| **To**: | Terry Wheatley [TWheatley@vintagewineestates.com] |
| **Subject**: | FW: priorities & updates |

FYI

~Holly Hawkins
(707) 921-2766

**From:** Courtney Prose <CProse@vintagewineestates.com>
**Sent:** Thursday, April 14, 2022 9:03 AM
**To:** Holly Hawkins <HHawkins@vintagewineestates.com>
**Subject:** FW: priorities & updates

Fyi. Will send my follow up as well

**From:** Courtney Prose
**Sent:** Friday, April 8, 2022 2:03 PM
**To:** Pat Roney <pat@vintagewineestates.com>
**Subject:** priorities & updates

Hi Pat,

It's been an interesting 3 weeks! While I have a LOT to still absorb, I wanted to summarize my initial thoughts on operations to you.

- Warehouse
  - While this was not originally in scope when I accepted this role, I enthusiastically took this on, mainly due to my prior experience and my belief that Warehousing & Logistics are a critical link in Supply Chain. It's quickly becoming clear that this area needs to be a number one focus for the short term.
  - Safety lapses are my primary concern. With each walk through of the warehouse, I see areas that need attention. Holly has provided me with the recent history of findings, resolutions, & ongoing issues. I've spoken with a colleague who is willing to engage in safety training sessions on a consulting basis. The fact that we have no on-site safety manager is concerning, so I would like to backfill this with a consultant as a stop-gap. I'll quantify these dollars.
  - It appears there is a lack of leadership among the team. I've met with most managers and many leads, we definitely need more communication & cohesiveness. There is a lack of connection to the broader business & leadership. I'm going to hold an all hands on deck meeting in the next week, show appreciation for what everyone's doing, emphasize that safety training will become a larger focus for the team.
  - There are ongoing, multiple requests for inventory adjustments. This is a daily occurrence. This indicates a lack of veracity in our inventory counts and process. It also jams up the Acctg team who processes these requests. This is related to the inventory count remediation project. First we need to clear out older inventory to allow efficient space mgmt. I have a proposed list, with Brand now for review. Once they comment, I'll send to Kris for approval. Getting rid of unsalable inventory (via destruction) will eliminate the excuse of being full as a barrier to accurate inventories. I realize you approved some destruction of wines, and that was based on what obsolete wines we have at Concourse. I expanded the review to all cased goods at all locations, which we need for the Inventory Remediation process.
- Project Mgmt
  - We have a clear need for better new product management. A lot of the work falls on Mktg to shepherd a project through the system, and it results in far too many emails/lapsed communication between production, warehouse, Mktg, Purchasing, Planning. I am rolling out a proposed process to streamline and create a point person to manage projects through the pipeline. My goal is to alleviate the current pain points on Brand & Sales, while redirecting our Marketing Ops to become more involved and drive ownership.

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

- Demand Planning/Purchasing – these teams are workhorses. They just need leadership in my opinion. They're mired in how they've been doing things, but they are really eager to change process & become more proactive. We have some folks that can be developed more, and that's my goal.
- Packaging/Purchasing
- We have price increase notices from OI & a capsule supplier. With capsules, we have moved much of our business to another supplier, so we have less exposure. But it's still a 10% increase with Maverick, with whom we spent $800k last year. I'm working to quantify the glass increase (9% on some OI glass).

I know this is a lot of detail, apologies if I'm oversharing, but I want to keep you looped in to what I'm doing & give you the opportunity to redirect if needed.

Thanks much,

Courtney

**Courtney Prose**
*VP Supply Chain*

**VWE**
VINTAGE WINE ESTATES

205 Concourse Blvd., Santa Rosa, CA 95403
Office: 707.921.2843 | Cell: 707.738.4370
cprose@vintagewineestates.com

CONFIDENTIAL TREATMENT REQUESTED BY VWE
CONFIDENTIAL

VWE-SEC-0071644
LT00022846