# EXHIBIT 33

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 4/19/2022 |

## Outline of Conversations

 **ca9f674a67b6ac7ae4bd98ca516769eb** • 17 messages on 4/19/2022 • Kathy DeVillers (+17073310289) • Lou Brinkley (+16024059749)

RDJ485880

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **ca9f674a67b6ac7ae4bd98ca516769eb**

**Lou Brinkley (+16024059749)** ▶ 4/19/2022, 1:59 PM
Word "restatement" is being talked about. Not sure if you have heard.

**Kathy DeVillers (+17073310289)** ◀ 4/19/2022, 2:30 PM
I have- inventory and DFWS charges related. Has been the topic for a while now.

**Lou Brinkley (+16024059749)** ▶ 4/19/2022, 3:07 PM
This bottle is huge!!!

**Lou Brinkley (+16024059749)** ▶ 4/19/2022, 3:07 PM



Image: imagejpeg_0.jpg (49 KB)

**Kathy DeVillers (+17073310289)** ◀ 4/19/2022, 3:07 PM
Yikes!

**Kathy DeVillers (+17073310289)** ◀ 4/19/2022, 6:11 PM
Are you in a meeting?

**Lou Brinkley (+16024059749)** ▶ 4/19/2022, 6:11 PM
Yes. Do you need something?

**Lou Brinkley (+16024059749)** ▶ 4/19/2022, 6:12 PM
Should be ending soon.

**Kathy DeVillers (+17073310289)** ◀ 4/19/2022, 6:12 PM
So you know about lyndsie?

**Lou Brinkley (+16024059749)** ▶ 4/19/2022, 6:12 PM
Kris just told me. Did you hear why?

**Kathy DeVillers (+17073310289)** ◀ 4/19/2022, 6:13 PM
She told me company culture

💬 **ca9f674a67b6ac7ae4bd98ca516769eb**

RDJ485881

KD  **Kathy DeVillers (+17073310289)**    ◀ 4/19/2022, 6:13 PM

What did she tell you?

LB  **Lou Brinkley (+16024059749)**    ▶ 4/19/2022, 6:15 PM

I guess AP was rude and unhelpful. Please keep this between us. She also had resistance....which makes sense considering they havent had a manager for a while.

KD  **Kathy DeVillers (+17073310289)**    ◀ 4/19/2022, 6:17 PM

It was primarily Valerie... sounds like it was over blown and she wasn't happy with how Kris and Holly handled it. I would have handled it the same way. Very disappointed in her !

LB  **Lou Brinkley (+16024059749)**    ▶ 4/19/2022, 6:30 PM

I don't know the specifics. You can tell me later

LB  **Lou Brinkley (+16024059749)**    ▶ 4/19/2022, 6:34 PM

I think you know I was not a big fan of hers.

KD  **Kathy DeVillers (+17073310289)**    ◀ 4/19/2022, 6:37 PM

Yes.

RDJ485882