# EXHIBIT 34

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 23 | Date Range: 8/21/2022 |

## Outline of Conversations

 **ca9f674a67b6ac7ae4bd98ca516769eb** • 23 messages on 8/21/2022 • Kathy DeVillers (+17073310289) • Lou Brinkley (+16024059749)

RDJ485989

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **ca9f674a67b6ac7ae4bd98ca516769eb**

KD    **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 12:04 AM

The 10K is a reflection of the company and she is the CFO of the company. I would leave as it- it will go through a number of additional edits so will be questioned as needed.

LB    **Lou Brinkley (+16024059749)**    ▶ 8/21/2022, 12:25 AM

I sent it already. Wondering what the future will be considering we have two material weaknesses now. Thank you very much Kathy. Have a great night!

KD    **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 12:47 AM

What is the 2nd one?

KD    **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 12:48 AM

I haven't read it yet...

KD    **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 12:59 AM

Just read it... makes sense- it was a significant deficiency under Moss... I imagine CBH doesn't think enough has been done to address... the swap entry didn't help.

LB    **Lou Brinkley (+16024059749)**    ▶ 8/21/2022, 1:04 AM

It is Epic! A $9 million swap error. We kind of talked about it. I mentioned I can't trust Laurie's workpapers...she prepared them and pretended she knew what she was doing. I don't mean to sound happy about another material weakness but right now Kris is on my shitlist. I am sick of her wasting my time to accomdate her active personal schedule....sorry. I can't not go off because what she did today was shitty. I am going to go do what you are probably thinking...and breathe 😊.

LB    **Lou Brinkley (+16024059749)**    ▶ 8/21/2022, 1:07 AM

How did you read it? Omg, I was supposed to take it out.

KD    **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 1:08 AM

It is in the FS disclosures.

LB    **Lou Brinkley (+16024059749)**    ▶ 8/21/2022, 1:09 AM

Can you tell me what page?

KD    **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 1:09 AM

We talked about it and you told me Rene was beating herself up over it.  You could probably retract the email ... I don't imagine anyone else has read it.

LB    **Lou Brinkley (+16024059749)**    ▶ 8/21/2022, 1:10 AM

Yes we did. Ok. Let me try. Fuck!!!

KD    **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 1:10 AM

Bottom of 72

LB    **Lou Brinkley (+16024059749)**    ▶ 8/21/2022, 1:10 AM

Thanks!

KD    **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 1:11 AM

Does Pat know?

RDJ485990

**LB**  **Lou Brinkley (+16024059749)**    ▶ 8/21/2022, 1:12 AM

About the MW? I don't know. Kris is a liar so I never know. She told me too add the language but then today, said take it out. I never know the truth.

**KD**  **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 1:13 AM

Just asking as he didn't mention it to me.

**KD**  **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 1:13 AM

But he told me about the swap issue...

**KD**  **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 1:14 AM

Maybe she is trying to get out of it with CBH

**LB**  **Lou Brinkley (+16024059749)**    ▶ 8/21/2022, 1:14 AM

Maybe he doesn't know because she is probably still trying to play her numbers game to bury it.

**KD**  **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 1:15 AM

You can't bury the words....😊

**LB**  **Lou Brinkley (+16024059749)**    ▶ 8/21/2022, 1:20 AM

Hahaha....yes, you said it so much more professionally. She wouldn't give up trying though...that is for sure.  Kathy, where do you see it? I am not seeing it on page 72.

**KD**  **Kathy DeVillers (+17073310289)**    ◀ 8/21/2022, 1:24 AM

Sorry - I thought it was in the paragraph above the Material weakness header but now that I read it again it says there is an internal control weakness... not in the material weakness section... Sorry for the scare!

**LB**  **Lou Brinkley (+16024059749)**    ▶ 8/21/2022, 1:25 AM

Omg. Thank you!!! See you soon. Have a great night!

RDJ485991