# EXHIBIT 35

Message
_____

**From**:       KJohnston@vintagewineestates.com [KJohnston@vintagewineestates.com]
**Sent**:       1/3/2025 3:26:00 AM
**To**:         Amir Sadr [ASadr@vintagewineestates.com]; Louis Amoroso [Louis@fullglass.wine]
**Subject**:    RE: Full Glass Wine Company--Notice of Disagreement


Thanks for clarifying Amir

Louis – I just accepted your invite for tomorrow for a business led conversation; no counsel needed.

_____

**From:** Amir Sadr <ASadr@vintagewineestates.com>
**Sent:** Thursday, January 2, 2025 10:23 PM
**To:** Louis Amoroso <Louis@fullglass.wine>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>; Carl E. Black <ceblack@jonesday.com>; Rob Imeson <rob.imeson@fullglass.wine>; Julia V. Feldman <jfeldman@jonesday.com>; Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>; Bernard D. Bollinger Jr. <BBOLLINGER@buchalter.com>; Tanya Viner <tviner@buchalter.com>; Evan T. Kowalski <ekowalski@jonesday.com>; George M. Hunter <ghunter@jonesday.com>; Carl E. Black <ceblack@jonesday.com>; Julia V. Feldman <jfeldman@jonesday.com>; Bernard D. Bollinger Jr. <BBOLLINGER@buchalter.com>; Tanya Viner <tviner@buchalter.com>; Evan T. Kowalski <ekowalski@jonesday.com>; George M. Hunter <ghunter@jonesday.com>
**Subject:** Re: Full Glass Wine Company--Notice of Disagreement

Louis,

I believe Kris is hoping to have a direct conversation with the business representatives without counsel.  The goal is to avoid the additional expense of having counsel attend the call.

Sent from my iPhone, please excuse any typos.


On Jan 2, 2025, at 7:11 PM, Louis Amoroso <Louis@fullglass.wine> wrote:


Kris,

Just sent an invite for 3:30 pm EST.

Thanks,

Louis

_____

**From:** Kristina Johnston <KJohnston@vintagewineestates.com>
**Sent:** Thursday, January 2, 2025 8:58 PM
**To:** Louis Amoroso <louis@fullglass.wine>; Black, Carl E. <ceblack@jonesday.com>; Rob Imeson <rob.imeson@fullglass.wine>; Feldman, Julia V. <jfeldman@jonesday.com>
**Cc:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Johanna

RDJ477181

Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>; Bollinger, Jr., Bernard D. <BBOLLINGER@buchalter.com>; Viner, Tanya <tviner@buchalter.com>; Kowalski, Evan T. <ekowalski@jonesday.com>; Hunter, George M. <ghunter@jonesday.com>
**Subject:** RE: Full Glass Wine Company--Notice of Disagreement

Hi Louis – do you/rob have some time to discuss tomorrow?  I have the following availability:

1030-1pm EST
330-4pm EST

If those slots don't work I would appreciate you confirming alignment to extend until Monday January 6th (my only conflict is 2-230pm EST on 1/6).

Thanks!
Kris

---

**From:** Louis Amoroso <louis@fullglass.wine>
**Sent:** Thursday, January 2, 2025 9:41 PM
**To:** Black, Carl E. <ceblack@jonesday.com>; Rob Imeson <rob.imeson@fullglass.wine>; Feldman, Julia V. <jfeldman@jonesday.com>
**Cc:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>; Bollinger, Jr., Bernard D. <BBOLLINGER@buchalter.com>; Viner, Tanya <tviner@buchalter.com>; Kowalski, Evan T. <ekowalski@jonesday.com>; Hunter, George M. <ghunter@jonesday.com>
**Subject:** RE: Full Glass Wine Company--Notice of Disagreement

Carl,

What is the status of the below?  You stated -
- Let's extend the resolution date to 1/3/25, if that is acceptable to you.  We will reach out in advance of the extended date to schedule a call to discuss.

As we have not heard back from you guys and, thus, have not discussed, do you want to extend the resolution date until the end of next week (1/10/2025)?  If so, we can then schedule a time on Monday or Tuesday to discuss.

