# EXHIBIT 38

| | |
|---|---|
| **From:** | John Roberts |
| **To:** | Amir Soleimanpour |
| **Subject:** | Fw: Vintage Wine - Section 8.2(l) Notice |
| **Date:** | Friday, December 5, 2025 3:09:58 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

FYI

**From:** Eisentrout, Robert H. <REisentrout@foxrothschild.com>
**Sent:** Friday, December 5, 2025 3:06 PM
**To:** John Roberts <JRoberts@glancylaw.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Pavithra Rajesh <PRajesh@glancylaw.com>; Liebesman, Sidney S. <SLiebesman@foxrothschild.com>; Sweet, Michael A. <MSweet@foxrothschild.com>
**Subject:** RE: Vintage Wine - Section 8.2(l) Notice


Thank you, John. We de-designate the 29 documents in the folder below as confidential.

## Robert H. Eisentrout
### Associate

**Fox Rothschild LLP**

📍 Philadelphia
📞 (215) 299-2879
✉ reisentrout@foxrothschild.com


**From:** John Roberts <JRoberts@glancylaw.com>
**Sent:** Tuesday, December 2, 2025 6:57 PM
**To:** Eisentrout, Robert H. <REisentrout@foxrothschild.com>; Liebesman, Sidney S. <SLiebesman@foxrothschild.com>
**Cc:** Casey Sadler <CSadler@glancylaw.com>; Pavithra Rajesh <PRajesh@glancylaw.com>
**Subject:** [EXT] Vintage Wine - Section 8.2(l) Notice

Robby and Sid,

Hope all is well. Plaintiffs just wanted to give you advance notice, pursuant to Section 8.2(l) of the Protective Order in this case, that they intend to use certain documents designated confidential by you in an upcoming opposition to a motion to compel filed by Defendants. We will be filing Monday, December 8, under seal.  We may not use all the documents, but wanted to be safe. Here's a link to the documents:

🗀 Liquidating Trustee - Section 8.2(l) Notice

I'm also reattaching the Protective Order(s) for you, so you can review the standard and procedure. Under the protective order, the Trustee, as the designating party, must file a declaration establishing sufficient justification for the sealing, or else the Court may unseal the documents. Please let us know if the Trustee is willing to de-designate any of the following documents.

Let me know if you need anything else.

Thanks,
John

John C. Roberts Jr.
Of Counsel
GLANCY PRONGAY & MURRAY, LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Phone: 310-201-9150
Cell: 312-961-8832
(Licensed in Washington and Illinois)

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.