# EXHIBIT 1

## DECLARATION OF CUSTODIAN OF RECORDS

STATE OF TEXAS          )
                   ) ss.

County of Travis        )

    1.     I am a duly authorized custodian of records described in the attached request for records and I have authority to certify the records.

    2.     Attached is a true copy of all the records described in the request for records which comprises _0_ pages.

    3.     The attached records were:

        (a)    Made at or near the time of the occurrence of the matters set forth by, or from information by, a person with knowledge of those matters;

        (b)    Kept in the course of the regularly conducted activity; and

        (c)    Made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this _7th_ day of ~~September~~ October, 2025.

_____

Custodian of Records and/or Robert Fernandez

4903-0866-0574

## DECLARATION OF CUSTODIAN OF RECORDS

STATE OF CALIFORNIA      )
                                 ) ss.
County of Mendocino      )

1.     I am a duly authorized custodian of records described in the attached request for records and I have authority to certify the records.

2.     Attached is a true copy of all the records described in the request for records which comprises $\mathcal{O}$ pages.

3.     The attached records were:

(a)     Made at or near the time of the occurrence of the matters set forth by, or from information by, a person with knowledge of those matters;

(b)     Kept in the course of the regularly conducted activity; and

(c)     Made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this __19__ day of September, 2025.

_____
Custodian of Records and/or Jonas Anderson

4932-4880-2142

# DECLARATION OF CUSTODIAN OF RECORDS

STATE OF CALIFORNIA          )
                             ) ss.
County of Mendocino          )

1.    I am a duly authorized custodian of records described in the attached request for records and I have authority to certify the records. *none*

2.    Attached is a true copy of all the records described in the request for records which comprises Ø pages. *none*

3.    The attached records were:

    (a)    Made at or near the time of the occurrence of the matters set forth by, or from information by, a person with knowledge of those matters;

    (b)    Kept in the course of the regularly conducted activity; and

    (c)    Made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this __3__ day of September, 2025.

_____
Custodian of Records and/or Nancy B. Walker

4926-2614-4606

**RECEIVED**
Snell & Wilmer LLP
**Oct 14, 2025**

## DECLARATION OF CUSTODIAN OF RECORDS

STATE OF CALIFORNIA      )
                            ) ss.
County of Sonoma          )

1.     I am a duly authorized custodian of records described in the attached request for records and I have authority to certify the records.

2.     Attached is a true copy of all the records described in the request for records which comprises __ pages.

3.     The attached records were:

     (a)     Made at or near the time of the occurrence of the matters set forth by, or from information by, a person with knowledge of those matters;

     (b)     Kept in the course of the regularly conducted activity; and

     (c)     Made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this __7__ day of ~~September~~ October, 2025.

_____
Custodian of Records and/or Susan K. Barclay

4897-8515-9006