ANDREW R. MUEHLBAUER
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel: (702) 330-4505
Fax: (702) 825-0141
*andrew@mlolegal.com*

*Liaison Counsel for Lead Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants. | Case No. 2:22-cv-01915-GMN-DJA<br><br>**STIPULATION FOR STAY OF CASE DEADLINES DUE TO SETTLEMENT**<br><br>**(FIRST REQUEST)** |

WHEREAS, in an attempt to settle the above-captioned action (the "Action"), counsel for Lead plaintiffs Marilyn Ezzes and Jeffrey A. Davies ("Lead Plaintiffs"), and additional plaintiff Michael F. Salbenblatt (together, with Lead Plaintiffs, "Plaintiffs"), and defendants Patrick Roney, Katherine DeVillers, and Kristina Johnston (together, "Defendants," with Plaintiffs, the "Parties"), participated in a mediation on December 3, 2025 in White Plains, New York with Jed Melnick, Esq. of JAMS as mediator;

WHEREAS, while the mediation did not result in an agreement to settle the Action, the Parties continued settlement discussions with the mediator in the weeks thereafter;

WHEREAS, the mediator issued a proposal to settle the Action, which all Parties ultimately accepted;

WHEREAS, following the acceptance of the mediator's proposal, the Parties negotiated a binding term sheet that set out the material terms of a settlement;

WHEREAS, the Parties respectfully request that the Court stay all deadlines in the Action, including taking off calendar the currently scheduled discovery hearing set for January 21, 2026; and

WHEREAS, (1) Plaintiffs anticipate filing a Motion for Preliminary Approval, along with a Stipulation and Agreement of Settlement and the several documents related thereto (including the Preliminary Approval Order, Long Notice, Summary Notice, Postcard Notice, Claim Form, and Judgment), in approximately ninety (90) days; and (2) this process will entail, *inter alia*, substantial negotiation, review by multiple parties, and work with a damages expert to draft the proposed plan of allocation.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to Court approval, that:

(1)     this Action be stayed for the foregoing reasons; and

(2)     Plaintiffs will file their Motion for Preliminary Approval on or before April 14, 2026, or, if the Parties cannot meet that deadline, the Parties will submit a joint status report providing the Court with an update at that time.

Dated:  January 14, 2026

By:  */s/ Andrew R. Muehlbauer*
Andrew R. Muehlbauer
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel: (702) 330-4505
*andrew@mlolegal.com*

*Liaison Counsel for Lead Plaintiffs*

Casey E. Sadler (pro hac vice)
 *csadler@glancylaw.com*
Pavithra Rajesh
 *prajesh@glancylaw.com*
John C. Roberts (pro hac vice)
 *jroberts@glancylaw.com*
Amir A. Soleimanpour
 *asoleimanpour@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150

*Lead Counsel for Lead Plaintiffs*

Jeffrey C. Block (pro hac vice)
 *jeff@blockleviton.com*
Jacob Walker
 *jake@blockleviton.com*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600

*Counsel for Additional Plaintiff Michael F. Salbenblatt*

2

By: */s/ Joseph G. Adams*
Brian R. Reeve
 *breeve@swlaw.com*
**SNELL & WILMER LLP**
1700 S Pavilion Center Dr., Ste 700
Las Vegas, NV 89135
Tel: (702) 784-5200

Joseph G. Adams (pro hac vice)
 *jgadams@swlaw.com*
Jennifer Hadley Catero (pro hac vice)
 *jcatero@swlaw.com*
Zachary Schroeder (pro hac vice)
 *zschroeder@swlaw.com*
**SNELL & WILMER LLP**
1 E Washington St, Ste 2700,
Phoenix, AZ 85004-2556
Tel: (602) 382-6000

*Attorneys for Defendants Patrick Roney,
Katherine DeVillers, and Kristina Johnston*

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 107) is GRANTED.  IT IS FURTHER ORDERED that the hearing set for January 21, 2026, is **VACATED** and the underlying motion to compel (ECF No. 102) is DENIED AS MOOT.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 14, 2026

3