Andrew R. Muehlbauer
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel: (702) 330-4505
Fax: (702) 825-0141
*andrew@mlolegal.com*

*Liaison Counsel for Lead Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VINTAGE WINE ESTATES, INC., PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSTON,<br><br>Defendants. | Case No. 2:22-cv-01915-GMN-DJA<br><br>**JOIN STATUS REPORT AND [PROPOSED] ORDER** |

Pursuant to the Court's Order entered January 14, 2026 (ECF No. 108), lead plaintiffs Marilyn Ezzes and Jeffrey A. Davies ("Lead Plaintiffs"), and additional plaintiff Michael F. Salbenblatt (together, with Lead Plaintiffs, "Plaintiffs"), and defendants Patrick Roney, Katherine DeVillers, and Kristina Johnston (together, "Defendants," with Plaintiffs, the "Parties"), respectfully submit this Joint Status Report to update the Court on the status of the settlement.

The Parties have exchanged drafts and been diligently negotiating the Stipulation and Agreement of Settlement and several documents related thereto, including the proposed Preliminary Approval Order, Long Notice, Summary Notice, Postcard Notice, Claim Form, Judgment, and Supplemental Agreement.  In addition, Plaintiffs have worked with a consulting damages expert to craft the proposed plan of allocation of the net settlement fund, have solicited bids and, subject to Court approval, retained a claims administrator, and are continuing to draft the Preliminary Approval Motion and supporting papers.

Having met and conferred, the Parties believe that they will be able to finish documenting the settlement, which requires input from several constituencies, including Defendants' D&O liability insurers, and file the Motion for Preliminary Approval by May 12, 2026.  Accordingly, the Parties respectfully request that the Court order Plaintiff to file the Motion for Preliminary Approval by May 12, 2026, or, if the Parties cannot meet that deadline, for the Parties to jointly provide the Court with an update at that time.

Dated:  April 14, 2026

By: */s/ Andrew R. Muehlbauer*

Andrew R. Muehlbauer
Nevada Bar No. 10161
  *andrew@mlolegal.com*
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel: (702) 330-4505

*Liaison Counsel for Lead Plaintiffs*

Casey E. Sadler (*pro hac vice*)
  *csadler@glancylaw.com*
Pavithra Rajesh
  *prajesh@glancylaw.com*
John C. Roberts (*pro hac vice*)

1

*jroberts@glancylaw.com*
Amir A. Soleimanpour
 *asoleimanpour@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150

*Lead Counsel for Lead Plaintiffs*

Jeffrey C. Block (*pro hac vice*)
 *jeff@blockleviton.com*
Jacob Walker
 *jake@blockleviton.com*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel: (617) 398-5600

*Counsel for Additional Plaintiff Michael F. Salbenblatt*

By:  */s/ Joseph G. Adams*
Brian R. Reeve
 *breeve@swlaw.com*
**SNELL & WILMER LLP**
1700 S Pavilion Center Dr., Ste 700
Las Vegas, NV 89135
Tel: (702) 784-5200

Joseph G. Adams (*pro hac vice*)
 *jgadams@swlaw.com*
Jennifer Hadley Catero (*pro hac vice*)
 *jcatero@swlaw.com*
Zachary Schroeder (*pro hac vice*)
 *zschroeder@swlaw.com*
**SNELL & WILMER LLP**
1 E Washington St, Ste 2700,
Phoenix, AZ 85004-2556
Tel: (602) 382-6000

*Attorneys for Defendants Patrick Roney, Katherine DeVillers, and Kristina Johnston*

2

**IT IS SO ORDERED** that Plaintiff shall have until May 12, 2026, within which to file a Motion for Preliminary Approval.

DATED: 4/20/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE