Bradley T. Austin, Esq. (Nevada Bar #13064)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile:  702.784.5252
Email:  baustin@swlaw.com

Joseph G. Adams *(Pro Hac Vice)*
Zachary G. Schroeder *(Pro Hac Vice)*
Jennifer Hadley Catero *(Pro Hac Vice)*
SNELL & WILMER L.L.P.
1 East Washington Street, Suite 2700
Phoenix, Arizona 85004
Telephone: 602.382.6000
Facsimile:  602.382.6070
jgadams@swlaw.com
zschroeder@swlaw.com
jcatero@swlaw.com
hkfleming@swlaw.com

*Attorneys for Defendants Patrick Roney,*
*Katherine Devillers, and Kristina Johnson*

<div style="text-align:left; font-style:italic;">Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200</div>

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN EZZES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK RONEY, KATHERINE DEVILLERS, and KRISTINA JOHNSON,<br><br>Defendants. | Case No. 2:22-cv-01915-GMN-DJA<br>**MOTION TO WITHDRAW** ~~**NOTICE OF DISASSOCIATION**~~ **OF COUNSEL FOR PATRICK RONEY, KATHERINE DEVILLERS, AND KRISTINA JOHNSON** |

Defendants Patrick Roney, Katherine DeVillers, And Kristina Johnston (collectively "Defendants") give notice that Brian R. Reeve is no longer associated with the law firm of Snell & Wilmer L.L.P. and is accordingly disassociated as counsel for defendants. Bradley T. Austin,

Joseph G. Adams, Zachary G. Schroeder and Jennifer Hadley Catero, of Snell & Wilmer L.L.P., will continue their representation of defendants in the above-captioned matter.

Dated: April 20, 2026                    Respectfully submitted,

                                         SNELL & WILMER L.L.P.


                                         By:  */s/ Bradley Austin*
                                              Bradley T. Austin (Nevada Bar #13064)
                                              1700 South Pavilion Center Drive, Suite 700
                                              Las Vegas, Nevada 89135-1865

                                              Joseph G. Adams (*Pro Hac Vice*)
                                              Zachary G. Schroeder (*Pro Hac Vice*)
                                              Jennifer Hadley Catero (*Pro Hac Vice*)
                                              1 East Washington Street, Suite 2700
                                              Phoenix, Arizona 85004

                                              *Attorneys for Defendants Patrick Roney,*
                                              *Katherine Devillers, and Kristina Johnson*


IT IS SO ORDERED.  The Clerk is kindly directed to terminate attorney Brian R. Reeve and remove him from CM/ECF so that he no longer receives electronic service of materials filed in this case.

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 4/21/2026

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200

- 2 -

4907-8993-8338

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I electronically transmitted the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL FOR PATRICK RONEY, KATHERINE DEVILLERS, AND KRISTINA JOHNSON** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ Laurie McConnell
An employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200

- 3 -

4907-8993-8338