**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Marilyn Ezzes, Individually and on Behalf of All Others Similarly Situated,

              Plaintiff(s),

    vs.

Vintage Wine Estates, Inc., Patrick Roney, Katherine Devillers, and Kristina Johnston,

              Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:22-cv-01915-GMN-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Casey E. Sadler_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Glancy Prongay Wolke & Rotter LLP
_____
(firm name)

with offices at _____1925 Century Park East, Suite 2100_____,
(street address)

____Los Angeles____, ____California____, ____90067____,
(city)              (state)          (zip code)

____310-201-9150____, ____csadler@glancylaw.com____.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Plaintiffs Marilyn Ezzes and Jeffrey Davies to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.      That since _____12/03/2010_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| Central District of California | 12/20/2010 | Cal Bar 274241 |
| Southern District of California | 01/21/2011 | Cal Bar 274241 |
| Northern District of California | 02/15/2011 | Cal Bar 274241 |
| Ninth Circuit of Appeals | 04/09/2012 | N/A |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                  )
COUNTY OF _____Los Angeles_____ )

_____Casey E. Sadler_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_22nd_ day of _April_____, _2026_.

_____
Notary Public or Clerk of Court

MICHELLE NICOLE
LEIVA MEJIA
Notary Public Com. # 2521904
Los Angeles County, Calif.
Comm. Expires June 1, 2029

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _Andrew R. Muehlbauer, Esq._,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____7915 West Sahara Avenue, Suite 104_____,
(street address)

___Las Vegas___, ___Nevada___, __89117__,
(city)            (state)        (zip code)

___702-330-4505___, ___andrew@mlolegal.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Andrew R. Muehlbauer, Esq._____ as
        (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Marilyn Ezzes*
(party's signature)

Plaintiff Marilyn Ezzes
(type or print party name, title)

*Jeffrey A. Davies*
(party's signature)

Plaintiff Jeffrey Davies
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

10161                    andrew@mlolegal.com
Bar number               Email address

APPROVED:

Dated: this __23__ day of _____April_____, 20__26__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *CASEY EDWARDS SADLER*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that CASEY EDWARDS SADLER, #274241, was on the 3rd day of December 2010 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 22nd day of April 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:_____
*LaNae Brooks, Senior Deputy Clerk*