**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Marilyn Ezzes, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff(s),

  vs.

Vintage Wine Estates, Inc., Patrick Roney, Katherine Devillers, and Kristina Johnston,

    Defendant(s).

Case #2:22-cv-01915-FMN-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Brendan T. Jarboe_____, Petitioner, respectfully represents to the Court:
  (name of petitioner)

  1. That Petitioner is an attorney at law and a member of the law firm of

Block & Leviton LLP
(firm name)

with offices at _____260 Franklin Street, Suite 1860_____,
          (street address)

_____Boston_____, _____Massachusetts_____, ___02110___,
  (city)      (state)    (zip code)

___617-398-5600___, ___brendan@blockleviton.com___.
(area code + telephone number)  (Email address)

  2. That Petitioner has been retained personally or as a member of the law firm by

_Additional Plaintiff Michael Salbenblatt_ to provide legal representation in connection with
   [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____12/31/2014_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Massachusetts_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Massachusetts | 3/17/2015 | 691414 |
| First Circuit | 3/2/2015 | 1169283 |
| Eleventh Circuit | 5/28/2025 | NA |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

Boston Bar Association.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Massachusetts_____ )
                                 )
COUNTY OF _____Suffolk_____ )

_____Brendan T. Jarboe_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_28_ day of _April_, _2026_ .

_____
Notary Public or Clerk of Court

LUCIA ALEXANDRIA STROUT
Notary Public, Commonwealth of Massachusetts
My Commission Expires November 6, 2031

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _Andrew R. Muehlbauer, Esq._ , (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____7915 West Sahara Ave, Suite 104_____ ,
(street address)

_____Las Vegas_____ , _____Nevada_____ , _89117_ ,
(city)                    (state)              (zip code)

_____702-330-4505_____ , _____andrew@mlolegal.com_____ .
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Andrew R. Muehlbauer, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Michael Salbenblatt*
Michael Salbenblatt (Apr 30, 2026 17:10:42 EDT)
_____
(party's signature)

Michael Salbenblatt
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10161                    andrew@mlolegal.com
_____
Bar number                Email address

APPROVED:

Dated: this ___8___ day of ____May____, 20_26_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 31, 2014**, said Court being the highest Court of Record in said Commonwealth:

## Brendan T. Jarboe

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **sixth** day of **May**

in the year of our Lord **two thousand and twenty-six.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County