Best regards,

Louis

---

**From:** Louis Amoroso <louis@fullglass.wine>
**Sent:** Friday, December 27, 2024 1:42 PM
**To:** 'Black, Carl E.' <ceblack@jonesday.com>; Rob Imeson <rob.imeson@fullglass.wine>; 'Feldman, Julia V.' <jfeldman@jonesday.com>
**Cc:** 'Rodrigo de Oliveira' <RdeOliveira@vintagewineestates.com>; 'Amir Sadr' <ASadr@vintagewineestates.com>; 'Kristina Johnston' <KJohnston@vintagewineestates.com>; 'Johanna Stockham' <jstockham@vintagewineestates.com>; 'Stephen Wood' <swood@vintagewineestates.com>; 'Bollinger, Jr., Bernard D.' <BBOLLINGER@buchalter.com>; 'Viner, Tanya' <tviner@buchalter.com>; 'Kowalski, Evan T.' <ekowalski@jonesday.com>; 'Hunter, George M.' <ghunter@jonesday.com>
**Subject:** RE: Full Glass Wine Company--Notice of Disagreement

Carl,

RDJ477182

That sounds great.  We will wait to hear from you on proposed call times.  We are generally around and working between now and 1/3/2025 so let us know what day/times you are thinking.  In addition, if you and/or the team have any questions while reviewing the material that you would like clarification on prior to a call then please feel free to e-mail us.

Best regards,

Louis

**From:** Black, Carl E. <ceblack@jonesday.com>
**Sent:** Friday, December 27, 2024 1:33 PM
**To:** Rob Imeson <rob.imeson@fullglass.wine>; Feldman, Julia V. <jfeldman@jonesday.com>
**Cc:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>; Louis Amoroso <Louis@fullglass.wine>; Bollinger, Jr., Bernard D. <BBOLLINGER@buchalter.com>; Viner, Tanya <tviner@buchalter.com>; Kowalski, Evan T. <ekowalski@jonesday.com>; Hunter, George M. <ghunter@jonesday.com>
**Subject:** Re: Full Glass Wine Company--Notice of Disagreement

Rob, we will review.  Let's extend the resolution date to 1/3/25, if that is acceptable to you.  We will reach out in advance of the extended date to schedule a call to discuss.

**From:** Rob Imeson <rob.imeson@fullglass.wine>
**Sent:** Friday, December 27, 2024 12:13:22 PM
**To:** Feldman, Julia V. <jfeldman@jonesday.com>
**Cc:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>; Black, Carl E. <ceblack@JonesDay.com>; Amir Sadr <ASadr@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>; Louis Amoroso <Louis@fullglass.wine>; Bollinger, Jr., Bernard D. <BBOLLINGER@buchalter.com>; Viner, Tanya <tviner@buchalter.com>; Kowalski, Evan T. <ekowalski@jonesday.com>; Hunter, George M. <ghunter@jonesday.com>
**Subject:** Re: Full Glass Wine Company--Notice of Disagreement

Julia,

We have reviewed your email (below) dated December 19 which is in response to our Disapproval Notice provided to you on December 6, 2024.  We appreciate your acknowledgement of the fact that 5,256 units at Western Wine Services were never there and further that you have made an adjustment to reflect that fact.  We did not know about this issue until after our Disapproval Notice but have made the adjustment to our records in accordance with that information.

Unfortunately, the discrepancy at Western Wine Services is not a one-off but rather appears to be systemic and consistent with what we have uncovered throughout the Vintage Wine Estates operations.  Generally speaking, there have been some incremental sku discrepancies related to the product that has been transferred.  However, the most significant issue is the fact that, as has been noted with respect to Western Wine Services, the starting inventory in each location is significantly less than what was represented on the APA.

I am attaching our latest reconciliation by warehouse and sku for your consideration and review.  At the current time, we have adjusted our count to 285,732 cases plus the quantity that is in quarantine at Alexander Valley Cellars that, you will recall, was shipped on one BOL just before the end of last

RDJ477183

month.  Originally, we were told that BOL represented over 28k cases.  However, that was later revised to 24k by the VWE team and our own count was 20,384. At that point, we tentatively agreed with Rodrigo to a compromise of 22,000 cases.  Unfortunately, upon closer inspection, it appears that the reality is far different.  To put it politely, the product that was shipped on the single BOL at the end of December is a complete mess (see attached photos above).  To date, our team of three has spent 12 days—which has cost us thousands of dollars—going case by case to try to clean it up and categorize it correctly.  We have approximately a week to go before the counting is completed but can provide the following insight from what we have learned so far:

1.      A significant number of pallets have included cases with only a few bottles.

2.      Multiple pallets have included cases with bottles that have been broken or damaged beyond recognition.

3.      Almost 1,200 cases have been identified as wine that is not on the APA.  Most of it is unsaleable and none of it is of any use to us.

4.      We have found multiple pallets of dry goods and popcorn gift packs as well as 496 cases of olive oil and vinegar—none of which has value to us.

5.      There were several pallets that included unfinished wine in metal containers that has nothing to do with Full Glass.  This is basically garbage.

6.      In summary, we have now accounted for 16,515 cases of wine and have an estimated 2,400 cases still to categorize.  Of the current total, 1,200 cases are wines not included on the APA which lowers the count from the single BOL to 15,315.  We estimate that the maximum we will be able to include from the as yet uncounted pallets is 2,000 cases which means the reality is that the number attributable to the single BOL is a maximum of 17,315 rather than the 22,000 which we originally discussed with Rodrigo.  All in, our current best estimate is that there is a total of 285,732 cases (as detailed by SKU on the attached) plus a maximum of 17,315 from the quarantined wines for a total of 303,047 cases.  The APA specified 355,082 cases so the difference at this point is 52,035 cases which, at $2.00 per case, totals $104,070.  Additionally, the parties agreed to a $20,000 payment to Full Glass as an offset of the warehouse charges so, assuming agreement, the total that should be delivered to Full Glass from the escrow account should be $124,070 assuming no further adjustments.  However, we would like to discuss the disposition of the wine from Concourse that was not on our APA and for which we have paid storage and we must now pay to have destroyed.  Further, there are a total of 68,892 bottles of O'Leary wines on the VWE inventory list (which we are expressly forbidden to buy) that was provided by the VWE team.  We haven't included it in our inventory calculation. However, some of it is in the quarantine wines and once we finish the count we will have a final number that needs to be destroyed and there will be a cost associated with completing that destruction.

In any case, we look forward to discussing with you.  Today is the deadline for us to reach an agreement or select a third party to audit the inventory and provide both parties with a final number.  Our side is open to meeting you today to review and settle on the number, pushing the deadline to give you more time to review or going ahead with the appointment of an auditor.  Please let us know your thinking as soon as possible and we will plan accordingly.

Thanks much.

Best,

Regards

RDJ477184

**From:** Feldman, Julia V. <jfeldman@jonesday.com>
**Sent:** Thursday, December 19, 2024 5:02 PM
**To:** Rob Imeson <rob.imeson@fullglass.wine>; Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Black, Carl E. <ceblack@jonesday.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>; Louis Amoroso <Louis@fullglass.wine>; Bollinger, Jr., Bernard D. <BBOLLINGER@buchalter.com>; Viner, Tanya <tviner@buchalter.com>; Amir Sadr (ASadr@vintagewineestates.com) <ASadr@vintagewineestates.com>; Kowalski, Evan T. <ekowalski@jonesday.com>; Hunter, George M. <ghunter@jonesday.com>
**Subject:** RE: Full Glass Wine Company--Notice of Disagreement

Rob,

We've reviewed your Disapproval Notice. Capitalized terms have the meanings given to them in the APA.  This email constitutes our client's Notice of Disagreement pursuant to Section 3.4(b) of the APA.

With respect to your Disapproval Notice, VWE is willing to agree to a credit of 5,256 units (438 cases) to Purchaser, due to an inventory discrepancy on VWE's Closing Date Cased Goods Number regarding cased goods stored at Western Wine Services.

VWE does not agree with your assertion that you should be credited for 301,176 total units, which would constitute a discrepancy of 53,886 cases. According to VWE's calculations, there were 4,054,090 units of finished goods as of the Closing, which is approximately equivalent to 337,692 total cases of wine stored across 14 different locations.

For your awareness, all reports used to compile the documents and analyses presented were provided by GLC Advisors & Co., LLC and extracted from the VWE ERP system by the VWE IT team based on BOLs (sales and transfers orders). To ensure greater accuracy, we recommend you supply an inventory report detailing SKU information and quantities received by location (from/to) and corresponding BOLs (Bill of Landing). **Please provide this information by tomorrow afternoon**.

In summary, VWE is willing to credit Purchaser 5,256 units (438 cases), but otherwise disagrees with the calculations outlined in your Disapproval Notice.

We reserve all rights.

Thanks,

Julia


Julia V.S. Feldman
**JONES DAY® - One Firm Worldwide℠**
250 Vesey Street
New York, NY 10281-1047
Office: +1.212.326.3694
Cell:  +1.646.247.6768
jfeldman@jonesday.com

RDJ477185

**From:** Rob Imeson <rob.imeson@fullglass.wine>
**Sent:** Tuesday, December 10, 2024 7:20 PM
**To:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Black, Carl E. <ceblack@jonesday.com>; Feldman, Julia V. <jfeldman@jonesday.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>; Louis Amoroso <Louis@fullglass.wine>; Bollinger, Jr., Bernard D. <BBOLLINGER@buchalter.com>; Viner, Tanya <tviner@buchalter.com>
**Subject:** Re: Full Glass Wine Company--Disapproval Notice


Rodrigo,


Looping in Louis, Bo and Tanya.

It appears that all the wine has now been accounted for and it seems like 301k number we provided would indicate that the original numbers on the APA in the major warehouses (Ray's Station, Concourse and Ohio) had to be incorrect based upon the physical inventories we completed last Friday in each location and also including inventory shipped out to other locations.


If the team wants to pursue the issue further, I recommend that VWE conduct a physical inventory (as we did) in both Ohio and AVC, then add all the wine that has shipped to third parties to confirm the final number. It might take a bit of time, but it shouldn't be difficult, and the numbers are what they are. One additional point I would like to make is that, as we go through the 22-24K cases of inventory in "quarantine" at AVC, we are finding significant numbers of dry goods and product that is not ours but that we now have to pay for transport and destruction costs in addition to the fact that the real number of actual product is even lower than we have agreed below.


Please let me know how you want to proceed and we will assist and accomodate in every way that we can.


Best,


Rob


---

**From:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>
**Sent:** Tuesday, December 10, 2024 12:09 PM
**To:** Rob Imeson <rob.imeson@fullglass.wine>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Black, Carl E. <ceblack@jonesday.com>; Feldman, Julia V. <jfeldman@jonesday.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>
**Subject:** RE: Full Glass Wine Company--Disapproval Notice


Hi @Rob Imeson
Please see enclosed all BOLs out of Ohio. We did an investigation on the Lake Forest, and it was an issue with our system/report, the products were shipped to COBLESKILL. Can you please confirm receipt of the BOLs?


Sincerely,

RDJ477186

**Rodrigo de Oliveira**

Head of Operations

&lt;image001.png&gt;

205 Concourse Blvd., Santa Rosa, CA 95403

P 707.921.2843 | M 714.473.1421|

---

**From:** Rob Imeson &lt;rob.imeson@fullglass.wine&gt;
**Sent:** Monday, December 9, 2024 7:49 PM
**To:** Rodrigo de Oliveira &lt;RdeOliveira@vintagewineestates.com&gt;
**Cc:** Kristina Johnston &lt;KJohnston@vintagewineestates.com&gt;; Amir Sadr &lt;ASadr@vintagewineestates.com&gt;; Black, Carl E. &lt;ceblack@jonesday.com&gt;; Feldman, Julia V. &lt;jfeldman@jonesday.com&gt;; Johanna Stockham &lt;jstockham@vintagewineestates.com&gt;; Stephen Wood &lt;swood@vintagewineestates.com&gt;
**Subject:** Re: Full Glass Wine Company--Disapproval Notice

Hey Rodrigo,

Thanks for this.  I am looping in Parker and Dale who are managing the inventory from our side.  At first blush, it looks like you are counting some of the inventory twice.  For example, the wine that you show shipping from Concourse to Dallas actually went to AVC   and they have counted it there.  Also, I have no idea what could have gone to Lake Forest as we do not have a facility there.

In any case, our team will review further and get back in the AM.  Will you still be available?  I can talk tonight if we need to do that.

Thanks,

Rob

---

**From:** Rodrigo de Oliveira &lt;RdeOliveira@vintagewineestates.com&gt;
**Sent:** Monday, December 9, 2024 5:11 PM
**To:** Rob Imeson &lt;rob.imeson@fullglass.wine&gt;
**Cc:** Kristina Johnston &lt;KJohnston@vintagewineestates.com&gt;; Amir Sadr &lt;ASadr@vintagewineestates.com&gt;; Black, Carl E. &lt;ceblack@jonesday.com&gt;; Feldman, Julia V. &lt;jfeldman@jonesday.com&gt;; Johanna Stockham &lt;jstockham@vintagewineestates.com&gt;; Stephen Wood &lt;swood@vintagewineestates.com&gt;
**Subject:** RE: Full Glass Wine Company--Disapproval Notice

Hi @Rob Imeson

Kindly find attached my email to AVC. As highlighted, unless I have misunderstood their report, several BOLs are not included in AVC's records. Additionally, there are BOLs that we shipped to other locations which cannot be registered by AVC. The summary below shows what we shipped out of Concourse and Ohio:

| From - Location Name | Ship to | # of cases shipped |
|---|---|---|

RDJ477187

| | | Finished Goods |
|---|---|---|
| **Concourse** | AMERICAN CANYON | 345 |
| | COBLESKILL | 3,600 |
| | DALLAS | 3,597 |
| | EARTH CITY | 2,400 |
| | VACAVILLE | 1,200 |
| | WINDSOR \| AVC | 71,903 |
| **Ohio** | COBLESKILL | 9,024 |
| | EARTH CITY | 6,651 |
| | LAKE FOREST | 478 |
| | VACAVILLE | 6,341 |
| **Grand Total** | | 105,539 |

| | | #of eaches shipped |
|---|---|---|
| **From - Location Name** | **Ship to** | **Packaging only** |
| **Concourse** | WINDSOR \| AVC | 147,834 |

I have added you to the other thread so that you are up to speed on the findings.


Sincerely,

**Rodrigo de Oliveira**
Head of Operations


<image001.png>


205 Concourse Blvd., Santa Rosa, CA 95403
P 707.921.2843 | M 714.473.1421|

---

**From:** Rob Imeson <rob.imeson@fullglass.wine>
**Sent:** Monday, December 9, 2024 10:34 AM
**To:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Black, Carl E. <ceblack@jonesday.com>; Feldman, Julia V. <jfeldman@jonesday.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>
**Subject:** Re: Full Glass Wine Company--Disapproval Notice


Rodrigo,


Perfect!  Let me know if you need anything else from my side.  I am pretty open this afternoon in anticipation of a reconciliation call with you.

RDJ477188

Best,

Rob

---

**From:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>
**Sent:** Monday, December 9, 2024 11:21 AM
**To:** Rob Imeson <rob.imeson@fullglass.wine>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Black, Carl E. <ceblack@jonesday.com>; Feldman, Julia V. <jfeldman@jonesday.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>
**Subject:** RE: Full Glass Wine Company--Disapproval Notice

Hi @Rob Imeson

I just called and asked for the report, he will send it in the next couple of hours.

Sincerely,

**Rodrigo de Oliveira**

Head of Operations

<image001.png>

205 Concourse Blvd., Santa Rosa, CA 95403
P 707.921.2843 | M 714.473.1421|

---

**From:** Rob Imeson <rob.imeson@fullglass.wine>
**Sent:** Monday, December 9, 2024 10:01 AM
**To:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Black, Carl E. <ceblack@jonesday.com>; Feldman, Julia V. <jfeldman@jonesday.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>
**Subject:** Re: Full Glass Wine Company--Disapproval Notice

Rodrigo,

Thanks for yours. I think you should have the everything except what was shipped to AVC, correct? Could you speak with Raul as to the best way to get that information? They can provide it but need some guidance as I understand it.

Best,

Rob

RDJ477189

**From:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>
**Sent:** Monday, December 9, 2024 10:18 AM
**To:** Rob Imeson <rob.imeson@fullglass.wine>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Black, Carl E. <ceblack@jonesday.com>; Feldman, Julia V. <jfeldman@jonesday.com>; Johanna Stockham <jstockham@vintagewineestates.com>; Stephen Wood <swood@vintagewineestates.com>
**Subject:** RE: Full Glass Wine Company--Disapproval Notice


Hi @Rob Imeson

I hope this message finds you well. I wanted to kindly remind you that today is my last day. Once we receive the list of BOLs from Full Glass' 3PLs, we will be able to compare them with the system reports from VWE.


Sincerely,


**Rodrigo de Oliveira**
Head of Operations


<image001.png>


205 Concourse Blvd., Santa Rosa, CA 95403
P 707.921.2843 | M 714.473.1421|


**From:** Rob Imeson <rob.imeson@fullglass.wine>
**Sent:** Friday, December 6, 2024 5:08 PM
**To:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Black, Carl E. <ceblack@jonesday.com>; Feldman, Julia V. <jfeldman@jonesday.com>
**Subject:** Re: Full Glass Wine Company--Disapproval Notice


Rodrigo,

Thanks for yours. I think the most likely reason for the discrepancy is that starting inventory at Concourse, Ray's Station and Ohio was perhaps not what we thought it was at the outset (when we executed the APA). We know the inventory in Ohio now and we also have a very good idea of what is at AVC. Further, we have provided POs and variance reports for everything shipped to WineShipping. If you could provide BOLs from Concourse and Ray's so we can compare with what they show arriving, I think that would give us a clear picture.

I understand that you are gone on Monday and that time is short but we are really hopefully we can get to a resolution before you go—it is going to be much more difficult after you are out.

Have a great weekend!

Best,

Rob

RDJ477190

**From:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>
**Sent:** Friday, December 6, 2024 5:47 PM
**To:** Rob Imeson <rob.imeson@fullglass.wine>
**Cc:** Kristina Johnston <KJohnston@vintagewineestates.com>; Amir Sadr <ASadr@vintagewineestates.com>; Black, Carl E. <ceblack@jonesday.com>; Feldman, Julia V. <jfeldman@jonesday.com>
**Subject:** RE: Full Glass Wine Company--Disapproval Notice

Hi @Rob Imeson

Thank you for your time today. As discussed, I recommend that AVC and Wine Shipping provide a list of the BOLs received. As I mentioned, we transferred the equivalent of 84K cases from Concourse and 23K cases from Ohio. Of these, only 24K cases from Concourse were moved without BOL (over the course of two working days last week). All other cases were accompanied by a BOL for each truck, both for departure and arrival at the facilities.

Since AVC did not receive the items at the SKU level to verify the quantities, reconciling the inventory is not feasible. The most effective starting point will be to use the BOLs for this process. As my last day is Monday, I will leave it to the legal team to determine the best course of action for resolving this matter. Once we receive the list of BOLs from the 3PL, we can compare them with the system reports.

Wishing you a great weekend!

Sincerely,

**Rodrigo de Oliveira**
Head of Operations

<image001.png>

205 Concourse Blvd., Santa Rosa, CA 95403
P 707.921.2843 | M 714.473.1421|

---

**From:** Rob Imeson <rob.imeson@fullglass.wine>
**Sent:** Friday, December 6, 2024 3:51 PM
**To:** Rodrigo de Oliveira <RdeOliveira@vintagewineestates.com>
**Subject:** Fw: Full Glass Wine Company--Disapproval Notice

Rodrigo,

Thanks for the call. Attached are the details provided to the attorneys. Sorry I did not get it to you earlier. As per the conversation, I have reached out to Marci at AVC and they scan every BOL into their system. If you can provide them with the all the BOL's from Concourse and Ray's Station, they will be able to do a check to see if any are missing but it is a lot harder for them to go through the portal and pull the entire list of BOL's received from VWE. Is it possible for you to do that?

RDJ477191

I am also attaching a list of all the PO's that went to WineShipping which includes a variance that was provided back to us by WineShipping on receipt.  Does that work?

I have a dinner tonight, but I will be in over the weekend if we need to continue the conversation.

I think we are getting there!

Rob

---

**From:** Rob Imeson <rob.imeson@fullglass.wine>
**Sent:** Friday, December 6, 2024 2:58 PM
**To:** Black, Carl E. <ceblack@jonesday.com>; Feldman, Julia V. <jfeldman@jonesday.com>; Amir Sadr <ASadr@vintagewineestates.com>; Kristina Johnston <KJohnston@vintagewineestates.com>
**Cc:** Bollinger, Jr., Bernard D. <BBOLLINGER@buchalter.com>; Viner, Tanya <tviner@buchalter.com>; Louis Amoroso <Louis@fullglass.wine>
**Subject:** Full Glass Wine Company--Disapproval Notice

All,

Please consider this email our formal Notice of Disapproval with respect to the inventory count.  The APA shows that there was 355,062 cases at the time of the close but our detailed review (attached) shows a total of 301,176, a discrepancy of 53,886 cases.  This includes the agreed estimate of quarantined wine at AVC of 22,000 cases as well as 650 cases of shiners at AVC that have not yet been entered into inventory at that facility.

| 12.6.24 | |
|---|---:|
| Current Case Count | 278,526 |
| Shinners and Quarantine | 22,650 |
| **Total Cases** | **301,176** |

Please let us know next steps.  Our team will prioritize the opportunity to review with your team as quickly as possible in order that the matter can be resolved and closed quickly.

Best,

Rob Imeson

RDJ477192

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

RDJ477193